# EXHIBIT A

JANOW & MEYER, LLC
ATTORNEYS AT LAW
ONE BLUE HILL PLAZA
10TH FLOOR, P.O. BOX 1606
PEARL RIVER, N. Y. 10965-8606

HUGH JANOW
IRWIN S. MEYER

COUNSEL:
MICHELLE H. FRANK (NY & CT)

TELEPHONE: (845) 735-9400
FACSIMILE: (845) 735-8908
E-MAIL: INFO@JANOW-MEYER.COM

September 15, 2003

VIA CERTIFIED MAIL/RRR
ARTICLE #: 7002 2030 0000 1448 4553

Internal Revenue Service
Internal Revenue Service Center
Atlanta, GA 39901

Re: Bernhard F. & Cynthia G. Manko
SSAN: 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

Gentlemen:

I have enclosed Amended Refund Claims for the above referenced taxpayers for tax years 1987, 1988, 1989, and 1991 as well as a Refund Claims for 1990 and 1992. These Amended Refund Claims and Refund Claims are intended to supersede and/or supplement the Refund Claims that were filed with you on or about June 30, 2003. Please associate these Claims with the previously filed Refund Claims.

Very truly yours,

Irwin S. Meyer

ISM/lb
enclosures

cc: Mrs. W. Rubel - w/o encl. via facsimile & w/enc. via mail
Bernhard F. & Cynthia G. Manko - w/o encl. via facsimile & w/enc. via mail
Herbert Stoller, Esq. - w/o encl. via facsimile & w/enc. via mail
Allan Lazaroff - w/o encl. via facsimile & w/enc. via mail

Form 1040X (Rev. 11-2002) Manko 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are NOT CHANGING YOUR EXEMPTIONS, do not complete this part.
If claiming MORE EXEMPTIONS, complete lines 25-31.
If claiming FEWER EXEMPTIONS, complete lines 25-30.

| | | A. ORIGINAL NUMBER of exemptions reported or as previously adjusted | B. NET CHANGE | C. CORRECT NUMBER of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse | 25 | | | |
| CAUTION. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (A) First name Last name | (B) Dependent's social security number | (C) Dependent's relationship to you | (D) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on line 31 who:
* lived with you ☐
* DID NOT live with you due to divorce or separation (see page 5) ☐
Dependents on line 31 not entered above ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ☐

23. See explanation attached hereto and made a part hereof.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ☐

1987

This Form 1040X amends and supersedes a Form 1040X claiming refund of 1987 income taxes, which was signed by the taxpayers on June 18, 2003 and mailed to the Internal Revenue Service on June 23, 2003.

EXPLANATION OF CLAIM

The taxpayers' 1987 income tax return (Form 1040), as filed, showed a tax of $3,185,443.00. However, as a result of subsequent assessments and abatements listed below, the assessed tax was reduced to $927,193.00:

| | |
|---|---|
| Assessed per return | $3,185,443.00 |
| 02/07/94 assessment | 210,224.00 |
| 05/09/94 abatement | (36,462.00) |
| 01/02/95 abatement | (102,289.00) |
| 12/25/95 abatement | (19,504.00) |
| 12/24/01 abatement | (1,041,577.00) |
| 07/08/02 assessment | 257,445.00 |
| 07/29/02 abatement | (1,526,087.00) |
| | $ 927,193.00 |

The taxpayers' payments and credits toward their 1987 taxes were $3,629,039.37, as follows:

| | | |
|---|---|---|
| 4/15/87 | Overpayment credit from prior period | $ 63,710.00 |
| 4/15/88 | Withheld taxes, excess FICA | 32,218.00 |
| 4/15/88 | Payment | 1,100,000.00 |
| 3/14/89 | Payment | 2,175,000.00 |

| | | |
|---|---|---|
| 4/15/89 | Overpayment credit from 1988 | 13,466.50 |
| 4/15/89 | Overpayment credit | 9,539.50 |
| 11/27/89 | Overpayment credit from 1988 | 159.99 |
| 5/14/90 | Payment | 126,630.95 |
| 2/27/96 | Payment | 51,969.00 |
| 2/27/96 | Interest Payment | 56,345.43 |
| | | $3,629,039.37 |

All of the above assessments, abatements, payments and credits are shown on the annexed IRS transcript of the taxpayer's 1987 account printed on July 10, 2003.

