# EXHIBIT D

JANOW & MEYER, LLC
ATTORNEYS AT LAW
ONE BLUE HILL PLAZA
10TH FLOOR, P.O. BOX 1606
PEARL RIVER, N. Y. 10965-8606

HUGH JANOW
IRWIN S. MEYER

COUNSEL:
MICHELLE H. FRANK (NY & CT)

TELEPHONE: (845) 735-9400
FACSIMILE: (845) 735-8908
E-MAIL: INFO@JANOW-MEYER.COM

January 21, 2003

Via Certified Mail - RRR
7002 0860 0008 7111 9758

District Director
(or its successor in interest)
Internal Revenue Service
7850 S.W. 6th Court
Ft. Lauderdale, FL 33324-3202

Att: Chief, Examination Division
(or its successor in interest)

*** NOTE: FORM 872-T ENCLOSED ***

Re: Bernhard F. & Cynthia G. Manko
SSAN: 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 & 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
Years: 1987, 1988, 1989 - joint
1991 & 1992 - married filing separately

Dear Sir or Madam:

I have enclosed duplicate originals of forms 872-T (Notice of Termination of Special Consent to Extend the Time to Assess Tax) for the above referenced matters, with copies of the relevant forms 872-A attached.

As a result of a conflict between i) the instructions for this form (promulgated in October, 1990), as well as regulations promulgated under Internal Revenue Code section 6091, and ii) the current, reorganized structure of the Internal Revenue Service - this form is being filed with your office as well as several other offices that are relevant to the above referenced matter. (Please note that telephone conversations with various personnel of the Internal Revenue Service were unsuccessful in generating any recommendations of a more specific nature.)

If you believe your office is not an appropriate office for filing these forms or if you should have any questions or comments regarding these filings, please contact me immediately.

Very truly yours,

Irwin S. Meyer

ISM:car
Enclosure

cc: Bernhard F. & Cynthia G. Manko
Herbert Stoller, Esq.
Allan Lazaroff
Mrs. W. Rubel

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

OFFICIAL USE

7002 0860 0008 7111 9758

Fm/872-T/'87,88,89,91+92

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: JAN 21 20__ USPS

Sent To: District Director (or its successor in interest)
Internal Revenue Service
Street, Apt. No.; or PO Box No.: 7850 S.W. 6th Court
City, State, ZIP+4: Ft. Lauderdale, FL 33324
Att: Chief, Exam. Div. (or its successor in int.)

PS Form 3800, April 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District Director
(or its successor in interest)
Internal Revenue Service
7850 S.W. 6th Court
Ft. Lauderdale, FL 33324-3202
Att: Chief, Exam. Div.
(or its successor in interest)

Fm/872-T/'87,88,89,91+92

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery: 1/22/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0008 7111 9758

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

JANOW & MEYER, LLC
ATTORNEYS AT LAW
ONE BLUE HILL PLAZA
10TH FLOOR, P.O. BOX 1606
PEARL RIVER, N. Y. 10965-8606

HUGH JANOW
IRWIN S. MEYER

COUNSEL:
MICHELLE H. FRANK (NY & CT)

TELEPHONE: (845) 735-9400
FACSIMILE: (845) 735-8908
E-MAIL: INFO@JANOW-MEYER.COM

January 21, 2003

Via Certified Mail - RRR
7002 0860 0008 7111 9093

Internal Revenue Service
Internal Revenue Service Center
4800 Bufard Highway
Chamblee, GA 30341

Att: Chief, Examination Division
(or its successor in interest)

*** NOTE: FORM 872-T ENCLOSED ***

Re: Bernhard F. & Cynthia G. Manko
SSAN: 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 & 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
Years: 1987, 1988, 1989 - joint
1991 & 1992 - married filing separately

Dear Sir or Madam:

I have enclosed duplicate originals of forms 872-T (Notice of Termination of Special Consent to Extend the Time to Assess Tax) for the above referenced matters, with copies of the relevant forms 872-A attached.

As a result of a conflict between i) the instructions for this form (promulgated in October, 1990), as well as regulations promulgated under Internal Revenue Code section 6091, and ii) the current, reorganized structure of the Internal Revenue Service - this form is being filed with your office as well as several other offices that are relevant to the above referenced matter. (Please note that telephone conversations with various personnel of the Internal Revenue Service were unsuccessful in generating any recommendations of a more specific nature.)

