# EXHIBIT F

5/5/92

Form **1040X** (Rev. November 1991)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091 Expires 10-31-94

This return is for calendar year ► 19 88 , OR fiscal year ended ► , 19

Please print or type

Your first name and initial: BERNARD F — Last name: MANKO — Your social security number: 014 : 30 : 5202

If a joint return, spouse's first name and initial: CYNTHIA — Last name: MANKO — Spouse's social security number: 131 : 34 : 3324

Home address (number and street). (If you have a P.O. box, see instructions.): 2850 NE 44th STREET — Apt. no. — Telephone number (optional) ( )

City, town or post office, state, and ZIP code. (If you have a foreign address, see instructions.): LIGHTHOUSE PT., FL 33364

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Enter name and address as shown on original return (If same as above, write "Same"). If changing from separate to joint return, enter names and addresses from original returns. Same

A Service center where original return was filed: ATLANTA, GA 39901

B Has original return been changed or audited by the IRS? ☐ Yes ☐ No
If "No," have you been notified that it will be? ☐ Yes ☐ No
If "Yes," identify the IRS office ►

C Are you amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered? ☐ Yes ☒ No
If "Yes," you MUST attach Form 8271, Investor Reporting of Tax Shelter Registration Number.

D Filing status claimed. (**Note:** *You cannot change from joint to separate returns after the due date has passed.*)
On original return ► ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ► ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

| Income and Deductions (see instructions) (*Note: Be sure to complete page 2.*) | | A. As originally reported or as adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|
| 1 Total income | 1 | <5,218,974> | <1,834,232> | <7,053,206> |
| 2 Adjustments to income | 2 | -0- | -0- | -0- |
| 3 Adjusted gross income (subtract line 2 from line 1) | 3 | <5,218,974> | <1,834,232> | <7,053,206> |
| 4 Itemized deductions or standard deduction | 4 | 241,062 | -0- | 241,062 |
| 5 Subtract line 4 from line 3 | 5 | <5,460,036> | <1,834,232> | <7,294,268> |
| 6 Exemptions (if changing, fill in Parts I and II on page 2) | 6 | 3,900 | -0- | 3,900 |
| 7 Taxable income (subtract line 6 from line 5) | 7 | 0 | | 0 |
| **Tax Liability** 8 Tax (see instructions). (Method used in col. C.......) | 8 | 0 | | 0 |
| 9 Credits (see instructions) | 9 | | | |
| 10 Subtract line 9 from line 8. Enter the result but not less than zero | 10 | 0 | | 0 |
| 11 Other taxes (such as self-employment tax, alternative minimum tax) | 11 | | | |
| 12 Total tax (add lines 10 and 11) | 12 | 0 | | 0 |
| **Payments** 13 Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld | 13 | 23,006 | -0- | 23,006 |
| 14 Estimated tax payments | 14 | | | |
| 15 Earned income credit | 15 | | | |
| 16 Credits for Federal tax on fuels, regulated investment company, etc. | 16 | | | |
| 17 Amount paid with Form 4868, Form 2688, or Form 2350 (application for extension of time to file) | 17 | | | |
| 18 Amount paid with original return plus additional tax paid after it was filed | 18 | | | |
| 19 Add lines 13 through 18 in column C | 19 | | | 23,006 |

## Refund or Amount You Owe

| | | |
|---|---|---|
| 20 Overpayment, if any, as shown on original return (or as previously adjusted by the IRS) | 20 | 23,006 |
| 21 Subtract line 20 from line 19 (see instructions) | 21 | -0- |
| 22 AMOUNT YOU OWE. If line 12, col. C, is more than line 21, enter the difference and see instructions | 22 | -0- |
| 23 REFUND to be received. If line 12, column C, is less than line 21, enter the difference | 23 | -0- |

**Please Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Your signature — Date ► Spouse's signature (If joint return, BOTH must sign) — Date

**Paid Preparer's Use Only**

Preparer's signature ► [signature] — Date 3/4/92 — Check if self-employed ☐ — Preparer's social security no. 145 : 28 : 6000

Firm's name (or yours if self-employed) and address ► F. S. TOUMAN & CO. CPA'S ~~111 BROADWAY, NY, NY 10006~~ 13-1438598 — E.I. No. — ZIP code

