# EXHIBIT J

Internal Revenue Service

This Product Contains Sensitive Taxpayer Data

Request Date: 03-16-2007
Response Date: 03-16-2007
IRS Employee Number: Y2KBB
Tracking Number: 100013487269

# Account Transcript

FORM NUMBER: 1040 TAX PERIOD: Dec. 31, 1989

TAXPAYER IDENTIFICATION NUMBER: 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
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 4,965,347.77 | |
| ACCRUED INTEREST: | 2,093,259.11 | AS OF: Feb. 19, 2007 |
| ACCRUED PENALTY: | 273,444.01 | AS OF: Feb. 19, 2007 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 7,332,050.89 | |

| | | | |
|---|---|---|---|
| ** EXEMPTIONS: | 02 | ** FILING STATUS: | Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 14,577,810.00 | | |
| ** TAXABLE INCOME: | 13,207,428.00 | | |
| TAX PER RETURN: | 1,297,979.00 | | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 18, 1990
PROCESSING DATE: Nov. 19, 1990

TRANSACTIONS

| CODE EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-292-81400-0 | 19904508 | 11-19-1990 | $1,297,979.00 |
| 610 | PAYMENT WITH RETURN | | 10-18-1990 | -$1,255,326.78 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1990 | | 04-15-1990 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-1990 | -$110,000.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1990 | | 08-16-1990 | $0.00 |
| 196 | INTEREST ASSESSED | 19904508 | 11-19-1990 | $31,708.41 |
| 276 | FAILURE TO PAY TAX PENALTY | 19904508 | 11-19-1990 | $35,639.37 |
| 196 | INTEREST ASSESSED | 19904508 | 11-19-1990 | $35,639.07 |
| 271 | FAILURE TO PAY TAX PENALTY ABATED | | 02-11-1991 | -$35,639.37 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-417-18009-1 | 19910508 | 02-11-1991 | $0.00 |
| 386 | OVERPAYMENT CLEARED | | 02-11-1991 | $0.30 |
| 960 | RECEIVED POA/TIA | | 04-29-1993 | $0.00 |
| 300 | QUICK ASSESSMENT<br>55251-346-12001-5 | 19960408 | 12-12-1995 | $2,644,240.00 |
| 190 | INTEREST ASSESSED | 19960408 | 12-12-1995 | $1,698,415.40 |
| 582 | FEDERAL TAX LIEN | | 02-19-1996 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-01-1996 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-04-1996 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 05-27-1996 | -$1,000,000.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 19963208 | 08-19-1996 | $156,796.71 |
| 301 | PRIOR TAX ABATED BY EXAMINATION<br>07247-611-00293-6 | | 08-19-1996 | -$31,499.00 |
| 309 | PRIOR TAX ABATED BY EXAMINATION<br>07247-611-00293-6 | | -- | -$211,520.00 |
| 276 | FAILURE TO PAY TAX PENALTY | 19963208 | 08-19-1996 | $90,024.30 |
| 673 | SUBSEQUENT PAYMENT | | 04-21-1998 | -$1,000.00 |
| 672 | SUBSEQUENT PAYMENT CORRECTED<br>CIVIL PENALTY 198912 | | 04-21-1998 | $1,000.00 |
| 670 | SUBSEQUENT PAYMENT | | 06-19-1998 | -$6.46 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 977 | AMENDED RETURN FILED<br>29277-426-02029-0 | | 12-31-1999 | $0.00 |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>29254-480-05630-1 | 20011308 | 04-09-2001 | $0.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 20011508 | 04-23-2001 | $1,618,896.82 |

| | | | | |
|---|---|---|---|---|
| 290 | ADDITIONAL TAX ASSESSED<br>07254-494-18014-1 | 20011508 | 04-23-2001 | $0.00 |
| 961 | REMOVED POA/TIA | | 05-04-2001 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07277-592-00836-3 | | 06-30-2003 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07277-667-00295-3 | | 09-18-2003 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-753-05626-3 | 20035308 | 01-12-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 02-27-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 02-27-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 03-10-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 03-10-2004 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 03-23-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 03-17-2004 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 03-17-2004 | $0.00 |
| 960 | RECEIVED POA/TIA | | 04-19-2004 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-14-2004 | $0.00 |
| 962 | UPDATED POA/TIA | | 01-16-2007 | $0.00 |
| 962 | UPDATED POA/TIA | | 01-30-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# EXHIBIT K