By reason of the foregoing, taxpayers claim refund of taxes paid or credited in the amount of $2,701,846.37.

Taxpayers also claim refund of taxes in the additional amount to $927,193 by reason of a net operating loss carryover from 1986 which the IRS has failed to process. The net operating loss is reflected in a revenue agent's report for the year 1986, a copy of which is annexed hereto. When processed, the NOL will eliminate any income tax liability for 1987.

Taxpayers therefore claim refund of taxes in the amount of $3,629,039.37, being the entire amount paid or credited to their account for the year 1987, plus interest as allowed by law.

This refund claim is timely. The taxpayers and the IRS entered into various agreements extending the time for assessing 1987 income taxes, and this claim is being filed during the six month period following the expiration of such time. All the amounts claimed were paid or deemed paid after the execution of the first extension agreement or would have been recoverable under Code Section 6511(b)(2) if this claim had been filed on the date the first extension agreement was executed. Additionally, there has been no final determination of tax for this year

PAGE NO-0001 IRS EMPLOYEE 2502005420

DATE REQUESTED 07-10-2003 PRINT DATE 07-10-2003

FORM NUMBER: 1040 TAX PERIOD: DEC 1987

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

BODC-SB BODCLC-W

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 2,688,018.78- | |
| ACCRUED INTEREST: | 0.00 | AS OF 07-21-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 07-21-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 2,688,018.78- | |

** EXEMPTIONS: 02 **FILING STATUS: MARRIED FILING JOINT

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 2,616,349.00 |
| ** TAXABLE INCOME: | 2,434,424.00 |
| TAX PER RETURN: | 3,185,443.00 |

** PER RETURN OR AS ADJUSTED

10-24-1988 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
05-08-1989 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-338-06823-8 | 05-08-1989 | 3185,443.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1988 | 32,218.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1987 | 63,710.00- |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1988 | 04-15-1988 | |
| 670 | SUBSEQUENT PAYMENT | 04-15-1988 | 1100,000.00- |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1988 | 08-22-1988 | |
| 166 | LATE FILING PENALTY<br>198917 | 05-08-1989 | 89,528.18 |
| 276 | FAILURE TO PAY TAX PENALTY<br>198917 | 05-08-1989 | 129,318.47 |
| 196 | INTEREST ASSESSED<br>198917 | 05-08-1989 | 244,144.74 |
| 670 | SUBSEQUENT PAYMENT | 03-14-1989 | 2175,000.00- |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 07-03-1989 | 19,895.15- |
| 197 | INTEREST ABATED | 07-03-1989 | 34,580.94- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198812 | 05-08-1989 | 13,466.50- |