If you believe your office is not an appropriate office for filing these forms or if you should have any questions or comments regarding these filings, please contact me immediately.

Very truly yours,

Irwin S. Meyer

ISM:car
Enclosure

cc: Bernhard F. & Cynthia G. Manko
Herbert Stoller, Esq.
Allan Lazaroff
Mrs. W. Rubel

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7002 0860 0008 7111 9093

Fin/872-T/'87,88,89,90,91,92

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: JAN 21 20[illegible] USPS

Sent To: Att: Chief, Exam. Div. (or its successor in interest) Internal Revenue Service
Street, Apt. No.; or PO Box No.: IRS Service Center 4800 Bufard Highway
City, State, ZIP+4: Chamblee, GA 30341

PS Form 3800, April 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
IRS Service Center
4800 Bufard Highway
Chamblee, GA 30341

Att: Chief, Examination Div.
(or its successor in interest)

Fin/872-T/'87,88,89,91-92

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 28 2003

ATSC IRS #0170

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 0860 0008 7111 9093

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

JANOW & MEYER, LLC
ATTORNEYS AT LAW
ONE BLUE HILL PLAZA
10TH FLOOR, P.O. BOX 1606
PEARL RIVER, N. Y. 10965-8606

HUGH JANOW
IRWIN S. MEYER

COUNSEL:
MICHELLE H. FRANK (NY & CT)

TELEPHONE: (845) 735-9400
FACSIMILE: (845) 735-8908
E-MAIL: INFO@JANOW-MEYER.COM

January 21, 2003

Via Certified Mail - RRR
7002 0860 0008 7111 9765

Internal Revenue Service
P.O. Box 630
Holtsville, NY 11742-0630

Att: Ms. Mullane
Stop 632-1

*** NOTE: FORM 872-T ENCLOSED ***

Re: Bernhard F. & Cynthia G. Manko
SSAN: 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 & 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
Year: 1987, 1988 and 1989

Dear Sir or Madam:

I have enclosed duplicate originals of forms 872-T (Notice of Termination of Special Consent to Extend the Time to Assess Tax) for the above referenced matters, with copies of the relevant forms 872-A attached.

As a result of a conflict between i) the instructions for this form (promulgated in October, 1990), as well as regulations promulgated under Internal Revenue Code section 6091, and ii) the current, reorganized structure of the Internal Revenue Service - this form is being filed with your office as well as several other offices that are relevant to the above referenced matter. (Please note that telephone conversations with various personnel of the Internal Revenue Service were unsuccessful in generating any recommendations of a more specific nature.)

If you believe your office is not an appropriate office for filing these forms or if you should have any questions or comments regarding these filings, please contact me immediately.

Very truly yours,

Irwin S. Meyer

ISM:car
Enclosure

cc: Bernhard F. & Cynthia G. Manko
Herbert Stoller, Esq.
Allan Lazaroff
Mrs. W. Rubel

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

PEARL RIVER 10965 JAN Postmark Here USPS

Sent To Ms. Mullane-Stop 632-1
Internal Revenue Service
Street, Apt. No.; or PO Box No. P.O. Box 630
City, State, ZIP+4 Holtsville, NY 11742-0630

PS Form 3800, April 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
P.O. Box 630
Holtsville, NY 11742-0630

Att: Ms. Mullane
Stop 632-1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED IRS MAIL JAN 24 2007 19 676 IRS CENTER AT BROOKHAVEN HOLTSVILLE, NY

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number (Transfer from service label) 7002 0860 0008 7111 9765

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

JANOW & MEYER, LLC
ATTORNEYS AT LAW
ONE BLUE HILL PLAZA
10TH FLOOR, P.O. BOX 1606
PEARL RIVER, N. Y. 10965-8606

HUGH JANOW
IRWIN S. MEYER

COUNSEL:
MICHELLE H. FRANK (NY & CT)

TELEPHONE: (845) 735-9400
FACSIMILE: (845) 735-8908
E-MAIL: INFO@JANOW-MEYER.COM

January 23, 2003

Via Express Mail - RRR
EL684689699US

Mr. Carlos I. Bastidas
Internal Revenue Service
1700 Palm Beach Lake Boulevard
West Palm Beach, FL 33401

Att: Suite 500
Stop 4554

Re: Bernhard F. & Cynthia G. Manko
SSAN: 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; 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
Years: 1987, 1988 & 1989 - joint
1991 & 1992 - married filing separately

Dear Carlos:

Per our discussion, I have enclosed duplicate originals of forms 872-T (Notice of Termination of Special Consent to Extend the Time to Assess Tax) for the above referenced matters, with copies of the relevant forms 872-A attached.