Cat. No. 11360L

Form 1040X (Rev. 11-91) 

**Part I** Exemptions (see Form 1040 or Form 1040A instructions)

**If you are not changing your exemptions, do not complete this part.**
**If claiming more exemptions, complete lines 24-30 and, if applicable, line 31.**
**If claiming fewer exemptions, complete lines 24-29.**

| | | | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|---|
| 24 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 24 | | | |
| 25 | Your dependent children who lived with you . . . . . . . . . . | 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Other dependents. . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Total number of exemptions (add lines 24 through 27) . . . . . . | 28 | | | |
| 29 | **For tax year 1991, if the amount on page 1, line 3, is more than $75,000, see the instructions. If line 3 is $75,000 or less, multiply $2,150 by the number of exemptions claimed on line 28. For tax year 1990, use $2,050; for tax year 1989, use $2,000; for tax year 1988, use $1,950. Enter the result here and on page 1, line 6.** . . . . . . . . . . . . . . . . . . | 29 | | | |

30 Dependents (children and other) not claimed on original return:

| (a) Dependent's name (first, initial, and last name) | (b) Check if under age 1 (under age 2 if a 1989 or 1990 return; under age 5 if a 1988 return) | (c) If age 1 or older (age 2 or older if a 1989 or 1990 return; age 5 or older if a 1988 return), enter dependent's social security number | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who lived with you ▶ ☐

No. of your children on line 30 who didn't live with you due to divorce or separation (see instructions) ▶ ☐

No. of other dependents listed on line 30 ▶ ☐

31 If your child listed on line 30 didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . ▶ ☐

**Part II** Explanation of Changes to Income, Deductions, and Credits

**Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. Be sure to include your name and social security number on any attachments.**

If the change pertains to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here . . . . . . . . . . . . ▶ ☐

LINE 1 - TOTAL INCOME - $ <1,834,232>

TO REPORT INCOME (LOSS) FROM K-1

HARBORVIEW TRADING ASSOC. L.P. - I.D. 13-3459117

ORDINARY (LOSS) — <3,213,792>

INTEREST 47,573

DIVIDENDS 99,403

SHORT-TERM CAPITAL GAIN 641,271

LONG-TERM CAPITAL GAIN 591,313

<1,834,232>

**Part III** Presidential Election Campaign Fund

**Checking below will not increase your tax or reduce your refund.**

If you did not previously want to have $1 go to the fund but now want to, check here . . . . . . . . . . . . ▶ ☐

If a joint return and your spouse did not previously want to have $1 go to the fund but now wants to, check here . . . . ▶ ☐

AMENDED 10/90

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

For calendar year 1988 or fiscal year beginning ........, 1988, and ending ........, 19 ....

OMB No. 1545-0099

**1988**

Partner's identifying number ▶ 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 | Partnership's identifying number ▶ 13-3459117

Partner's name, address, and ZIP code
BERNHARD F. MANKO
2850 N. E. 44TH ST
LIGHT HOUSE POINT, FLA. 33064

Partnership's name, address, and ZIP code
HARBORVIEW TRADING ASSOCIATES L.P
90 BROAD ST
NEW YORK, N.Y 10004

A Is this partner a general partner? . . . ☒ Yes ☐ No

B Partner's share of liabilities:
Nonrecourse. . . . . . . . . . $ N/A
Other . . . . . . . . . . . . $

C What type of entity is this partner? ▶ INDIVIDUAL

D Is this partner a ☒ domestic or a ☐ foreign partner?

E Enter partner's percentage of: (i) Before decrease or termination / (ii) End of year
Profit sharing . . . . . . ...% ...%
Loss sharing . . . . . . ...% ...%
Ownership of capital . . . . ...% ...%

F IRS Center where partnership filed return ▶ HOLTSVILLE, N.Y

G Tax Shelter Registration Number ▶

H(1) Did the partner's ownership interest in the partnership change after Oct. 22, 1986? . . . . . . . ☐ Yes ☐ No
If yes, attach statement. (See Form 1065 instructions.)