Form 872-T (Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

| | |
|---|---|
| Taxpayer(s) Name(s)<br>BERNHARD F. & CYNTHIA G. HANKO | Termination By:<br>☒ Taxpayer<br>☐ IRS |
| Taxpayer(s) Address<br>2850 N.E. 44th STREET<br>LIGHTHOUSE POINT, FL. 33064 | Taxpayer Identifying Number<br>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 |
| Kind of Tax: INCOME TAX — Tax Period(s) Covered by this Notice: 1989 | Issuing Office Code<br>Service Center Code |

Under the agreement dated 9/10/93, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.

*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

| | |
|---|---|
| Your Signature: [signature] | Date Signed: 1/15/03 |
| Spouse's Signature: [signature] | Date Signed: 1/15/03 |
| Taxpayer's Representative's Signature | Date Signed |
| Corporate Name | |

| Corporate Officer(s) Signature | | |
|---|---|---|
| | Name and Title | Date Signed |
| | Name and Title | Date Signed |

| | |
|---|---|
| District Director of Internal Revenue | Regional Director of Appeals |
| By (Signature and Title) | Date Signed |

ISA
STF FED1625F

Form 872-A
(Rev. October 1987)

Department of the Treasury — Internal Revenue Service

# Special Consent to Extend the Time to Assess Tax

In reply refer to:
RAM-1323
SSN or EIN
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

Bernhard F. and Cynthia Manko
*(Name(s))*

taxpayer(s) of 2850 N.E. 44th Street, Lighthouse Point, Fl. 33064
*(Number, Street, City or Town, State, ZIP Code)*

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income tax due on any return(s) made by or *(Kind of tax)*
for the above taxpayer(s) for the period(s) ended 12-31-89
may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess Tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenue Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

RECEIVED
SEP 8 1995

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE → [signature] 8/31/93 (Date signed)
BERNHARD F. MANKO

SPOUSE'S SIGNATURE → [signature] 8/31/93 (Date signed)
CYNTHIA MANKO

TAXPAYER'S REPRESENTATIVE SIGN HERE → (Date signed)

CORPORATE NAME →

CORPORATE OFFICER(S) SIGN HERE
→ (Title) (Date signed)
→ (Title) (Date signed)

MERLIN W. HEYE
DISTRICT DIRECTOR
DISTRICT DIRECTOR OF INTERNAL REVENUE REGIONAL DIRECTOR OF APPEALS

BY [signature] (Signature and Title) 9/10/93 (Date signed)

**Instructions**

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of the officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.

# EXHIBIT L

JANOW & MEYER, LLC
ATTORNEYS AT LAW
ONE BLUE HILL PLAZA
SUITE 1006, P.O. BOX 1606
PEARL RIVER, N. Y. 10965-8606

HUGH JANOW
IRWIN S. MEYER

TELEPHONE: (914) 735-9400
FACSIMILE: (914) 735-8908

June 7, 1999

Via Certified Mail - RRR
P 966 792 609

Internal Revenue Service
Internal Revenue Service Center
Atlanta, GA 39901

Re: Bernhard F. & Cynthia G. Manko
SSAN: 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
Year: 1990

Gentlemen:

I have enclosed a Protective Claim For Refund for the above referenced taxpayers' 1990 tax year.