PAGE NO-0002 IRS EMPLOYEE 2502005420

| | | |
|---|---|---|
| 706 OVERPAID CREDIT APPLIED | 05-08-1989 | 9,539.50- |
| 736 INTEREST OVERPAYMENT CREDIT<br>1040 198812 | 11-27-1989 | 159.99- |
| 560 ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 10-17-1991 | 05-03-1990 | |
| 670 SUBSEQUENT PAYMENT | 05-14-1990 | 126,630.95- |
| 290 ADDITIONAL TAX ASSESSED<br>07254-545-15318-0 199033 | 08-27-1990 | 0.00 |
| 161 LATE FILING PENALTY ABATED | 05-08-1989 | 89,528.18- |
| 290 ADDITIONAL TAX ASSESSED<br>07254-712-18000-0 199111 | 03-25-1991 | 0.00 |
| 196 INTEREST ASSESSED<br>199111 | 03-25-1991 | 2,476.23 |
| 846 REFUND | 03-25-1991 | 15,010.39 |
| 776 INTEREST DUE TAXPAYER | 03-25-1991 | 1,191.80- |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION<br>07247-410-18000-4 199404 | 02-07-1994 | 210,224.00 |
| 777 INTEREST DUE TAXPAYER REVERSED | 03-25-1991 | 1,191.80 |
| 336 INTEREST ASSESSED<br>199404 | 02-07-1994 | 155,728.06 |
| 301 PRIOR TAX ABATED BY EXAMINATION<br>07247-508-18016-4 | 05-09-1994 | 36,462.00- |
| 337 INTEREST ABATED | 05-09-1994 | 21,915.81- |
| 960 RECEIVED POA/TIA | 09-13-1994 | |
| 301 PRIOR TAX ABATED BY EXAMINATION<br>07247-746-18000-4 | 01-02-1995 | 102,289.00- |
| 337 INTEREST ABATED | 01-02-1995 | 72,666.10- |
| 301 PRIOR TAX ABATED BY EXAMINATION<br>07247-741-10008-5 | 12-25-1995 | 19,504.00- |
| 337 INTEREST ABATED | 12-25-1995 | 7,867.38- |
| 582 FEDERAL TAX LIEN | 02-19-1996 | |
| 582 FEDERAL TAX LIEN | 03-01-1996 | |
| 582 FEDERAL TAX LIEN | 03-04-1996 | |
| 670 SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-27-1996 | 51,969.00- |
| 360 FEES AND COLLECTION COSTS | 03-25-1996 | 9.00 |
| 680 DESIGNATED INTEREST PAYMENT<br>MISCELLANEOUS PAYMENT | 02-27-1996 | 56,345.43- |
| 196 INTEREST ASSESSED<br>199611 | 03-25-1996 | 1,688.59 |
| 276 FAILURE TO PAY TAX PENALTY<br>199616 | 04-29-1996 | 0.01 |
| 277 FAILURE TO PAY TAX PENALTY ABATED | 10-27-1997 | 0.01- |
| 197 INTEREST ABATED | 10-27-1997 | 0.01- |
| 197 INTEREST ABATED | 04-05-1999 | 0.01- |
| 961 REMOVED POA/TIA | 01-17-2000 | |
| 977 AMENDED RETURN FILED<br>29277-426-02025-0 | 12-31-1999 | 0.00 |
| 960 RECEIVED POA/TIA | 02-28-2000 | |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION<br>19247-514-10000-1 200118 | 05-14-2001 | 0.00 |
| 961 REMOVED POA/TIA | 05-04-2001 | |
| 291 PRIOR TAX ABATED<br>19254-738-06758-1 | 12-24-2001 | 1041,577.00- |

| | | | |
|---|---|---|---|
| 776 | INTEREST DUE TAXPAYER | 03-25-1991 | 1,191.80- |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 12-24-2001 | 54,428.44- |
| 197 | INTEREST ABATED | 12-24-2001 | 166,765.87- |
| 308 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>49247-565-78000-2 200226 | 07-08-2002 | 257,445.00 |
| 301 | PRIOR TAX ABATED BY EXAMINATION<br>49247-589-70000-2 | 07-29-2002 | 1526,087.00- |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 07-29-2002 | 54,994.88- |
| 197 | INTEREST ABATED | 07-29-2002 | 100,241.50- |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>19247-518-98001-3 200319 | 05-19-2003 | 0.00 |

Internal Revenue Service
Southeast Region
Field Compliance Services Center

Department of the Treasury
P.O. Box 47-421, Stop 106
Doraville, GA 30362

Date: April 19, 2001

Person To Contact & Employee No.:
Bradley Cook 0781221103
Telephone Number:
(770) 454-1714 Not Toll Free
Fax No. (770) 454-1743
Taxpayer ID#:
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
Partnership/S-Corp:
Various
EIN:
Various
Tax Year(s) Ended:
Dec. 31, 1984 & Dec. 31, 1986

>Bernard & Cynthia Manko
2850 NE 44TH ST
Lighthouse Point, FL 33064

Dear Taxpayer:

Enclosed is a report explaining how the adjustments made during our examination of the above return affect your individual income tax return. This report does not require any signatures and should not be returned to us, but should be kept for your records.

If you have any questions, please write to the person whose name is shown at the top of this letter, or you may call the person at the telephone number shown. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and the most convenient time for us to call you in case we need more information. Please attach a copy of this letter to help us identify your case. Keep the original for your records.

Thank you for your cooperation.