Please note:

1. Taxpayers initially filed their 1991 and 1992 returns as "married filing separately" and subsequently amended their filing status to "joint". The forms 872-A were prepared on the basis of "married filing separately".

2. Duplicate original forms 872-T have been previously filed (January 21, 2003) as follows:

a) 1987, 1988 and 1989 -

i) District Director (or its successor in interest)
Fort Lauderdale, FL
Att: Chief, Examination Division (or its successor in interest)

ii) Internal Revenue Service
Holtsville, NY
Att: Ms. Mullane

iii) Internal Revenue Service
Chamblee, GA
Att: Chief, Examination Division (or its successor in interest).

Please keep me advised as to your resolution of our filing quandry. And, again, thank you for "stepping up to the plate".

Sincerely,

Irwin S. Meyer

ISM:car
Enclosures

cc: Bernhard F. and Cynthia G. Manko
Herbert Stoller, Esq.
Allan Lazaroff
Mrs. W. Rubel

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Carlos Bastidas
Internal Revenue Service
1700 Palm Beach Lake Blvd.
West Palm Beach, FL 33401

Att: Suite 500
Stop 4554

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery 1/2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) EL 684689699US

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

Form **872-T**
(Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

| | |
|---|---|
| Taxpayer(s) Name(s)<br>BERNHARD F. & CYNTHIA G. MANKO | Termination By:<br>☒ Taxpayer<br>☐ IRS |
| Taxpayer(s) Address<br>2850 N.E. 44th STREET<br>LIGHTHOUSE POINT, FL. 33064 | Taxpayer Identifying Number<br>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 |
| Kind of Tax: INCOME TAX — Tax Period(s) Covered by this Notice: 1987 | Issuing Office Code<br><br>Service Center Code |

Under the agreement dated 4/9/91, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.
*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

| | |
|---|---|
| Your Signature<br>[signature] | Date Signed<br>1/15/03 |
| Spouse's Signature<br>[signature] | Date Signed<br>1/15/03 |
| Taxpayer's Representative's Signature | Date Signed |
| Corporate Name | |

| | | |
|---|---|---|
| Corporate Officer(s) Signature | Name and Title | Date Signed |
| | Name and Title | Date Signed |

| | |
|---|---|
| District Director of Internal Revenue | Regional Director of Appeals |
| By (Signature and Title) | Date Signed |

ISA
STF FED1626F

| Form 872-A (C)<br>(Rev. June 1986) | Department of the Treasury — Internal Revenue Service<br>**Special Consent to Extend the Time to Assess Tax** | In Reply Refer To:<br>4010:MH<br>SSN or EIN<br>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 |
|---|---|---|

BERNHARD F. MANKO AND CYNTHIA MANKO
*(Name(s))*

taxpayer(s) of 2850 N.E. 44th Street Lighthouse Point FL 33064
*(Number, Street, City or Town, State, ZIP Code)*

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income *(Kind of tax)* tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1987

may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenue Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

| | | |
|---|---|---|
| YOUR SIGNATURE HERE → | [signature] | (Date signed) 4/1/91 |
| SPOUSE'S SIGNATURE → | [signature] | (Date signed) 4/1/91 |
| TAXPAYER'S REPRESENTATIVE SIGN HERE → | | (Date signed) |
| CORPORATE NAME → | | |
| CORPORATE OFFICER(S) SIGN HERE → | (Title) | (Date signed) |
| | (Title) | (Date signed) |
| DISTRICT DIRECTOR OF INTERNAL REVENUE | MERLIN W. HEYE DISTRICT DIRECTOR | REGIONAL DIRECTOR OF APPEALS |
| BY (Signature and Title) | [signature] Chief ESS | (Date signed) 4/9/91 |

## Instructions

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of the officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.

# EXHIBIT E

AMENDED REFUND CLAIM

Form **1040X** (Rev. November 2002)

Department of the Treasury - Internal Revenue Service

# Amended U. S. Individual Income Tax Return

See separate instructions.