(2) Did the partnership start or acquire a new activity after Oct. 22, 1986? . . . . . . . . ☒ Yes ☐ No
If yes, attach statement. (See Form 1065 instructions.)

I Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2). . . . . . . . ☐

J Check here if this is an amended Schedule K-1. . . . . ☒

K Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Income (loss) from lines 1, 2, 3, and 4 below | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| -0- | 75,000 | <1834233> | 644952 | 10,778 | 75,000 | <1200058> |

**Reminder:** If you received a 1987 Schedule K-1 that was for a short year and you chose to report the 1987 amounts over a 4-year period, be sure to include one-fourth of the short year amounts, in addition to the items reported on this Schedule K-1, on the appropriate lines of your 1988 Form 1040 and related schedules.

**Caution:** *Refer to attached Partner's Instructions for Schedule K-1 (Form 1065) before entering information from this schedule on your tax return.*

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activity(ies) | 1 | <3213792> | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 2 | Net income or loss from rental real estate activity(ies) | 2 | | |
| | 3 | Net income or loss from other rental activity(ies) | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 47573 | Sch. B, Part I, line 2 |
| | b | Dividends | 4b | 99403 | Sch. B, Part II, line 4 |
| | c | Royalties | 4c | | Sch. E, Part I, line 5 |
| | d | Net short-term capital gain (loss) | 4d | 641271 | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | 591313 | Sch. D, line 12, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable lines of your return) |
| | 5 | Guaranteed payments | 5 | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other (attach schedule) | 7 | | (Enter on applicable lines of your return) |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 14 or 15 |
| | 9 | Expense deduction for recovery property (section 179) (attach schedule) | 9 | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other (attach schedule) | 11 | | |
| Credits | 12a | Credit for income tax withheld | 12a | | See Partner's Instructions for Schedule K-1 (Form 1065) |
| | b | Low-income housing credit: (1) Partnerships to which section 42(j)(5) applies | b(1) | | Form 8586, line 5 |
| | | (2) Other | b(2) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activity(ies) (attach schedule) | 12c | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | d | Credit(s) related to rental real estate activity(ies) other than 12b and 12c (attach schedule) | 12d | | |
| | e | Credit(s) related to other rental activity(ies) (see instructions) (attach schedule) | 12e | | |
| | 13 | Other credits (attach schedule) | 13 | | |

# EXHIBIT G

Internal Revenue Service

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 03-16-2007
Response Date: 03-16-2007
IRS Employee Number: Y2KBB
Tracking Number: 100013487269

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 1988

TAXPAYER IDENTIFICATION NUMBER: 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
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 1,394,046.16 | |
| ACCRUED INTEREST: | 248,948.31 | AS OF: Feb. 19, 2007 |
| ACCRUED PENALTY: | 0.00 | AS OF: Feb. 19, 2007 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 1,642,994.47 | |

| | | |
|---|---|---|
| ** EXEMPTIONS: | 02 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | -11,218,353.00 | |
| ** TAXABLE INCOME: | 0.00 | |
| TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 20, 1989
PROCESSING DATE: Nov. 27, 1989

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-295-03119-9 | | 11-27-1989 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1989 | -$23,006.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1989 | | 04-15-1989 | $0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1989 | | 08-16-1989 | $0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198712 | | 04-15-1989 | $13,466.50 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198712 | | 04-15-1989 | $9,539.50 |
| 776 | INTEREST DUE TAXPAYER | | 11-27-1989 | -$159.99 |
| 856 | OVERPAYMENT INTEREST TRANSFERRED<br>1040 198712 | | 11-27-1989 | $159.99 |
| 560 | ASSESSMENT STATUTE<br>EXPIRATION DATE EXTEND TO 10-20-1992 | | 08-05-1991 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07277-567-00669-2 | | 06-10-1992 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-654-15017-2 | 19923908 | 10-05-1992 | $0.00 |
| 960 | RECEIVED POA/TIA | | 09-13-1994 | $0.00 |
| 300 | QUICK ASSESSMENT<br>65251-346-12000-5 | 19960408 | 12-12-1995 | $10,763,212.00 |
| 190 | INTEREST ASSESSED | 19960408 | 12-12-1995 | $9,059,353.31 |
| 582 | FEDERAL TAX LIEN | | 02-19-1996 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-01-1996 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-04-1996 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199512 | | 10-24-1996 | -$2,377.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 11-20-1996 | -$25,000.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199212 | | 04-15-1993 | -$200,000.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199212 | | 10-19-1993 | -$36,765.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199212 | | 01-25-1994 | -$1,777.66 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 01-10-1997 | -$25,000.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | | 04-15-1992 | -$439,398.68 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | | 10-20-1992 | -$110,942.71 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | | 01-25-1993 | -$216.84 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199112 | | 02-25-1993 | -$2,000,000.00 |