Sincerely,

Irwin S. Meyer

ISM:car
Enclosure

cc: Bernhard F. & Cynthia G. Manko
Herbert Stoller, Esq. (via facsimile)
James C. Hinely/IRS (via facsimile)

SENDER:

RECEIVED

ISC IRS

CERTIFIED

6. Signature (Addressee or Agent)

X

PS Form 3811, December 1991 DOMESTIC RETURN RECEIPT

P 966 792 609

| | | | |
|---|---|---|---|
| RETURN RECEIPT SERVICE | POSTAGE | .99 | POSTMARK OR DATE |
| | RESTRICTED DELIVERY | | |
| | CERTIFIED FEE + RETURN RECEIPT | 2.65 | |
| | TOTAL POSTAGE AND FEES | 3.64 | |
| | NO INSURANCE COVERAGE PROVIDED — NOT FOR INTERNATIONAL MAIL | | |

SENT TO:

Internal Revenue Service
IRS Service Center
Atlanta, GA

1300-02/90

PS FORM 3800 US Postal Service

**Receipt for Certified Mail**

IMPORTANT! PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS.

# *** PROTECTIVE CLAIM FOR REFUND (6/99) ***

Manko

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19 90 , OR fiscal year ended ▶ , 19 .

Please print or type

| | | |
|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | Your social security number: 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 |
| If a joint return, spouse's first name and initial: Cynthia G. | Last name: Manko | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 2850 N. E. 44th Street | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Lighthouse Point, Florida 33364 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 7,160,530.00 | (9,163,832.00) | (2,003,302.00) |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 29,305.00 | 0.00 | 29,305.00 |
| 3 Subtract line 2 from line 1 | 3 | 7,131,225.00 | (9,163,832.00) | (2,032,607.00) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,100.00 | 0.00 | 4,100.00 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 7,127,125.00 | (9,163,832.00) | (2,036,707.00) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | 1,996,743.00 | (1,996,743.00) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,996,743.00 | (1,996,743.00) | 0.00 |
| 9 Other taxes (see page 4) | 9 | 7,849.00 | 0.00 | 7,849.00 |
| 10 Total tax. Add lines 8 and 9 | 10 | 2,004,592.00 | (1,996,743.00) | 7,849.00 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,685,000.00 | 0.00 | 1,685,000.00 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 402,576.16 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 2,087,576.16 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 2,087,576.16 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0.00 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 2,079,727.16 * |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 2,079,727.16 * |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

BERNHARD F. MANKO [signature] Attorney — 6/7/98
Your signature — Date

CYNTHIA MANKO BY HERBERT STOLLER - POA POWER OF ATTORNEY [signature] attorney in fact — 6/7/98
Spouse's signature. If a joint return, BOTH must sign. — Date

**Paid Preparer's Use Only**

Preparer's signature [signature] — Date 6/7/98 — Check if self-employed ☐ — Preparer's social security no. 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

Firm's name (or yours if self-employed) and address: JANOW & MEYER, LLC, 1 BLUE HILL PLAZA - PEARL RIVER, NY — EIN 13-3922535 — ZIP code 10965-8606

* or such greater amount as is legally refundable

Form **1040X** (Rev. 11-98)

ISA
STF FED3171F.1

Form **2848**
(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ____
Telephone ____
Function ____
Date

**Part I** **Power of Attorney** (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Bernhard F.Manko<br>2850 N.E. 44th Street<br>Lighthouse Point, FL 33064 | 014 30 5202 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Irwin S. Meyer<br>1 Blue Hill Plaza, Suite 1006, Box 1663<br>Pearl River, NY 10965 | CAF No. 2005-01209R<br>Telephone No. (914) 735-9400<br>Fax No. (914) 735-8908<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ____<br>Telephone No. ____<br>Fax No. ____<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ____<br>Telephone No. ____<br>Fax No. ____<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income Tax | 1040 | 1978-1997, inclusive |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See Instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ____

The power to substitute another representative

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] 3/30/99

Signature Date Title (if applicable)

BERNHARD F. MANKO

Print Name

Signature Date Title (if applicable)