Sincerely yours,

Michele D. Adams
Chief, Compliance Division
Field Compliance Services Center

Enclosure:
Report

| Form 4549-A | Department of the Treasury<br>Internal Revenue Service | | Return Form No.<br>1040 |
|---|---|---|---|
| Name and Addresses of Taxpayers<br><br>Bernard & Cynthia Manko<br>2850 NE 44TH ST<br>Lighthouse Point, FL 33064-7284 | S.S.N. or E.I.N.<br><br>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 | | Filing Status<br><br>Jiont |
| | Examination Changes were discussed with: | Name and Title | |

| | | | |
|---|---|---|---|
| 1. Adjustments to Income | Year: 1986 | Year: | Year: |
| a. Arbitrage Management Co 13-2926637 | (2,940,889) | | |
| b. Capital Gains | 8,886 | | |
| c. 1984 NOL Carryover | (8,608,118) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| 2. Total Adjustments | (11,540,121) | | |
| 3. Adjusted Gross, Taxable or Tax Table Income Shown on return or as Previously Adjusted | (31,841,640) | | |
| 4. Corrected Adjusted Gross, Taxable or Tax Table Income | (43,381,761) | | |
| 5. Tax | 0 | | |
| 6. Alternative Tax, if Applicable (From Page ) | | | |
| 7. Corrected Tax Liability (Lesser of Line 5 or 6) | 0 | | |
| 8. Less Credits a. b. c. | | | |
| 9. Balance (Line 7 less total of lines 8a. through 8c. | 0 | | |
| 10. Plus: a. Self Employment Tax<br>b. Alternative Minimum Tax Credits<br>c. | | | |
| 11. Total Corrected Income Tax Liability (Line 9 plus totals of lines 10a. through 10c.) | 0 | | |
| 12. Total Tax Shown on Return or as previously Adjusted | 0 | | |
| 13. Deficiency - Increase in Tax or (Overassessment) - Decrease in Tax (Line 11 adjusted by Line 12) | 0 | | |
| 14. Adjustment to Prepayment Credits | | | |
| 15. Balance Due or (Overpayment) (Line 13 adjusted by line 14) Not Including Interest | 0 | | |
| 16. Penalties, If Any (see Explanation)<br>a.<br>b.<br>c. | | | |

Other Information:

| Examiner's Signature | District | Date: |
|---|---|---|
| Bradley Cook | ATSC | April 18, 2001 |

Form 4549-A

# EXHIBIT B

Internal Revenue Service
Southeast Region
Field Compliance Services Center

Department of the Treasury
P.O. Box 47-421, Stop 106
Doraville, GA 30362

Date: April 19, 2001

Person To Contact & Employee No.:
Bradley Cook 0781221103
Telephone Number:
(770) 454-1714 Not Toll Free
Fax No. (770) 454-1743
Taxpayer ID#:
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
Partnership/S-Corp:
Various
EIN:
Various
Tax Year(s) Ended:
Dec. 31, 1984 & Dec. 31, 1986

>Bernard & Cynthia Manko
2850 NE 44TH ST
Lighthouse Point, FL 33064

Dear Taxpayer:

Enclosed is a report explaining how the adjustments made during our examination of the above return affect your individual income tax return. This report does not require any signatures and should not be returned to us, but should be kept for your records.

If you have any questions, please write to the person whose name is shown at the top of this letter, or you may call the person at the telephone number shown. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and the most convenient time for us to call you in case we need more information. Please attach a copy of this letter to help us identify your case. Keep the original for your records.

Thank you for your cooperation.

Sincerely yours,

Michele D. Adams
Chief, Compliance Division
Field Compliance Services Center

Enclosure:
Report

| | RR | Corrected | Adj |
|---|---|---|---|
| Short-term Gain | 2086303 | 310686 | ⟨1775617 |
| Long term Gain | 3119246 | 761278 | ⟨2357968 |
| total Short-term + Long-term<br>60% | | 1071964<br>⟨456787⟩ | |
| Correct Gain<br>Per Return<br>Adjustment | | 615192<br>3334001<br>⟨2718809⟩ | |

| Partnerships | Adjustment |
|---|---|
| AIP Partners | 95418 |
| The Arbitrage Group | <174942> |
| Arbitrage Hedge Fund | <6427> |
| Arbitrage Management Co. | <4616422> |
| Arbitrage Trading Associates | 154 |
| Conarbco | <195756> |
| Federal Arbitrage Co. | <49610> |
| Financial Security Trading Co | <686> |
| Government Arbitrage Co. | <125756> |
| Government Arbitrage Trading | <196813> |
| Government Clearing Co | 589 |
| Government Trading Co | <4> |
| Hedge Trading Associates | 14551 |
| Map Associates | 8060 |
| Mildopco | <175141> |
| Omnibus Trading | <628> |
| Sectra Limited Partners | <162632> |
| Universal Arbitrage Trading Co | <56243> |
| World Option Trading Co. | <255926> |
| | <5889314> |