OMB No. 1545-0091

This return is for calendar year 1988, or fiscal year ended

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | | Your social security number: 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 |
| If a joint return, spouse's first name and initial: Cynthia G. | Last name: Manko | | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 2850 N.E. 44th Street | | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see pg. 2 of the instructions.: Lighthouse Point, FL 33064 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. NOTE. You cannot change from joint to separate returns after the due date.

On original return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the back to explain any changes | Line | A. ORIGINAL AMOUNT or as previously adjusted (see page 2) | B. NET CHANGE-amount of increase or (decrease)-explain in Part II | C. CORRECT AMOUNT |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | | | |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | | | |
| 3 Subtract line 2 from line 1 | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 34,270,996 | (34,270,996) | 0 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C | 6 | 9,596,971 | (9,596,971) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 9,596,971 | (9,596,971) | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 9,596,971 | (9,596,971) | 0 |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | 23,006 | | 23,006 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 10,231,185 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 10,254,191 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 10,254,191 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 10,254,191 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | | | 10,254,191 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | NONE | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature ____ Date ____ Spouse's signature. If a joint return, BOTH must sign. ____ Date 9/03

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code: Janow & Meyer, LLC | | | EIN |
| | | | Phone no. |

Form 1040X (Rev. 11-2002) Manko 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 Page 2

**Part I Exemptions.** See Form 1040 or 1040A instructions.

If you are NOT CHANGING YOUR EXEMPTIONS, do not complete this part.
If claiming MORE EXEMPTIONS, complete lines 25-31.
If claiming FEWER EXEMPTIONS, complete lines 25-30.

| | | A. ORIGINAL NUMBER of exemptions reported or as previously adjusted | B. NET CHANGE | C. CORRECT NUMBER of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . CAUTION. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you . . . . . . . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Other dependents . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (A) First name | Last name | (B) Dependent's social security number | (C) Dependent's relationship to you | (D) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
* lived with you . . . . . ☐
* DID NOT live with you due to divorce or separation (see page 5) . . . ☐
Dependents on line 31 not entered above ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . . . . . . . . . . ☐

23. See explanation attached hereto and made a part hereof.

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . . ☐

1988

This Form 1040X amends and supersedes a Form 1040X claiming refund of 1988 taxes, which was signed by the taxpayers on June 18, 2003 and mailed to the Internal Revenue Service on June 23, 2003.

## EXPLANATION OF CLAIM

The taxpayers' income tax return (Form 1040), as filed, for the calendar year 1988, showed a loss of $5,218,974. On or about May 4, 1992, they filed an amended return (Form 1040X) showing a loss of $7,294,268. The original return and the amended return both claimed a refund of $23,006, being the amount of federal income tax withheld and excess social security paid for the year. The claimed amount has not been refunded.

On December 12, 1995, without issuing a statutory notice of deficiency and in violation of Code Section 6213(a) and other applicable provisions of law, the IRS disregarded the losses previously reported by the taxpayers and made a "quick assessment" of 1988 income taxes in the amount of $10,763,212, plus interest.

In order to avoid levies against their home and other assets, but without consenting to the assessment, taxpayers made monthly payments to their 1988 income tax account. Those payments, which totaled $1,150,000, were as follows:

| | |
|---|---|
| 11/20/96 | $25,000.00 |
| 1/10/97 | $25,000.00 |
| 02/13/97 | $25,000.00 |
| 03/11/97 | $25,000.00 |

| | |
|---|---|
| 04/10/97 | $25,000.00 |
| 05/11/97 | $25,000.00 |
| 06/10/97 | $25,000.00 |
| 07/11/97 | $25,000.00 |
| 08/11/97 | $25,000.00 |
| 09/11/97 | $25,000.00 |
| 10/14/97 | $25,000.00 |
| 11/07/97 | $25,000.00 |
| 12/10/97 | $25,000.00 |
| 01/12/98 | $25,000.00 |
| 02/10/98 | $25,000.00 |
| 03/10/98 | $25,000.00 |
| 04/13/98 | $25,000.00 |
| 05/11/98 | $25,000.00 |
| 06/10/98 | $25,000.00 |
| 07/10/98 | $25,000.00 |
| 08/10/98 | $25,000.00 |
| 09/10/98 | $25,000.00 |
| 10/13/98 | $25,000.00 |
| 11/10/98 | $25,000.00 |
| 12/11/98 | $25,000.00 |
| 01/14/99 | $25,000.00 |
| 02/10/99 | $25,000.00 |
| 03/10/99 | $25,000.00 |
| 04/14/99 | $25,000.00 |
| 05/10/99 | $25,000.00 |
| 06/10/99 | $25,000.00 |
| 07/12/99 | $25,000.00 |
| 08/10/99 | $25,000.00 |
| 09/15/99 | $25,000.00 |
| 10/18/99 | $25,000.00 |
| 12/17/99 | $25,000.00 |
| 02/10/00 | $25,000.00 |
| 03/10/00 | $25,000.00 |
| 04/10/00 | $25,000.00 |
| 05/10/00 | $25,000.00 |