| | | | |
|---|---|---|---|
| 706 | OVERPAID CREDIT APPLIED 1040 199112 | 04-26-1993 | -$4,280,415.00 |
| 197 | INTEREST ABATED | 02-10-1997 | -$571,026.88 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 02-13-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 03-11-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 04-10-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 05-11-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 06-10-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 07-11-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 08-11-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 09-11-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 10-14-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 11-07-1997 | -$25,000.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199612 | 04-15-1997 | -$329.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 12-10-1997 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 01-12-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 02-10-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 03-10-1998 | -$11,131.57 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 04-13-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 05-11-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 06-10-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 07-10-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 08-10-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 09-10-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 10-13-1998 | -$25,000.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199712 | 04-15-1998 | -$3,880.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 11-10-1998 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 12-11-1998 | -$25,000.00 |

| | | | |
|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 01-14-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-10-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 03-10-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-14-1999 | -$25,000.00 |
| 610 | PAYMENT WITH RETURN<br>1040 199012 | 10-22-1991 | -$319,592.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT<br>1040 199012 | 01-22-1991 | -$757,399.69 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT<br>1040 199012 | 01-22-1991 | -$860,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>1040 199012 | 01-25-1993 | -$45,122.87 |
| 700 | OVERPAID CREDIT APPLIED<br>1040 199012 | 10-20-1992 | -$37,861.29 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 05-10-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 06-10-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-12-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-10-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-15-1999 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 10-18-1999 | -$25,000.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199812 | 04-15-1999 | -$2,446.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 12-17-1999 | -$25,000.00 |
| 961 | REMOVED POA/TIA | 01-17-2000 | $0.00 |
| 977 | AMENDED RETURN FILED | 12-31-1999 | $0.00 |
| | 29277-426-02027-0 | | |
| 960 | RECEIVED POA/TIA | 02-28-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-10-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 03-10-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-10-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 05-10-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 06-12-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-10-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-14-2000 | -$25,000.00 |

| | | | | |
|---|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 09-11-2000 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 11-13-2000 | -$25,000.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>19247-514-10001-1 | 20011808 | 05-14-2001 | $0.00 |
| 961 | REMOVED POA/TIA | | 05-04-2001 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200012 | | 10-16-2001 | -$1.48 |
| 291 | PRIOR TAX ABATED<br>19254-738-06759-1 | | 12-24-2001 | -$171,445.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199812 | | 11-15-1999 | -$25,000.00 |
| 301 | PRIOR TAX ABATED BY EXAMINATION<br>49247-618-70001-2 | | 08-26-2002 | -$994,796.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200112 | | 04-15-2002 | -$2,783.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>19247-518-98000-3 | 20031908 | 05-19-2003 | $0.00 |
| 421 | RENUMBERED RETURN<br>19247-518-98000-3 | | 05-19-2003 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07277-592-00837-3 | | 06-30-2003 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07277-667-00296-3 | | 09-18-2003 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200212 | | 04-15-2003 | -$2,183.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 02-27-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 02-27-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 03-10-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 03-10-2004 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 03-23-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 03-17-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 03-17-2004 | $0.00 |
| 960 | RECEIVED POA/TIA | | 04-19-2004 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-14-2004 | $0.00 |