Print Name

**Part II** **Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | NYS | [signature] | 3/30/99 |
| | | | |
| | | | |

STF FED4676F.2

Form **2848**
(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Cynthia Manko<br>2850 N.E. 44th Street<br>Lighthouse Point, FL 33064 | 131 34 3324 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Herbert Stoller<br>Curtis, Mallet-Prevost, Colt & Mosle<br>101 Park Avenue, New York, NY 10178 | CAF No. 1205-19628R<br>Telephone No. (212) 696-6000<br>Fax No. (212) 697-1559<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income Tax | 1040 | 1978-1997, inclusive |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: The power to substitute another representative

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below:

Name of representative to receive refund check(s) ▶

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Form **2848** (Rev. 12-97)

ISA
STF FED4675F.1

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Cynthia Manko (signature) — 4/5/99

Signature — Date — Title (if applicable)

CYNTHIA MANKO

Print Name

Signature — Date — Title (if applicable)

Print Name

**Part II** **Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | NYS | (signature) | 4/5/99 |
| | | | |
| | | | |

STF FED4875F.2

Form 1040X (Rev. 11-98)

Manko



**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Caution: *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
• lived with you . . . . . . . . ▶ ☐
• did not live with you due to divorce or separation (see page 5) . . . . . ▶ ☐
Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

See attached statement.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . . ▶ ☐

Bernhard F. Manko 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
Cynthia G. Manko 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

Attachment to Form 1040X f/y/e/ December 31, 1990

Part II Explanation of Changes to Income, Deductions, and Credits

Line 5 is adjusted pursuant to an audit and related settlement statement dated January 28, 1999, copy attached.

Line 17 reflects payments as follows:

| | |
|---|---|
| $319,592.00 - | amount paid with return |
| $ 37,861.29 - | amount credited from another individual's account per IRS transcript dated 4-13-99, copy attached. |
| $ 45,122.87 | subsequent payment from IRS transcript dated 4-13-99 |
| $402,576.16 | Total |

This Protective Claim for Refund is being filed to preserve the Taxpayers' rights to request a refund of overpaid taxes for the subject year (1990) in light of Form 872-T which was filed by your representative on March 10, 1999.

**Internal Revenue Service**

Southeast Region

**Department of the Treasury**

Appeals Office, Room 240
Atrium West, 7771 W. Oakland Park Blvd.
Sunrise, Florida 33351

Person to Contact:
James C. Hinely
Telephone Number:
(954) 423-7923
Refer Reply to:
AP:FTL:JCH
Date:
January 28, 1999

Herbert Stoller
Curtis, Mallet-Prevost,
Colt & Mosle
101 Park Avenue
New York, NY 10178-0061

Re: Bernhard F. & Cynthia Manko
Tax Year 1990

Dear Mr. Stoller:

Enclosed is an audit statement reflecting the settlement we discussed. Since there still is no taxable income as a result of the settlement, there is no deficiency and no agreement form is needed.

We will notify you when the proposed settlement is approved. If you have any questions, please contact me at the telephone number shown above.

Thank you for your cooperation.

Sincerely,

(signed) James C. Hinely

James C. Hinely
Appeals Officer

cc: Irwin Meyer

| Form 3610 (Rev. March 1986) | Department of the Treasury — Internal Revenue Service **Audit Statement** | Symbols CC:SE:FTL:AP:JH:AR |
|---|---|---|
| Name of Taxpayer BERNARD F. & CYNTHIA MANKO | | |
| Kind of Tax INCOME | | |

| Tax Period Ended | DEFICIENCY (OVERASSESSMENT) (Increase or decrease in Tax and Penalties) | | | | |
|---|---|---|---|---|---|
| | TAX | ADDITION TO THE TAX IRC 6662(a) | | | TOTAL |
| 12/31/90 | NONE | NONE | | | $0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | $0 | $0 | | | $0 |

| Form 5278 | Department of the Treasury - Internal Revenue Service STATEMENT—INCOME TAX CHANGE | 1. Office Symbols: CC:SE:SF:AP:JH:AR |
|---|---|---|