| Form 4549-A | Department of the Treasury<br>Internal Revenue Service | | Return Form No.<br>1040 |
|---|---|---|---|
| Name and Addresses of Taxpayers<br>Bernard & Cynthia Manko<br>2850 NE 44TH ST<br>Lighthouse Point, FL 33064-7284 | S.S.N. or E.I.N.<br>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 | | Filing Status<br>Jiont |
| | Examination Changes were discussed with: | Name and Title | |
| 1. Adjustments to Income | Year: 1984 | Year: | Year: |
| a. See Adjustment Sheet Page 2 | (5,889,314) | | |
| b. Capital Gains | (2,718,804) | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| 2. Total Adjustments | (8,608,118) | | |
| 3. Adjusted Gross, Taxable or Tax Table Income Shown on return or as Previously Adjusted | (26,993,701) | | |
| 4. Corrected Adjusted Gross, Taxable or Tax Table Income | (35,601,819) | | |
| 5. Tax | 0 | | |
| 6. Alternative Tax, if Applicable (From Page ) | | | |
| 7. Corrected Tax Liability (Lesser of Line 5 or 6) | 0 | | |
| 8. Less Credits a. b. c. | | | |
| 9. Balance (Line 7 less total of lines 8a. through 8c. | 0 | | |
| 10. Plus: a. Self Employment Tax<br>b. Alternative Minimum Tax Credits<br>c. | | | |
| 11. Total Corrected Income Tax Liability (Line 9 plus totals of lines 10a. through 10c.) | 0 | | |
| 12. Total Tax Shown on Return or as previously Adjusted | 0 | | |
| 13. Deficiency - Increase in Tax or (Overassessment) - Decrease in Tax (Line 11 adjusted by Line 12) | 0 | | |
| 14. Adjustment to Prepayment Credits | | | |
| 15. Balance Due or (Overpayment) (Line 13 adjusted by line 14) Not Including Interest | 0 | | |
| 16. Penalties, If Any (see Explanation)<br>a.<br>b.<br>c. | | | |

Other Information:

| Examiner's Signature | District | Date: |
|---|---|---|
| Bradley Cook | ATSC | April 18, 2001 |

Form 4549-A

| Form 4549-A | Department of the Treasury<br>Internal Revenue Service | | Return Form No.<br>1040 |
|---|---|---|---|
| Name and Addresses of Taxpayers<br><br>Bernard & Cynthia Manko<br>2850 NE 44TH ST<br>Lighthouse Point, FL 33064-7284 | S.S.N. or E.I.N.<br><br>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<br><br>Examination Changes were discussed with: | Name and Title | Filing Status<br><br>Jiont |

| | | | |
|---|---|---|---|
| 1. Adjustments to Income | Year 1986 | Year | Year |
| a. Arbitrage Management Co 13-2926637 | (2,940,889) | | |
| b. Capital Gains | 8,886 | | |
| c. 1984 NOL Carryover | (8,608,118) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| 2. Total Adjustments | (11,540,121) | | |
| 3. Adjusted Gross, Taxable or Tax Table Income Shown on return or as Previously Adjusted | (31,841,640) | | |
| 4. Corrected Adjusted Gross, Taxable or Tax Table Income | (43,381,761) | | |
| 5. Tax | 0 | | |
| 6. Alternative Tax, if Applicable (From Page ) | | | |
| 7. Corrected Tax Liability (Lesser of Line 5 or 6) | 0 | | |
| 8. Less Credits a. b. c. | | | |
| 9. Balance (Line 7 less total of lines 8a. through 8c. | 0 | | |
| 10. Plus: a. Self Employment Tax b. Alternative Minimum Tax Credits c. | | | |
| 11. Total Corrected Income Tax Liability (Line 9 plus totals of lines 10a. through 10c.) | 0 | | |
| 12. Total Tax Shown on Return or as previously Adjusted | 0 | | |
| 13. Deficiency - Increase in Tax or (Overassessment) - Decrease in Tax (Line 11 adjusted by Line 12) | 0 | | |
| 14. Adjustment to Prepayment Credits | | | |
| 15. Balance Due or (Overpayment) (Line 13 adjusted by line 14) Not Including Interest | 0 | | |
| 16. Penalties, If Any (see Explanation) a. b. c. | | | |

Other Information:

| Examiner's Signature | District | Date: |
|---|---|---|
| Bradley Cook | ATSC | April 18, 2001 |