| | |
|---|---|
| 06/12/00 | $25,000.00 |
| 07/10/00 | $25,000.00 |
| 08/14/00 | $25,000.00 |
| 09/11/00 | $25,000.00 |
| 11/13/00 | $25,000.00 |
| 11/15/00 | $25,000.00 |
| | $1,150,000.00 |

All of the foregoing payments and credits are reflected on the annexed IRS transcript of the taxpayers' 1988 income tax account printed on July 10, 2003, except that the payment made on March 10, 1998 is erroneously shown on the transcript as $11,131.57 instead of $25,000. Since the "quick assessment" was unlawful, taxpayers had no tax liability for 1988 and they claim refund of the $1,150,000.00 that they paid in order to avoid an unlawful levy.

For the same reason, taxpayers also claim refund of $1,936,991.69 that they paid to the IRS on January 22, 1991 and October 22, 1991 and which the IRS credited to their 1988 tax account, as shown by the annexed transcript. In addition, taxpayers claim refund of $7,144,193.66 in tax overpayments for years subsequent to 1988 which the IRS credited to their 1988 account instead of refunding. Those overpayments, as shown by the annexed transcript, were as follows:

| | |
|---|---|
| 04/15/92 | $439,398.68 |
| 10/20/92 | 110,942.71 |
| 10/20/92 | 37,861.29 |
| 01/25/93 | 216.84 |
| 02/25/93 | 2,000,000.00 |
| 04/15/93 | 200,000.00 |
| 04/26/93 | 4,280,415.00 |
| 10/19/93 | 36,765.00 |
| 01/25/94 | 1,777.66 |
| 10/24/96 | 2,377.00 |

| | |
|---|---|
| 04/15/97 | 329.00 |
| 04/15/99 | 3,880.00 |
| 04/15/99 | 2,446.00 |
| 11/15/99 | 25,000.00 |
| 10/16/01 | 1.48 |
| 04/15/02 | 2,783.00 |
| | $7,144,193.66 |

The taxpayers therefore claim refund of $10,254,191.35 in taxes paid or credited to their 1988 account, plus interest as allowed by law. That amount includes income tax withheld and excess social security paid 1988 ($23,006), monthly payments made to avoid an unlawful levy ($1,150,000), payments made in 1991 that the IRS credited to the taxpayers' 1988 account ($1,936,991.69), and overpayments of tax for years subsequent to 1988 that the IRS credited to the taxpayers' 1988 account instead of refunding ($7,144,193.66).

A further basis for taxpayers' claim is a net operating loss from 1986, which the IRS failed to process. Said NOL carryover is reflected in a revenue agent's report dated 4/18/01, annexed hereto. If the IRS processes the NOL carryover, it will eliminate any tax that might otherwise be payable.

This refund claim is timely. The taxpayers and the IRS entered into various agreements extending the time for assessing 1988 income taxes, and this claim is being filed during the six month period following the expiration of such time. All of the amounts claimed were paid or deemed paid after the execution of the first extension agreement or would have been recoverable under Code Section 6511(b)(2) if this claim had been filed on the date the first extension agreement was executed. Additionally, there has been no final determination of tax for this year.

I:\Meyer I\Clients\MANKO\Claim for Refund\1988 Explanation 4.wpd

PAGE NO-0001 IRS EMPLOYEE 2502005420

DATE REQUESTED 07-10-2003 PRINT DATE 07-10-2003

FORM NUMBER: 1040 TAX PERIOD: DEC 1988

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

BODC-SB BODCLC-W

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 7,847,857.64 | |
| ACCRUED INTEREST: | 1,142,427.38 | AS OF 07-21-2003 |
| ACCRUED PENALTY: | 90,226.31 | AS OF 07-21-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 9,080,511.33 | |

** EXEMPTIONS: 02 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 11,218,353.00-
** TAXABLE INCOME: 0.00
TAX PER RETURN: 0.00