| | | | |
|---|---|---|---|
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 12-12-1995 | -$1,921,171.57 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 12-12-1995 | -$13,466.50 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 12-12-1995 | -$9,539.50 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 12-12-1995 | -$159.99 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 12-12-1995 | -$126,630.95 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198712 | 12-12-1995 | -$1,504,435.37 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 02-27-1996 | -$56,345.43 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198712 | 02-27-1996 | -$51,969.00 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198712 | 10-22-1998 | -$696,934.29 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198712 | 08-21-2000 | -$50,151.43 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198712 | 04-14-2003 | -$8,171.89 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198712 | 03-29-2004 | -$27.29 |
| 197 | INTEREST ABATED | 08-09-2004 | -$2,008,785.74 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200312 | 04-15-2004 | -$1,994.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200412 | 04-15-2005 | -$1,835.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT 1040 197912 | 02-14-2000 | -$10.53 |
| 962 | UPDATED POA/TIA | 01-16-2007 | $0.00 |
| 962 | UPDATED POA/TIA | 01-30-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# EXHIBIT H

Form 872-T (Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

Taxpayer(s) Name(s): BERNHARD F. & CYNTHIA G. HANKO

Termination By: ☒ Taxpayer ☐ IRS

Taxpayer(s) Address: 2850 N.E. 44th STREET LIGHTHOUSE POINT, FL. 33064

Taxpayer Identifying Number: 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

Kind of Tax: INCOME TAX

Tax Period(s) Covered by this Notice: 1988

Issuing Office Code

Service Center Code

Under the agreement dated 4/1/92, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.

*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

| | |
|---|---|
| Your Signature: [signature] | Date Signed: 1/15/03 |
| Spouse's Signature: [signature] | Date Signed: 1/15/03 |
| Taxpayer's Representative's Signature | Date Signed |
| Corporate Name | |
| Corporate Officer(s) Signature — Name and Title | Date Signed |
| Name and Title | Date Signed |
| District Director of Internal Revenue | Regional Director of Appeals |
| By (Signature and Title) | Date Signed |

ISA

STF FED1625F

Form 872-T (Rev. 10-90)

| | | |
|---|---|---|
| Form 872-A (C)<br>(Rev. June 1986) | Department of the Treasury — Internal Revenue Service<br>**Special Consent to Extend the Time to Assess Tax** | In Reply Refer To:<br>4010:MH<br>SSN or EIN<br>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 |

BERNHARD F MANKO AND CYNTHIA MANKO
*(Name(s))*

taxpayer(s) of 2850 N.E. 44th Street Lighthouse Point, Fl 33064
*(Number, Street, City or Town, State, ZIP Code)*

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income *(Kind of tax)* tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1988

may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenue Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

| | |
|---|---|
| YOUR SIGNATURE HERE → [signature] | *(Date signed)* 3/30/92 |
| SPOUSE'S SIGNATURE → [signature] | *(Date signed)* 3/30/92 |
| TAXPAYER'S REPRESENTATIVE SIGN HERE → | *(Date signed)* |
| CORPORATE NAME → | |
| CORPORATE OFFICER(S) SIGN HERE *(Title)* | *(Date signed)* |
| *(Title)* | *(Date signed)* |
| DISTRICT DIRECTOR OF INTERNAL REVENUE MERLIN W. HEYE DISTRICT DIRECTOR | REGIONAL DIRECTOR OF APPEALS |
| BY *(Signature and Title)* [signature] Chief, Exam Support Staff | 4-1-92 *(Date signed)* |

**Instructions**

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) fo which a joint return was filed, both husband and wife must sign the original and copy of this form unless one acting under a power of attorney, signs as agent for the other. The signatures must match the names as the appear on the front of this form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of the officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.

# EXHIBIT I

AMENDED REFUND CLAIM

Form **1040X** (Rev. November 2002)

Department of the Treasury - Internal Revenue Service

# Amended U. S. Individual Income Tax Return

See separate instructions.

OMB No. 1545-0091

This return is for calendar year 1989, or fiscal year ended

Please print or type

| | | |
|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | Your social security number: 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 |
| If a joint return, spouse's first name and initial: Cynthia G. | Last name: Manko | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 2850 N.E. 44th Street | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see pg. 2 of the instructions. Lighthouse, FL 33064 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here . . . . ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . ☒ Yes ☐ No

C Filing status. Be sure to complete this line. NOTE. You cannot change from joint to separate returns after the due date.