| 2. Name of Taxpayer BERNARD F & CYNTHIA MANKO | 3. __ Notice of Deficiency __ Other (Specify) ______ X Settlement computation |
|---|---|
| 4. TIN 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 / 5. Form Number 1040 | 6. Court docket number ______ |

| 7. Adjustments to Income | Tax Year End 12/31/90 | Tax Year End | Tax Year End |
|---|---|---|---|
| | Tax years ended | | |
| A. INTAREDO INCOME | $ 17,168.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 8. Total Adjustments | 17,168.00 | | |
| 9. a. Taxable Income<br>b. As shown in:<br>__ Preliminary letter dated ______<br>__ Notice of deficiency dated ______<br>X Return as Adjusted | (2,053,875.00) | | |
| 10. Taxable Income as Revised | (2,036,707.00) | | |
| 11. Tax | 0.00 | | |
| 12. Alternative Tax, If Applicable | | | |
| 13. Corrected Tax Liability (Lesser of line 11 or 12) | 0.00 | | |
| 14. Less a. | | | |
| Credits b. | | | |
| (Specify) c. | | | |
| 15. Balance (Line 13 less amounts on lines 14a - 14c) | 0.00 | | |
| 16. Plus a. SELF EMPLOYMENT TAX | 7,849.00 | | |
| b. | | | |
| c. | | | |
| 17. Total Corrected Tax Liability (Line 15 plus total of lines 16a through 16c) | 7,849.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 7,849.00 | | |
| 19. Adjustments to A. Earned Income Credit<br>B. Special Fuels Credit | | | |
| 20. Increase in Tax or (Overassessment - Decrease in Tax) (Line 17 adjusted by Lines 18 and 19) | NONE | | |

21. Additions/Adjustments to the Tax:

| | | |
|---|---|---|
| IRC 6662(a) ACCURACY-RELATED PENALTY | NONE | |

DEPT. OF THE TREASURY-INTERNAL REVENUE SERVICE
AUDIT STATEMENT

SYMBOLS
CC:SE:FTL:AP:JH:AR

AME OF TAXPAYER
IVERSCO, INC.

ND OF TAX
NCOME

| | DEFICIENCY(OVERASSESSMENT) (TAX AND PENALTIES) | | | |
|---|---|---|---|---|
| AX PERIOD ENDED | TAX | | | TOTAL |
| 12/31/90 * | NONE | | | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $0.00 | | | $0.00 |

REVENUE AGENT REPORT DATED 7-3-96 HAS BEEN REVERSED IN FULL.

19-Jan-99

4

Page___ of___

| Computer Generated<br>Form 4605-A | Department of the Treasury - Internal Revenue Service<br>EXAMINATION CHANGES - PARTNERSHIPS, FIDUCIARIES, SMALL BUSINESS CORPORATIONS, AND DOMESTIC INTERNATIONAL SALES CORPORATIONS | | |
|---|---|---|---|
| Name and Address:<br>SIVERSON, INC. | Employer Identification Number (TIN):<br>51-0275340 | | Form Number:<br>1120S |
| | Person Examination Changes Were Discussed With | Name and Title: | |
| 1. Adjustments to ordinary, distributable net, or taxable income | Year: 9012 | Year: | Year: |
| a. INTEREST EXPENSE | NONE | | |
| b. OTHER DEDUCTIONS - NOT LISTED | NONE | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| 2. Total adj. to ordinary, distributable net, or taxable income | NONE | | |
| 3. Ordinary, distributable net, or taxable income as reported | (4,102,175.00) | | |
| 4. Corrected, ordinary, distributable net, or taxable income | (4,102,175.00) | | |
| 5. Other adjustments | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |

Remarks

| Examiner's Signature: | District:<br>South Florida | Date:<br>01/19/99 |
|---|---|---|