Form 4549-A

# EXHIBIT C

Internal Revenue Service

This Product Contains Sensitive Taxpayer Data

Request Date: 03-16-2007
Response Date: 03-16-2007
IRS Employee Number: Y2KBB
Tracking Number: 100013487269

# Account Transcript

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 1987

TAXPAYER IDENTIFICATION NUMBER: 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
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Feb. 19, 2007 |
| ACCRUED PENALTY: | 0.00 | AS OF: Feb. 19, 2007 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |
| ** EXEMPTIONS: | 02 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 2,616,349.00 | |
| ** TAXABLE INCOME: | 2,434,424.00 | |
| TAX PER RETURN: | 3,185,443.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 24, 1988
PROCESSING DATE: May 08, 1989

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-338-06823-8 | 19891708 | 05-08-1989 | $3,185,443.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1988 | -$32,218.00 |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 04-15-1987 | -$63,710.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1988 | | 04-15-1988 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-1988 | -$1,100,000.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1988 | | 08-22-1988 | $0.00 |
| 166 | LATE FILING PENALTY | 19891708 | 05-08-1989 | $89,528.18 |
| 276 | FAILURE TO PAY TAX PENALTY | 19891708 | 05-08-1989 | $129,318.47 |
| 196 | INTEREST ASSESSED | 19891708 | 05-08-1989 | $244,144.74 |
| 670 | SUBSEQUENT PAYMENT | | 03-14-1989 | -$2,175,000.00 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | | 07-03-1989 | -$19,895.15 |
| 197 | INTEREST ABATED | | 07-03-1989 | -$34,580.94 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198812 | | 05-08-1989 | -$13,466.50 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198812 | | 05-08-1989 | -$9,539.50 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198812 | | 11-27-1989 | -$159.99 |
| 560 | ASSESSMENT STATUTE<br>EXPIRATION DATE EXTEND TO 10-17-1991 | | 05-03-1990 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 05-14-1990 | -$126,630.95 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-545-15318-0 | 19903308 | 08-27-1990 | $0.00 |
| 161 | LATE FILING PENALTY ABATED | | 05-08-1989 | -$89,528.18 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-712-18000-0 | 19911108 | 03-25-1991 | $0.00 |
| 196 | INTEREST ASSESSED | 19911108 | 03-25-1991 | $2,476.23 |
| 846 | REFUND | | 03-25-1991 | $15,010.39 |
| 776 | INTEREST DUE TAXPAYER | | 03-25-1991 | -$1,191.80 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>07247-410-18000-4 | 19940408 | 02-07-1994 | $210,224.00 |
| 777 | INTEREST DUE TAXPAYER REVERSED | | 03-25-1991 | $1,191.80 |
| 336 | INTEREST ASSESSED | 19940408 | 02-07-1994 | $155,726.06 |
| 301 | PRIOR TAX ABATED BY EXAMINATION<br>07247-508-18016-4 | | 05-09-1994 | -$36,462.00 |
| 337 | INTEREST ABATED | | 05-09-1994 | -$21,915.81 |
| 960 | RECEIVED POA/TIA | | 09-13-1994 | $0.00 |
| 301 | PRIOR TAX ABATED BY EXAMINATION | | 01-02-1995 | -$102,289.00 |