** PER RETURN OR AS ADJUSTED

10-20-1989 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-27-1989 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 07221-295-03119-9 | 11-27-1989 | 0.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1989 | 23,006.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1989 | 04-15-1989 | |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-1989 | 08-16-1989 | |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198712 | 04-15-1989 | 13,466.50 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198712 | 04-15-1989 | 9,539.50 |
| 776 | INTEREST DUE TAXPAYER | 11-27-1989 | 159.99- |
| 856 | OVERPAYMENT INTEREST TRANSFERRED 1040 198712 | 11-27-1989 | 159.99 |
| 560 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-20-1992 | 08-05-1991 | |
| 977 | AMENDED RETURN FILED 07277-567-00669-2 | 06-10-1992 | 0.00 |
| 290 | ADDITIONAL TAX ASSESSED 07254-654-15017-2 199239 | 10-05-1992 | 0.00 |

| | | | |
|---|---|---|---|
| 960 | RECEIVED POA/TIA | 09-13-1994 | |
| 300 | QUICK ASSESSMENT<br>65251-346-12000-5 | 12-12-1995 | 10763,212.00 |
| 190 | INTEREST ASSESSED<br>199604 | 12-12-1995 | 9059,353.31 |
| 582 | FEDERAL TAX LIEN | 02-19-1996 | |
| 582 | FEDERAL TAX LIEN | 03-01-1996 | |
| 582 | FEDERAL TAX LIEN | 03-04-1996 | |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199512 | 10-24-1996 | 2,377.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-20-1996 | 25,000.00- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199212 | 04-15-1993 | 200,000.00- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199212 | 10-19-1993 | 36,765.00- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199212 | 01-25-1994 | 1,777.66- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 01-10-1997 | 25,000.00- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | 04-15-1992 | 439,398.68- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | 10-20-1992 | 110,942.71- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | 01-25-1993 | 216.84- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | 02-25-1993 | 2000,000.00- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | 04-26-1993 | 4280,415.00- |
| 197 | INTEREST ABATED | 02-10-1997 | 571,026.88- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-13-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 03-11-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-10-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 05-11-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 06-10-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-11-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-11-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-11-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 10-14-1997 | 25,000.00- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-07-1997 | 25,000.00- |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199612 | 04-15-1997 | 329.00- |
| 670 | SUBSEQUENT PAYMENT | 12-10-1997 | 25,000.00- |

| | | |
|---|---|---|
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 01-12-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 02-10-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 03-10-1998 | 11,131.57- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 04-13-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 05-11-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 06-10-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 07-10-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 08-10-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 09-10-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 10-13-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 706 OVERPAID CREDIT APPLIED | 04-15-1998 | 3,880.00- |
| 1040 199712 | | |
| 670 SUBSEQUENT PAYMENT | 11-10-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 12-11-1998 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 01-14-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 02-10-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 03-10-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 04-14-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 610 PAYMENT WITH RETURN | 10-22-1991 | 319,592.00- |
| 660 ESTIMATED TAX/FEDERAL TAX DEPOSIT | 01-22-1991 | 757,399.69- |
| 660 ESTIMATED TAX/FEDERAL TAX DEPOSIT | 01-22-1991 | 860,000.00- |
| 670 SUBSEQUENT PAYMENT | 01-25-1993 | 45,122.87- |
| 700 OVERPAID CREDIT APPLIED | 10-20-1992 | 37,861.29- |
| 1040 199012 | | |
| 670 SUBSEQUENT PAYMENT | 05-10-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 06-10-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 07-12-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 08-10-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 09-15-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 10-18-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 706 OVERPAID CREDIT APPLIED | 04-15-1999 | 2,446.00- |