On original return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the back to explain any changes

| | Income and Deductions (see pages 2-6) | | A. ORIGINAL AMOUNT or as previously adjusted (see page 2) | B. NET CHANGE-amount of increase or (decrease)-explain in Part II | C. CORRECT AMOUNT |
|---|---|---|---|---|---|
| | 1 Adjusted gross income (see page 3) | 1 | | | |
| | 2 Itemized deductions or standard deduction (see page 3) | 2 | | | |
| | 3 Subtract line 2 from line 1 | 3 | | | |
| | 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| | 5 Taxable income. Subtract line 4 from line 3 | 5 | 13,207,428 | (13,207,428) | |
| Tax Liability | 6 Tax (see page 4). Method used in col. C | 6 | 3,699,200 | (3,699,200) | 0 |
| | 7 Credits (see page 4) | 7 | | | 0 |
| | 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 3,699,200 | (3,699,200) | |
| | 9 Other taxes (see page 4) | 9 | | | 0 |
| | 10 Total tax. Add lines 8 and 9 | 10 | 3,699,200 | (3,699,200) | 0 |
| Payments | 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| | 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| | 13 Earned income credit (EIC) | 13 | | | |
| | 14 Additional child tax credit from Form 8812 | 14 | | | |
| | 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| | 16 Amount paid with request for extension of time to file (see page 4) | | | 16 | 110,000 |
| | 17 Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | 2,255,327 |
| | 18 Total payments. Add lines 11 through 17 in column C | | | 18 | 2,365,327 |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 2,365,327 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 2,365,327 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | 2,365,327 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | NONE |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date | Spouse's signature. If a joint return, BOTH must sign. | Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN: P00161222 |
| Firm's name (or yours if self-employed), address, and ZIP code | Janow & Meyer, LLC | | EIN: 13-3923535 |
| | 1 Blue Hill Plaza, Box 1606, Pearl River, NY 10965 | | Phone no.: 845-735-9400 X 103 |

(HTA)

Form 1040X (Rev. 11-2002) Manko 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 Page 2

**Part I Exemptions.** See Form 1040 or 1040A instructions.

If you are NOT CHANGING YOUR EXEMPTIONS, do not complete this part.
If claiming MORE EXEMPTIONS, complete lines 25-31.
If claiming FEWER EXEMPTIONS, complete lines 25-30.

| | | A. ORIGINAL NUMBER of exemptions reported or as previously adjusted | B. NET CHANGE | C. CORRECT NUMBER of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. CAUTION. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (A) First name | Last name | (B) Dependent's social security number | (C) Dependent's relationship to you | (D) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
* lived with you ☐
* DID NOT live with you due to divorce or separation (see page 5) ☐

Dependents on line 31 not entered above ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ☐

23. See explanation attached hereto and made a part hereof.

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ☐

1989

This Form 1040X amends and supersedes a Form 1040X claiming refund of 1989 taxes, which was signed by the taxpayers on June 18, 2003 and mailed to the Internal Revenue Service on June 23, 2003.

EXPLANATION OF CLAIM

On April 15, 1990, taxpayers paid $110,000.00 in connection with their request for an extension of time to file their 1989 income tax return. They filed their 1989 return on or before October15, 1990 and paid an additional $1,255,326.78, being the balance of the $1,297,979 tax shown on the return ($1,187,979) plus interest ($67,347.78).

On December 12, 1995, without issuing a statutory notice of deficiency and in violation of Code Section 6213(a) and other applicable provisions of law, the IRS made a "quick assessment" of additional 1989 taxes against the taxpayers in the amount of $2,644,240.00.

The taxpayers made a $1,000,000 payment on May 27, 1996, which was applied against the unlawful assessment. On August 19, 1996, the IRS abated taxes shown on the taxpayers' original return by the amounts of $31,499.00 and $211,520.00, which abatements were also applied against the unlawful assessment.

Taxpayers claim refund of $1,243,019, being the amount paid on May 27, 1996 and the amounts abated on August 19, 1996.

Taxpayers also claim refund of the $110,000 that they paid on April 15, 1990 and the additional $1,255,326.78 that they paid on October 18, 1990. The taxpayers had a net operating loss carryover from 1986 which the IRS failed to process. The net operating loss is reflected in a revenue agent's report dated April 18, 2001, a copy of which is annexed hereto. When

processed, the NOL will eliminate any income tax liability for 1989 that might otherwise exist.