5

Form 4605-A-CG

Page___of___

| Computer Generated Form 886-X | Department of the Treasury - Internal Revenue Service<br>SMALL BUSINESS CORPORATION SHAREHOLDERS' SHARES OF INCOME | Schedule Number:<br>1120S |
|---|---|---|
| TIN and Name of Corporation:<br>51-0275340<br>DIVERSCO, INC. | | Taxable Year Ended:<br>9012 |

| Name and TIN of Each Shareholder (1) | ORDINARY INCOME (LOSS) FROM TRADE OR BUSINESS (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| a. BERNHARD MANKO 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 | (4,102,175.00) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | (4,102,175.00) | | | |

CONTINUATION

| Shareholder TIN (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|
| 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 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | | | | | |

6

[illegible] 139619604 [illegible]
PAGE [illegible] [illegible] 139619604

DATE [illegible] [illegible] PRINT DATE 04-13-1999

FORM [illegible] TX PERIOD DEC 1990

TAXPAYER IDENTIFICATION NUMBER [illegible]
SPOUSE TAXPAYER IDENTIFICATION NUMBER [illegible]

BERNHARD F & CYNTHIA MANKO

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 2,019,975.85-
ACCRUED INTEREST: 0.00 AS OF 04-26-1999
ACCRUED PENALTY: 0.00 AS OF 04-26-1999

[illegible]
[illegible] 2,019,975.85-

** [illegible] MARRIED FILING JOINT
** [illegible]
** [illegible]
[illegible] S.E CD.
** [illegible]
** [illegible] SPOUSE [illegible]
** [illegible]

** [illegible]

[illegible] DATE OF RETURN [illegible] (WHICHEVER IS LATER)
[illegible] DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 12-09-1991 | 2,004,592.00 |
| 430 | ESTIMATED TAX DECLARATION | 01-22-1991 | 825,000.00- |
| 460 | EXTENSION OF TIME FOR FILING 08-15-1991 | 04-15-1991 | |
| 460 | EXTENSION OF TIME FOR FILING 10-15-1991 | 04-15-1991 | |
| 610 | PAYMENT WITH RETURN | 10-22-1991 | 319,592.00- |
| 666 | ES CREDIT TRANSFERRED FROM SPOUSE | 01-22-1991 | 860,000.00- |
| 176 | PENALTY FOR UNDERPAYMENT OF ESTIMATED TAX | 12-09-1991 | 59,751.31 |
| 276 | PENALTY FOR LATE PAYMENT OF TAX | 12-09-1991 | 9,587.76 |
| 196 | INTEREST ASSESSMENT | 12-09-1991 | 16,678.90 |
| 271 | ABATEMENT OF PENALTY FOR LATE PAYMENT OF TAX | 07-20-1992 | 9,587.76- |
| 290 | ADDITIONAL TAX ASSESSMENT | 07-20-1992 | 0.00 |
| 196 | INTEREST ASSESSMENT | 07-20-1992 | 4,132.69 |
| 290 | ADDITIONAL TAX ASSESSMENT | 07-27-1992 | 0.00 |
| 290 | ADDITIONAL TAX ASSESSMENT | 10-12-1992 | 0.00 |
| 706 | CREDIT APPLIED ANOTHER INDIVIDUAL'S ACCOUNT | 10-20-1992 | 37,861.29- |
| 670 | SUBSEQUENT PAYMENT | 01-25-1993 | 45,122.87- |
| 196 | INTEREST ASSESSMENT | 02-22-1993 | 2,421.26 |

PAGE [illegible] IRS EMPLOYEE 1396019604

| | | | |
|---|---|---|---|
| 960 [illegible] POA/TIA | [illegible] | |
| 160 LATE FILING PENALTY | [illegible]-25-1995 | 0.00 |
| 301 ABATEMENT OF PRIOR TAX ASSESSED BY EXAM | 12-25-[illegible] | 1,996,743.00- |
| 337 ABATEMENT OF INTEREST ASSESSED ON ADD'L TAX | 12-27-[illegible] | 23,232.85- |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 03-04-1997 | 0.00 |
| 560 AGREEMENT STATUTE EXPIRATION DATE | [illegible] | |
| EXTENDED TO 06-09-1999 | | |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 04-19-1999 | 0.00 |