| | | | | |
|---|---|---|---|---|
| | 07247-746-18000-4 | | | |
| 337 | INTEREST ABATED | | 01-02-1995 | -$72,666.10 |
| 301 | PRIOR TAX ABATED BY EXAMINATION | | 12-25-1995 | -$19,504.00 |
| | 07247-741-10008-5 | | | |
| 337 | INTEREST ABATED | | 12-25-1995 | -$7,867.38 |
| 582 | FEDERAL TAX LIEN | | 02-19-1996 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-01-1996 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-04-1996 | $0.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 02-27-1996 | -$51,969.00 |
| 360 | FEES AND COLLECTION COSTS | | 03-25-1996 | $9.00 |
| 680 | DESIGNATED INTEREST PAYMENT MISCELLANEOUS PAYMENT | | 02-27-1996 | -$56,345.43 |
| 196 | INTEREST ASSESSED | 19961108 | 03-25-1996 | $1,688.59 |
| 276 | FAILURE TO PAY TAX PENALTY | 19961608 | 04-29-1996 | $0.01 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | | 10-27-1997 | -$0.01 |
| 197 | INTEREST ABATED | | 10-27-1997 | -$0.01 |
| 197 | INTEREST ABATED | | 04-05-1999 | -$0.01 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 977 | AMENDED RETURN FILED | | 12-31-1999 | $0.00 |
| | 29277-426-02025-0 | | | |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 20011808 | 05-14-2001 | $0.00 |
| | 19247-514-10000-1 | | | |
| 961 | REMOVED POA/TIA | | 05-04-2001 | $0.00 |
| 291 | PRIOR TAX ABATED | | 12-24-2001 | -$1,041,577.00 |
| | 19254-738-06758-1 | | | |
| 776 | INTEREST DUE TAXPAYER | | 03-25-1991 | -$1,191.80 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | | 12-24-2001 | -$54,428.44 |
| 197 | INTEREST ABATED | | 12-24-2001 | -$166,765.87 |
| 308 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 20022608 | 07-08-2012 | $257,445.00 |
| | 49247-565-78000-2 | | | |
| 301 | PRIOR TAX ABATED BY EXAMINATION | | 07-29-2002 | -$1,526,087.00 |
| | 49247-589-70000-2 | | | |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | | 07-29-2002 | -$54,994.88 |
| 197 | INTEREST ABATED | | 07-29-2002 | -$100,241.50 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 20031908 | 05-19-2003 | $0.00 |
| | 19247-518-98001-3 | | | |
| 977 | AMENDED RETURN FILED | | 06-30-2003 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | 07277-592-00838-3 | | | |
| 977 | AMENDED RETURN FILED | | 09-18-2003 | $0.00 |
| | 07277-667-00292-3 | | | |
| 290 | ADDITIONAL TAX ASSESSED | 20040708 | 03-01-2004 | $0.00 |
| | 49254-440-05159-4 | | | |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-14-2004 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED | 20043008 | 08-09-2004 | $0.00 |
| | 49254-501-18090-4 | | | |
| 776 | INTEREST DUE TAXPAYER | | 03-29-2004 | -$27.29 |
| 776 | INTEREST DUE TAXPAYER | | 04-14-2003 | -$8,171.89 |
| 776 | INTEREST DUE TAXPAYER | | 10-22-1999 | -$696,934.29 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 197912 | | 04-15-1988 | $12.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 197912 | | 04-15-1988 | $3,666.47 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 197912 | | 04-15-1988 | $11,005.31 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 197912 | | 04-15-1988 | $1,819.99 |
| 776 | INTEREST DUE TAXPAYER | | 08-21-2000 | -$50,151.43 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198012 | | 04-15-1988 | $8,974.83 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198012 | | 04-15-1988 | $128,977.03 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198112 | | 04-15-1988 | $11,118.94 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198112 | | 04-15-1988 | $89,332.84 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198112 | | 03-14-1989 | $71,256.12 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198312 | | 03-14-1989 | $11,822.46 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198312 | | 03-14-1989 | $170,749.85 |
| 776 | INTEREST DUE TAXPAYER | | 12-12-1995 | -$1,504,435.37 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | | 03-14-1989 | $1,921,171.57 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | | 05-08-1989 | $13,466.50 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | | 05-08-1989 | $9,539.50 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | | 11-27-1989 | $159.99 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | | 05-14-1990 | $126,630.95 |
| 856 | OVERPAYMENT INTEREST TRANSFERRED 1040 198812 | | 12-12-1995 | $1,504,435.37 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED | | 02-27-1996 | $56,345.43 |

| | | | |
|---|---|---|---|
| | 1040 198812 | | |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 02-27-1996 | $51,969.00 |
| 856 | OVERPAYMENT INTEREST TRANSFERRED 1040 198812 | 10-22-1999 | $696,934.29 |
| 856 | OVERPAYMENT INTEREST TRANSFERRED 1040 198812 | 08-21-2000 | $50,151.43 |
| 856 | OVERPAYMENT INTEREST TRANSFERRED 1040 198812 | 04-14-2003 | $8,171.89 |
| 856 | OVERPAYMENT INTEREST TRANSFERRED 1040 198812 | 03-29-2004 | $27.29 |
| 960 | RECEIVED POA/TIA | 06-06-2006 | $0.00 |
| 962 | UPDATED POA/TIA | 01-16-2007 | $0.00 |
| 962 | UPDATED POA/TIA | 01-30-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data