| | | |
|---|---|---|
| 1040 199812 | | |
| 670 SUBSEQUENT PAYMENT | 12-17-1999 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 961 REMOVED POA/TIA | 01-17-2000 | |
| 977 AMENDED RETURN FILED | 12-31-1999 | 0.00 |
| 29277-426-02027-0 | | |
| 960 RECEIVED POA/TIA | 02-28-2000 | |
| 670 SUBSEQUENT PAYMENT | 02-10-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 03-10-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 04-10-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 05-10-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 06-12-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 07-10-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 08-14-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 09-11-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 670 SUBSEQUENT PAYMENT | 11-13-2000 | 25,000.00- |
| MISCELLANEOUS PAYMENT | | |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 05-14-2001 | 0.00 |
| 19247-514-10001-1 200118 | | |
| 961 REMOVED POA/TIA | 05-04-2001 | |
| 706 OVERPAID CREDIT APPLIED | 10-16-2001 | 1.48- |
| 1040 200012 | | |
| 291 PRIOR TAX ABATED | 12-24-2001 | 171,445.00- |
| 19254-738-06759-1 | | |
| 706 OVERPAID CREDIT APPLIED | 11-15-1999 | 25,000.00- |
| 1040 199812 | | |
| 301 PRIOR TAX ABATED BY EXAMINATION | 08-26-2002 | 994,796.00- |
| 49247-618-70001-2 | | |
| 706 OVERPAID CREDIT APPLIED | 04-15-2002 | 2,783.00- |
| 1040 200112 | | |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 05-19-2003 | 0.00 |
| 19247-518-98000-3 200319 | | |

Bill Heed 4/30/01

Internal Revenue Service
Southeast Region
Field Compliance Services Center

Department of the Treasury
P.O. Box 47-421, Stop 106
Doraville, GA 30362

Date: April 19, 2001

Person To Contact & Employee No.:
Bradley Cook 0781221103
Telephone Number:
(770) 454-1714 Not Toll Free
Fax No. (770) 454-1743
Taxpayer ID#:
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
Partnership/S-Corp:
Various
EIN:
Various
Tax Year(s) Ended:
Dec. 31, 1984 & Dec. 31, 1986

>Bernard & Cynthia Manko
2850 NE 44TH ST
Lighthouse Point, FL 33064

Dear Taxpayer:

Enclosed is a report explaining how the adjustments made during our examination of the above return affect your individual income tax return. This report does not require any signatures and should not be returned to us, but should be kept for your records.

If you have any questions, please write to the person whose name is shown at the top of this letter, or you may call the person at the telephone number shown. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and the most convenient time for us to call you in case we need more information. Please attach a copy of this letter to help us identify your case. Keep the original for your records.

Thank you for your cooperation.

Sincerely yours,

Michele D. Adams
Chief, Compliance Division
Field Compliance Services Center

Enclosure:
Report

| Form 4549-A | Department of the Treasury<br>Internal Revenue Service | | Return Form No.<br>1040 |
|---|---|---|---|
| Name and Addresses of Taxpayers<br><br>Bernard & Cynthia Manko<br>2850 NE 44TH ST<br>Lighthouse Point, FL 33064-7284 | S.S.N. or E.I.N.<br><br>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 | | Filing Status<br><br>Jiont |
| | Examination Changes were discussed with: | Name and Title | |
| | Year: 1986 | Year: | Year: |
| 1. Adjustments to Income | | | |
| a. Arbitrage Management Co 13-2926637 | (2,940,889) | | |
| b. Capital Gains | 8,886 | | |
| c. 1984 NOL Carryover | (8,608,118) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| 2. Total Adjustments | (11,540,121) | | |
| 3. Adjusted Gross, Taxable or Tax Table Income Shown on return or as Previously Adjusted | (31,841,640) | | |
| 4. Corrected Adjusted Gross, Taxable or Tax Table Income | (43,381,761) | | |
| 5. Tax | 0 | | |
| 6. Alternative Tax, if Applicable (From Page ) | | | |
| 7. Corrected Tax Liability (Lesser of Line 5 or 6) | 0 | | |
| 8. Less Credits a. b. c. | | | |
| 9. Balance (Line 7 less total of lines 8a. through 8c. | 0 | | |
| 10. Plus: a. Self Employment Tax<br>b. Alternative Minimum Tax Credits<br>c. | | | |
| 11. Total Corrected Income Tax Liability (Line 9 plus totals of lines 10a. through 10c.) | 0 | | |
| 12. Total Tax Shown on Return or as previously Adjusted | 0 | | |
| 13. Deficiency - Increase in Tax or (Overassessment) - Decrease in Tax (Line 11 adjusted by Line 12) | 0 | | |
| 14. Adjustment to Prepayment Credits | | | |
| 15. Balance Due or (Overpayment) (Line 13 adjusted by line 14) Not Including Interest | 0 | | |
| 16. Penalties, If Any (see Explanation)<br>a.<br>b.<br>c. | | | |

Other Information:

| Examiner's Signature | District | Date: |
|---|---|---|
| Bradley Cook | ATSC | April 18, 2001 |

Form 4549-A