Taxpayers therefore claim refund in the amount of $2,365,326.78, being the total amount that they paid with respect to their 1989 tax liability, plus interest as allowed by law.

All of the above-mentioned payments, abatements and assessments are shown on the annexed IRS transcript of taxpayers' account for 1989.

This refund claim is timely. The taxpayers and the IRS entered into various agreements extending the time for assessing 1989 income taxes, and this claim is being filed during the six month period following the expiration of such time. All of the amounts claimed were paid or deemed paid after the execution of the first extension agreement or would have been recoverable under Code Section 6511(b)(2) if this claim had been filed on the date the first extension agreement was executed. Additionally, there has been no final determination of tax for this year.

I:\Meyer I\Clients\MANKO\Claim for Refund\1989 Explanation4.wpd

PAGE NO-0001

IRS EMPLOYEE 2502005420

DATE REQUESTED 07-10-2003

PRINT DATE 07-10-2003

FORM NUMBER: 1040

TAX PERIOD: DEC 1989

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

BODC-SB BODCLC-W

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 4,965,347.77 | |
| ACCRUED INTEREST: | 751,414.84 | AS OF 07-21-2003 |
| ACCRUED PENALTY: | 273,444.01 | AS OF 07-21-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 5,990,206.62 | |

** EXEMPTIONS: 02

**FILING STATUS: MARRIED FILING JOINT

** ADJUSTED GROSS INCOME: 14,577,810.00
** TAXABLE INCOME: 13,207,428.00
TAX PER RETURN: 1,297,979.00

** PER RETURN OR AS ADJUSTED

10-18-1990 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-19-1990 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 07221-292-81400-0 | 11-19-1990 | 1297,979.00 |
| 610 | PAYMENT WITH RETURN | 10-18-1990 | 1255,326.78- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1990 | 04-15-1990 | |
| 670 | SUBSEQUENT PAYMENT | 04-15-1990 | 110,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-1990 | 08-16-1990 | |
| 196 | INTEREST ASSESSED 199045 | 11-19-1990 | 31,708.41 |
| 276 | FAILURE TO PAY TAX PENALTY 199045 | 11-19-1990 | 35,639.37 |
| 196 | INTEREST ASSESSED 199045 | 11-19-1990 | 35,639.07 |
| 271 | FAILURE TO PAY TAX PENALTY ABATED | 02-11-1991 | 35,639.37- |
| 290 | ADDITIONAL TAX ASSESSED 07254-417-18009-1 199105 | 02-11-1991 | 0.00 |
| 386 | OVERPAYMENT CLEARED | 02-11-1991 | 0.30 |
| 960 | RECEIVED POA/TIA | 04-29-1993 | |
| 300 | QUICK ASSESSMENT | 12-12-1995 | 2644,240.00 |

PAGE NO-0002 IRS EMPLOYEE 2502005420

| | | |
|---|---|---|
| 65251-346-12001-5 | | |
| 190 INTEREST ASSESSED 199604 | 12-12-1995 | 1698,415.40 |
| 582 FEDERAL TAX LIEN | 02-19-1996 | |
| 582 FEDERAL TAX LIEN | 03-01-1996 | |
| 582 FEDERAL TAX LIEN | 03-04-1996 | |
| 670 SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 05-27-1996 | 1000,000.00- |
| 340 RESTRICTED INTEREST ASSESSED 199632 | 08-19-1996 | 156,796.71 |
| 301 PRIOR TAX ABATED BY EXAMINATION 07247-611-00293-6 | 08-19-1996 | 31,499.00- |
| 309 PRIOR TAX ABATED BY EXAMINATION 07247-611-00293-6 | 08-19-1996 | 211,520.00- |
| 276 FAILURE TO PAY TAX PENALTY 199632 | 08-19-1996 | 90,024.30 |
| 673 SUBSEQUENT PAYMENT | 04-21-1998 | 1,000.00- |
| 672 SUBSEQUENT PAYMENT CORRECTED | 04-21-1998 | 1,000.00 |
| 670 SUBSEQUENT PAYMENT | 06-19-1998 | 6.46- |
| 961 REMOVED POA/TIA | 01-17-2000 | |
| 977 AMENDED RETURN FILED 29277-426-02029-0 | 12-31-1999 | 0.00 |
| 960 RECEIVED POA/TIA | 02-28-2000 | |
| 290 ADDITIONAL TAX ASSESSED 29254-480-05630-1 200113 | 04-09-2001 | 0.00 |
| 340 RESTRICTED INTEREST ASSESSED 200115 | 04-23-2001 | 1618,896.82 |
| 290 ADDITIONAL TAX ASSESSED 07254-494-18014-1 200115 | 04-23-2001 | 0.00 |
| 961 REMOVED POA/TIA | 05-04-2001 | |

Bill Rec'd 4/30/01

Internal Revenue Service
Southeast Region
Field Compliance Services Center

Department of the Treasury
P.O. Box 47-421, Stop 106
Doraville, GA 30362

Date: April 19, 2001

Person To Contact & Employee No.:
Bradley Cook 0781221103
Telephone Number:
(770) 454-1714 Not Toll Free
Fax No. (770) 454-1743
Taxpayer ID#:
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
Partnership/S-Corp:
Various
EIN:
Various
Tax Year(s) Ended:
Dec. 31, 1984 & Dec. 31, 1986

>Bernard & Cynthia Manko
2850 NE 44TH ST
Lighthouse Point, FL 33064

Dear Taxpayer:

Enclosed is a report explaining how the adjustments made during our examination of the above return affect your individual income tax return. This report does not require any signatures and should not be returned to us, but should be kept for your records.

If you have any questions, please write to the person whose name is shown at the top of this letter, or you may call the person at the telephone number shown. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and the most convenient time for us to call you in case we need more information. Please attach a copy of this letter to help us identify your case. Keep the original for your records.

Thank you for your cooperation.

Sincerely yours,

Michele D. Adams
Chief, Compliance Division
Field Compliance Services Center

Enclosure:
Report

| Form 4549-A | Department of the Treasury<br>Internal Revenue Service | | Return Form No.<br>1040 |
|---|---|---|---|
| Name and Addresses of Taxpayers<br>Bernard & Cynthia Manko<br>2850 NE 44TH ST<br>Lighthouse Point, FL 33064-7284 | S.S.N. or E.I.N.<br>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 | | Filing Status<br>Jiont |
| | Examination Changes were discussed with: | Name and Title | |

| | | | |
|---|---|---|---|
| 1. Adjustments to Income | Year: 1986 | Year: | Year: |
| a. Arbitrage Management Co 13-2926637 | (2,940,889) | | |
| b. Capital Gains | 8,886 | | |
| c. 1984 NOL Carryover | (8,608,118) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| 2. Total Adjustments | (11,540,121) | | |
| 3. Adjusted Gross, Taxable or Tax Table Income Shown on return or as Previously Adjusted | (31,841,640) | | |
| 4. Corrected Adjusted Gross, Taxable or Tax Table Income | (43,381,761) | | |
| 5. Tax | 0 | | |
| 6. Alternative Tax, if Applicable (From Page ) | | | |
| 7. Corrected Tax Liability (Lesser of Line 5 or 6) | 0 | | |
| 8. Less Credits a. b. c. | | | |
| 9. Balance (Line 7 less total of lines 8a. through 8c. | 0 | | |
| 10. Plus: a. Self Employment Tax b. Alternative Minimum Tax Credits c. | | | |
| 11. Total Corrected Income Tax Liability (Line 9 plus totals of lines 10a. through 10c.) | 0 | | |
| 12. Total Tax Shown on Return or as previously Adjusted | 0 | | |
| 13. Deficiency - Increase in Tax or (Overassessment) - Decrease in Tax (Line 11 adjusted by Line 12) | 0 | | |
| 14. Adjustment to Prepayment Credits | | | |
| 15. Balance Due or (Overpayment) (Line 13 adjusted by line 14) Not Including Interest | 0 | | |
| 16. Penalties, If Any (see Explanation) a. b. c. | | | |

Other Information:

| Examiner's Signature | District | Date: |
|---|---|---|
| Bradley Cook | ATSC | April 18, 2001 |

Form 4549-A