# EXHIBIT R

Form 1040X (Rev. October 1992) Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091 Expires 10-31-94

This return is for calendar year ► 19 91 , OR fiscal year ended ► , 19

Your first name and initial: Bernhard F. Last name: Manko Your social security number: 014 30 5202

If a joint return, spouse's first name and initial: Last name: Spouse's social security number: 131 34 3224

Home address (number and street). If you have a P.O. box, see instructions. 2850 N.E. 44th Street Apt. no. Telephone number (optional) ( )

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Lighthouse Point, FL 33064

For Paperwork Reduction Notice, see page 1 of separate instructions.

COPY

Enter name and address as shown on original return. If same as above, write "Same." If changing from separate to joint return, enter names and addresses from original return. SAME

A Service center where original return was filed: Atlanta, GA

B Has original return been changed or audited by the IRS? ☐ Yes ☒ No
If "No," have you been notified that it will be? ☐ Yes ☐ No
If "Yes," identify the IRS office ►

C Are you amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered? ☐ Yes ☒ No
If "Yes," you must attach Form 8271, Investor Reporting of Tax Shelter Registration Number.

D Filing status claimed. Note: *You cannot change from joint to separate returns after the due date has passed.*
On original return ► ☐ Single ☐ Married filing joint return ☒ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ► ☐ Single ☐ Married filing joint return ☒ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

FT. LAUDERDALE DISTRICT JUN 8 1993 DEERFIELD BEACH, FLORIDA IRS SECTION DIVISION

## Income and Deductions (see instructions)

Caution: Be sure to complete Part II on page 2.

| | | Line | A. As originally reported or as adjusted (see instructions) | B. Net change—increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Total income | 1 | 29,354,031 | (30,917,127) | (1,563,096) |
| 2 | Adjustments to income | 2 | — | | — |
| 3 | Adjusted gross income. Subtract line 2 from line 1 | 3 | 29,354,031 | (30,917,127) | (1,563,096) |
| 4 | Itemized deductions or standard deduction | 4 | 9,231 | — | 9,231 |
| 5 | Subtract line 4 from line 3 | 5 | 29,344,800 | 30,917,127 | (1,572,327) |
| 6 | Exemptions. If changing, fill in Parts I and II on page 2 | 6 | -0- | | -0- |
| 7 | Taxable income. Subtract line 6 from line 5 | 7 | 29,344,800 | 30,917,127 | (1,572,327) |
| 8 | Tax (see instructions). Method used in col. C | 8 | 9,093,446 | (9,093,446) | -0- |
| 9 | Credits (see instructions) | 9 | — | — | |
| 10 | Subtract line 9 from line 8. Enter the result but not less than zero | 10 | 9,093,446 | (9,093,446) | -0- |
| 11 | Other taxes (such as self-employment tax, alternative minimum tax, etc.) | 11 | — | | |
| 12 | Total tax. Add lines 10 and 11 | 12 | 9,093,446 | 9,093,446 | -0- |
| 13 | Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 13 | | | |
| 14 | Estimated tax payments | 14 | | | |
| 15 | Earned income credit | 15 | | | |
| 16 | Credits for Federal tax paid on fuels, regulated investment company, etc. | 16 | | | |
| 17 | Amount paid with Form 4868, Form 2688, or Form 2350 (application for extension of time to file) | 17 | | | |
| 18 | Amount paid with original return plus additional tax paid after it was filed | 18 | | | 6,280,415 |
| 19 | Add lines 13 through 18 in column C | 19 | | | 6,280,415 |

## Refund or Amount You Owe

| | | Line | Amount |
|---|---|---|---|
| 20 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 20 | -0- |
| 21 | Subtract line 20 from line 19 (see instructions) | 21 | 6,280,415 |
| 22 | AMOUNT YOU OWE. If line 12, column C, is more than line 21, enter the difference and see instructions | 22 | |
| 23 | REFUND to be received. If line 12, column C, is less than line 21, enter the difference | 23 | 6,280,415 |

**Sign Here** Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

[signature] 6/7/93
Your signature Date Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**
Preparer's signature ► Date Check if self-employed ☐ Preparer's social security no. 128 30 8256
Firm's name (or yours if self-employed) and address ► Irwin S. Meyer, Esq. 1 Blue Hill Plaza, Pearl River, NY E.I. No. 13-6645599 ZIP code 10965

11/30/92 Cat. No. 11360L Form 1040X (Rev. 10-92)

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

1040X.1

Page

**Part I** Exemptions. See Form 1040 or Form 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 24–30 and, if applicable, line 31.
If claiming fewer exemptions, complete lines 24–28.

| | | | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|---|
| 24 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | | | |
| | *Caution: If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | | | | |
| 25 | Your dependent children who lived with you . . . . . . . . . | 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . | 28 | | | |
| 29 | For tax year 1992, if the amount on page 1, line 3, is more than $78,950, see the instructions. Otherwise, multiply $2,300 by the number of exemptions claimed on line 28. For tax year 1991, if the amount on page 1, line 3, is more than $75,000, see the instructions. Otherwise, multiply $2,150 by the number of exemptions claimed on line 28. For tax year 1990, use $2,050; for tax year 1989, use $2,000. Enter the result here and on page 1, line 6 . . . . . . . . . . | 29 | | | |

30 Dependents (children and other) not claimed on original return:

| (a) Dependent's name (first, initial, and last name) | (b) Check if under age 1 (under age 2 if a 1989 or 1990 return) | (c) If age 1 or older (age 2 or older if a 1989 or 1990 return), enter dependent's social security number | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who lived with you . . . ▶ ☐

No. of your children on line 30 who didn't live with you due to divorce or separation (see instructions) ▶ ☐

No. of other dependents listed on line 30 . . . ▶ ☐

31 If your child listed on line 30 didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** Explanation of Changes to Income, Deductions, and Credits

**Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. If you don't, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change pertains to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here . . . . . . . . . . . . . . ▶ ☐

The purpose of this amended return is to recalculate taxpayer's income tax liability for 1991 in a manner consistent with the adjustments agreed to between the taxpayer and the Service relative to taxpayer's interest in Comco Partners.

**Part III** Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $1 go to the fund but now want to, check here . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want to have $1 go to the fund but now wants to, check here . . . ▶ ☐



Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

# EXHIBIT S

FROM : R S DEERFIELD BEACH TO

Form **1040X** (Rev. October 1993)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091 Expires 10-31-96

This return is for calendar year ▶ 19 91 , OR fiscal year ended ▶ , 19

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Bernhard F. | Manko | 014 : 30 : 5202 |
| If a joint return, spouse's first name and initial: Cynthia | Last name: Manko | Spouse's social security number: 131 : 34 : 3324 |
| Home address (number and street). If you have a P.O. box, see instructions. 2850 N.E. 44th Street | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Lighthouse Point, FL 33064 | | For Paperwork Reduction Act Notice, see page 1 of separate instructions. |

Enter name and address as shown on original return. If same as above, write "Same." If changing from separate to joint return, enter names and addresses from original returns.

Bernhard F. Manko & Cynthia Manko - same address

**A** Service center where original return was filed: Atlanta, GA

**B** Has original return been changed or audited by the IRS? ☐ Yes ☒ No
If "No," have you been notified that it will be? ☒ Yes ☐ No
If "Yes," identify the IRS office ▶ Manhattan

**C** Are you amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered? ☐ Yes ☒ No
If "Yes," you must attach Form 8271, Investor Reporting of Tax Shelter Registration Number.

**D** Filing status claimed. Note: *You cannot change from joint to separate returns after the due date has passed.*

On original return ▶ ☐ Single ☐ Married filing joint return ☒ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

| Income and Deductions (see Instructions) — Caution: *Be sure to complete Part II on page 2.* | | A. As originally reported or as previously adjusted (see instructions) | B. Net change— increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|
| 1 Total income | 1 | 29,354,031 | (28,439,683) | 914,348 |
| 2 Total adjustments (such as IRA deduction, alimony paid, etc.) | 2 | 0 | 0 | 0 |
| 3 Adjusted gross income. Subtract line 2 from line 1 | 3 | 29,354,031 | (28,439,683) | 914,348 |
| 4 Itemized deductions or standard deduction | 4 | 9,231 | 12,493 | 21,724 |
| 5 Subtract line 4 from line 3 | 5 | 29,344,800 | (28,452,176) | 892,624 |
| 6 Exemptions. If changing, fill in Parts I and II on page 2 | 6 | 0 | 0 | 0 |
| 7 Taxable income. Subtract line 6 from line 5 | 7 | 29,344,800 | (28,452,176) | 892,624 |
| **Tax Liability** 8 Tax (see instructions). Method used in col. C | 8 | 9,093,446 | (8,823,617) | 269,829 |
| 9 Credits (see instructions) | 9 | | | |
| 10 Subtract line 9 from line 8. Enter the result but not less than zero | 10 | | | |
| 11 Other taxes (such as self-employment tax, alternative minimum tax, etc.) | 11 | | | |
| 12 Total tax. Add lines 10 and 11 | 12 | 9,093,446 | (8,823,617) | 269,829 |
| **Payments** 13 Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 13 | | | |
| 14 Estimated tax payments | 14 | | | |
| 15 Earned income credit | 15 | | | |
| 16 Credits for Federal tax paid on fuels, regulated investment company, etc. | 16 | | | |
| 17 Amount paid with Form 4868, Form 2688, or Form 2350 (application for extension of time to file) | 17 | | | 570,007 |
| 18 Amount paid with original return plus additional tax paid after it was filed | 18 | | | 6,429,686 |
| 19 Total payments. Add lines 13 through 18 in column C | 19 | | | 6,999,456 |

FT. LAUDERDALE DISTRICT DEERFIELD BEACH COLLECTION DIVISION

## Refund or Amount You Owe

| | | |
|---|---|---|
| 20 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 20 | — 0 — |
| 21 Subtract line 20 from line 19 (see instructions) | 21 | 6,999,436 |
| 22 AMOUNT YOU OWE. If line 12, column C, is more than line 21, enter the difference and see instructions | 22 | |
| 23 REFUND to be received. If line 12, column C, is less than line 21, enter the difference | 23 | 6,729,627 |

**Sign Here** — Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 6/16/94 — Your signature — Date
▶ [signature] 6/20/94 — Spouse's signature. If a joint return, BOTH must sign. — Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 6/14/94 | Check if self-employed ☒ | Preparer's social security no. 128 30 8256 |
| Firm's name (or yours if self-employed) and address ▶ Irwin S. Meyer, Esq. 1 Blue Hill Plaza, Pearl River, NY | | E.I. No. | 13-6645599 |
| | | ZIP code | 10965 |

Cat. No. 11360L

(Rev. October 1993) ▶ See separate instructions.

This return is for calendar year ▶ 19 91 , OR fiscal year ended ▶ , 19 .

Please print or type

| | | |
|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | Your social security number: 014 : 30 : 5202 |
| If a joint return, spouse's first name and initial: Cynthia | Last name: Manko | Spouse's social security number: 131 : 34 : 3324 |
| Home address (number and street). If you have a P.O. box, see instructions. 2850 N.E. 44th Street | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Lighthouse Point, FL 33064 | | For Paperwork Reduction Act Notice, see page 1 of separate instructions. |

Enter name and address as shown on original return. If same as above, write "Same." If changing from separate to joint return, enter names and addresses from original returns.

Bernhard F. Manko & Cynthia Manko - same address

A Service center where original return was filed: Atlanta, GA

B Has original return been changed or audited by the IRS? ☐ Yes ☒ No
If "No," have you been notified that it will be? . . . . ☒ Yes ☐ No
If "Yes," identify the IRS office ▶ Manhattan

C Are you amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered? . . . . ☐ Yes ☒ No
If "Yes," you must attach Form 8271, Investor Reporting of Tax Shelter Registration Number.

D Filing status claimed. Note: *You cannot change from joint to separate returns after the due date has passed.*

On original return ▶ ☐ Single ☐ Married filing joint return ☒ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

**Income and Deductions (see instructions)**
Caution: *Be sure to complete Part II on page 2.*

| | | | A. As originally reported or as previously adjusted (see instructions) | B. Net change—increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Total income | 1 | 29,354,031 | (28,439,683) | 914,348 |
| 2 | Total adjustments (such as IRA deduction, alimony paid, etc.) | 2 | 0 | 0 | 0 |
| 3 | Adjusted gross income. Subtract line 2 from line 1 | 3 | 29,354,031 | (28,439,683) | 914,348 |
| 4 | Itemized deductions or standard deduction | 4 | 9,231 | 12,493 | 21,724 |
| 5 | Subtract line 4 from line 3 | 5 | 29,344,800 | (28,452,176) | 892,624 |
| 6 | Exemptions. If changing, fill in Parts I and II on page 2 | 6 | 0 | 0 | 0 |
| 7 | Taxable income. Subtract line 6 from line 5 | 7 | 29,344,800 | (28,452,176) | 892,624 |
| 8 | Tax (see instructions). Method used in col. C | 8 | 9,093,446 | ( 8,823,617) | 269,829 |
| 9 | Credits (see instructions) | 9 | | | |
| 10 | Subtract line 9 from line 8. Enter the result but not less than zero | 10 | | | |
| 11 | Other taxes (such as self-employment tax, alternative minimum tax, etc.) | 11 | | | |
| 12 | Total tax. Add lines 10 and 11 | 12 | 9,093,446 | ( 8,823,617) | 269,829 |
| 13 | Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 13 | | | |
| 14 | Estimated tax payments | 14 | | | |
| 15 | Earned income credit | 15 | | | |
| 16 | Credits for Federal tax paid on fuels, regulated investment company, etc. | 16 | | | |
| 17 | Amount paid with Form 4868, Form 2688, or Form 2350 (application for extension of time to file) | 17 | | | |
| 18 | Amount paid with original return plus additional tax paid after it was filed | 18 | | | 6,954,063 |
| 19 | Total payments. Add lines 13 through 18 in column C | 19 | | | 6,954,063 |

(Lines 8–12: Tax Liability; lines 13–19: Payments)

**Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 20 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 20 | |
| 21 | Subtract line 20 from line 19 (see instructions) | 21 | |
| 22 | AMOUNT YOU OWE. If line 12, column C, is more than line 21, enter the difference and see instructions | 22 | |
| 23 | REFUND to be received. If line 12, column C, is less than line 21, enter the difference | 23 | 6,684,234 |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 6/16/94 — Your signature — Date
▶ [signature] 6/28/94 — Spouse's signature. If a joint return, BOTH must sign. — Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 6/14/94 Check if self-employed ☒ Preparer's social security no. 128 : 30 : 8256

Firm's name (or yours if self-employed) and address ▶ Irwin S. Meyer, Esq. 1 Blue Hill Plaza, Pearl River, NY E.I. No. 13-6645599 ZIP code 10965

Cat. No. 11360L Form 1040X (Rev. 10-93)

11/29/93 Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 1040X.1

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 24–30 and, if applicable, line 31.
If claiming fewer exemptions, complete lines 24–29.

| | | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|
| 24 Yourself and spouse. *Caution: If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 24 | | | |
| 25 Your dependent children who lived with you | 25 | | | |
| 26 Your dependent children who did not live with you due to divorce or separation | 26 | | | |
| 27 Other dependents | 27 | | | |
| 28 Total number of exemptions. Add lines 24 through 27 | 28 | | | |
| 29 Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 6. | 29 | | | |

| Tax Year | Exemption Amount | But see the instructions if the amount on line 3 is over: |
|---|---|---|
| 1993 | $2,350 | $81,350 |
| 1992 | 2,300 | 78,950 |
| 1991 | 2,150 | 75,000 |
| 1990 | 2,050 | Not applicable for tax year 1990. |

30 Dependents (children and other) not claimed on original return:

| (a) Dependent's name (first, initial, and last name) | (b) Check if under age 1 (under age 2 if a 1990 return) | (c) If age 1 or older (age 2 or older if a 1990 return), enter dependent's social security number | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who lived with you ▶ ☐

No. of your children on line 30 who didn't live with you due to divorce or separation (see instructions) ▶ ☐

No. of dependents on line 30 not entered above ▶ ☐

31 If your child listed on line 30 didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

## Part II Explanation of Changes to Income, Deductions, and Credits

**Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. If you don't, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change pertains to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ▶ ☐

SEE STATEMENT AND SCHEDULE ATTACHED

## Part III Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $3 (or $1 if a 1992 return) go to the fund but now want to, check here ▶ ☐ $3 for 1993 ☐ $1 for 1992

If a joint return and your spouse did not previously want to have $3 (or $1 if a 1992 return) go to the fund but now wants to, check here ▶ ☐ $3 for 1993 ☐ $1 for 1992

Bernhard F. & Cynthia Manko
Form 1040-X - Year 1991
SSAN: 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
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

This form 1040-X is filed to recalculate the taxable income of Bernhard F. & Cynthia Manko. As originally filed, each taxpayer filed their individual returns on a "married filing separately" basis. Taxpayers hereby elect to file on a joint basis.

This form also reflects the changes to the Bernhard F. Manko original return as generated by the closing agreement for Comco Dealers.

This form reflects adjustments made to the original forms 1040 as filed by the taxpayers.

08-Jun-94

Amended 1991 return for Bernhard F. Manko and Cynthia Manko

Comco Dealers Closing agreement and Married Filing Separately to Joint

## Form 1040X

| | Column A<br>Bernhard F. Manko<br>As originally filed | Calculations for Column B<br>1<br>Cynthia Manko<br>As originally filed | Calculations for Column B<br>2<br>Adjustments | Column B<br>Total changes | Column C<br>Correct amount |
|---|---|---|---|---|---|
| 1 Total Income | 29,354,031 | 2,184,161 | (30,623,844) | (28,439,683) | 914,348 |
| 2 Adjustments | 0 | 0 | 0 | 0 | 0 |
| 3 AGI | 29,354,031 | 2,184,161 | (30,623,844) | (28,439,683) | 914,348 |
| 4 Deductions | 9,231 | 0 | 12,493 | 12,493 | 21,724 |
| 5 Subtotal | 29,344,800 | 2,184,161 | (30,636,337) | (28,452,176) | 892,624 |
| 6 Exemptions | 0 | 0 | 0 | 0 | 0 |
| 7 Taxable Income | 29,344,800 | 2,184,161 | (30,636,337) | (28,452,176) | 892,624 |
| | | | | 0 | 0 |
| Total Tax | 9,093,446 | 673,648 | (9,497,265) | (8,823,617) | 269,829 |
| Tax paid | 6,280,415 | 673,648 | | 6,954,063 | |

ADJUSTMENTS - LINE 1

| | |
|---|---|
| Balance of capital loss allowed | (1,500) |
| Comco ordinary income adjustment | (30,623,700) |
| Comco additional interest | 1,356 |
| | (30,623,844) |

AJUSTMENTS - LINE 4

| | |
|---|---|
| See worksheet attached | 12,493 |

income.

# Total Itemized Deductions

## Line 26

People with higher incomes may not be able to deduct all of their itemized deductions. If the amount on Form 1040, line 32, is more than $100,000 ($50,000 if married filing separately), use the worksheet on this page to figure the amount you may deduct.

1. Add ... and 25 ...
2. Add the amounts on Schedule A, lines 4, 11, and 17, plus any gambling losses included on line 25 . . . . . . . . 2. 0

   *Caution: Be sure your total gambling losses are clearly identified on the dotted line next to line 25.*
3. Subtract line 2 from line 1. (If the result is zero, **STOP HERE;** enter the amount from line 1 above on Schedule A, line 28.) 3. 46,154
4. Multiply line 3 above by 80% (.80) . . . 4. 36923
5. Enter the amount from Form 1040, line 32 5. 914348
6. Enter $100,000 ($50,000 if married filing separately) . . . . . . . . . . 6. 100,000
7. Subtract line 6 from line 5. (If the result is zero or less, **STOP HERE;** enter the amount from line 1 above on Schedule A, line 28.) 7. 814348
8. Multiply line 7 above by 3% (.03) . . . 8. 24430
9. Compare the amounts on lines 4 and 8 above. Enter the smaller of the two amounts here . . . . . . . . . . . . . 9. 24430
10. **Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . . . . 10. 21724

# EXHIBIT T

AMENDED REFUND CLAIM

Form **1040X** (Rev. November 2002)

Department of the Treasury - Internal Revenue Service

# Amended U. S. Individual Income Tax Return

See separate instructions.

OMB No. 1545-0091

This return is for calendar year 1991, or fiscal year ended

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | | Your social security number: 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 |
| If a joint return, spouse's first name and initial: Cynthia G. | Last name: Manko | | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 2850 N.E. 44th Street | | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see pg. 2 of the instructions. Lighthouse, FL 33064 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. NOTE. You cannot change from joint to separate returns after the due date.

On original return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the back to explain any changes — Income and Deductions (see pages 2-6) | Line | A. ORIGINAL AMOUNT or as previously adjusted (see page 2) | B. NET CHANGE-amount of increase or (decrease)-explain in Part II | C. CORRECT AMOUNT |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | | | |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | | | |
| 3 Subtract line 2 from line 1 | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 1,013 | (1,013) | 0 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C | 6 | 152 | (152) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 152 | (152) | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 152 | (152) | 0 |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 570,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 6,391,575 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 6,961,575 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 0 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 6,961,575 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 6,961,575 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | 6,961,575 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX — 24: NONE | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature — Date: 9/18/03

Spouse's signature. If a joint return, BOTH must sign. — Date

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN: P00161222 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | Janow & Meyer, LLC | | EIN: 13-3923535 |
| | 1 Blue Hill Plaza, Box 1606, Pearl River, NY 10965 | | Phone no. 845.735.9400 |

(HTA)

Form 1040X (Rev. 11-2002) Manko 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 Page 2

**Part II Exemptions.** See Form 1040 or 1040A instructions.

If you are NOT CHANGING YOUR EXEMPTIONS, do not complete this part.
If claiming MORE EXEMPTIONS, complete lines 25-31.
If claiming FEWER EXEMPTIONS, complete lines 25-30.

| | | A. ORIGINAL NUMBER of exemptions reported or as previously adjusted | B. NET CHANGE | C. CORRECT NUMBER of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . CAUTION. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . | 27 | | | |
| 28 Other dependents . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (A) First name | Last name | (B) Dependent's social security number | (C) Dependent's relationship to you | (D) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
* lived with you . . . . . ☐
* DID NOT live with you due to divorce or separation (see page 5) . . . ☐
Dependents on line 31 not entered above ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . ☐

23. See explanation attached hereto and made a part hereof.

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . ☐

1991

This Form 1040X amends and supersedes a Form 1040X claiming refund of 1991 income taxes, which was signed by the taxpayers on June 18, 2003 and mailed to the Internal Revenue Service on June 23, 2003.

## EXPLANATION OF CLAIM

The tax as shown in taxpayers' 1991 return was $9,093,446. However, abatements by the IRS of $8,823,617 and $267,354 on December 25, 1995 and February 10, 1997 reduced the tax to $2,475.

The taxpayers made the following payments on account of their 1991 income tax liability:

| | |
|---|---|
| 04/15/92 | $ 570,000.00 |
| 10/20/92 | 110,942.71 |
| 01/25/93 | 216.84 |
| 02/25/93 | 2,000,000.00 |
| 04/26/93 | 4,280,415.00 |
| | $6,961,574.55 |

Notwithstanding the abatements, the IRS failed to refund any of the taxes that the taxpayers paid on account of their 1991 tax liability. Instead, it made the following transfers from the taxpayers' 1991 account to their 1988 account and applied them against an unlawful "quick assessment" for that year:

| | |
|---|---|
| 04/15/92 | $ 439,398.68 |
| 10/20/92 | 110,942.71 |
| 01/25/93 | 216.84 |
| 02/25/93 | 2,000,000.00 |
| 04/26/93 | 4,280,415.00 |
| | $6,830,973.23 |

Taxpayers claim refund of $6,961,574.55, being the entire amount that they paid with respect to their 1991 tax liability, plus interest as allowed by law. All the said payments are shown on the annexed IRS transcript of taxpayers' account for 1991.

This refund claim is timely. The taxpayers and the IRS entered into various agreements extending the time for assessing 1991 income taxes, and this claim is being filed during the six month period following the expiration of such time. All of the amounts claimed were paid or deemed paid after the execution of the first extension agreement or would have been recoverable under Code Section 6511(b)(2) if this claim had been filed on the date the first extension agreement was executed. Additionally, there has been no final determination of tax for this year.

I:\Meyer I\Clients\MANKO\Claim for Refund\1991 Explanation 3.wpd

PAGE NO-0001 IRS EMPLOYEE 2502005420

DATE REQUESTED 07-10-2003 PRINT DATE 07-10-2003

FORM NUMBER: 1040 TAX PERIOD: DEC 1991

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

BODC-SB BODCLC-W

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 06-25-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 06-25-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 01 **FILING STATUS: MARRIED FILING JOINT

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 51,467.00 |
| ** TAXABLE INCOME: | 1,013.00 |
| TAX PER RETURN: | 9,093,446.00 |

** PER RETURN OR AS ADJUSTED

10-20-1992 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-23-1992 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-298-69011-2 | 11-23-1992 | 9093,446.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1992 | 04-15-1992 | |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1992 | 08-20-1992 | |
| 176 | ESTIMATED TAX PENALTY<br>199246 | 11-23-1992 | 128,114.32 |
| 276 | FAILURE TO PAY TAX PENALTY<br>199246 | 11-23-1992 | 363,737.84 |
| 196 | INTEREST ASSESSED<br>199246 | 11-23-1992 | 438,014.12 |
| 960 | RECEIVED POA/TIA | 01-14-1993 | |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 01-25-1993 | 216.84- |
| 582 | FEDERAL TAX LIEN | 02-15-1993 | |
| 360 | FEES AND COLLECTION COSTS | 03-08-1993 | 12.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-25-1993 | 2000,000.00- |
| 670 | SUBSEQUENT PAYMENT | 04-26-1993 | 4280,415.00- |

| | | | |
|---|---|---|---|
| | MISCELLANEOUS PAYMENT | | |
| 301 | PRIOR TAX ABATED BY EXAMINATION 07247-741-10010-5 | 12-25-1995 | 8823,617.00- |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 12-25-1995 | 348,898.33- |
| 337 | INTEREST ABATED | 12-25-1995 | 417,282.27- |
| 610 | PAYMENT WITH RETURN | 10-20-1992 | 110,942.71- |
| 670 | SUBSEQUENT PAYMENT | 04-15-1992 | 570,000.00- |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 01-08-1996 | 14,839.51- |
| 197 | INTEREST ABATED | 01-08-1996 | 20,731.85- |
| 301 | PRIOR TAX ABATED BY EXAMINATION 07247-423-00177-7 | 02-10-1997 | 267,354.00- |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 04-15-1992 | 439,398.68 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 10-20-1992 | 110,942.71 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 01-25-1993 | 216.84 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 02-25-1993 | 2000,000.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 04-26-1993 | 4280,415.00 |
| 583 | FEDERAL TAX LIEN RELEASED | 02-04-1997 | |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 977 | AMENDED RETURN FILED 29277-426-02033-0 | 12-31-1999 | 0.00 |
| 960 | RECEIVED POA/TIA | 02-28-2000 | |
| 290 | ADDITIONAL TAX ASSESSED 29254-714-05455-0 200046 | 11-27-2000 | 0.00 |
| 961 | REMOVED POA/TIA | 05-04-2001 | |

# EXHIBIT U

Internal Revenue Service

This Product Contains Sensitive Taxpayer Data

Request Date: 03-16-2007
Response Date: 03-16-2007
IRS Employee Number: Y2KBB
Tracking Number: 100013487269

# Account Transcript

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 1991

TAXPAYER IDENTIFICATION NUMBER: 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

SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 25, 2006 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 25, 2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |
| ** EXEMPTIONS: | 01 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 51,467.00 | |
| ** TAXABLE INCOME: | 1,013.00 | |
| TAX PER RETURN: | 9,093,446.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 20, 1992

PROCESSING DATE: Nov. 23, 1992

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-298-69011-2 | 19924608 | 11-23-1992 | $9,093,446.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1992 | | 04-15-1992 | $0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1992 | | 08-20-1992 | $0.00 |
| 176 | ESTIMATED TAX PENALTY | 19924608 | 11-23-1992 | $128,114.32 |
| 276 | FAILURE TO PAY TAX PENALTY | 19924608 | 11-23-1992 | $363,737.84 |
| 196 | INTEREST ASSESSED | 19924608 | 11-23-1992 | $438,014.12 |
| 960 | RECEIVED POA/TIA | | 01-14-1993 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 01-25-1993 | -$216.84 |
| 582 | FEDERAL TAX LIEN | | 02-15-1993 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 03-08-1993 | $12.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 02-25-1993 | -$2,000,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 04-26-1993 | -$4,280,415.00 |
| 301 | PRIOR TAX ABATED BY EXAMINATION<br>07247-741-10010-5 | | 12-25-1995 | -$8,823,617.00 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | | 12-25-1995 | -$348,898.33 |
| 337 | INTEREST ABATED | | 12-25-1995 | -$417,282.27 |
| 610 | PAYMENT WITH RETURN<br>1040 199112 | | 10-20-1992 | -$110,942.71 |
| 670 | SUBSEQUENT PAYMENT<br>1040 199112 | | 04-15-1992 | -$570,000.00 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | | 01-08-1996 | -$14,839.51 |
| 197 | INTEREST ABATED | | 01-08-1996 | -$20,731.85 |
| 301 | PRIOR TAX ABATED BY EXAMINATION<br>07247-423-00177-7 | | 02-10-1997 | -$267,354.00 |
| 421 | RENUMBERED RETURN<br>07247-423-00177-7 | | 02-10-1997 | $0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 04-15-1992 | $439,398.68 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 10-20-1992 | $110,942.71 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 01-25-1993 | $216.84 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 02-25-1993 | $2,000,000.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 04-26-1993 | $4,280,415.00 |
| 583 | FEDERAL TAX LIEN RELEASED | | 02-04-1997 | $0.00 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 977 | AMENDED RETURN FILED | | 12-31-1999 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | 29277-426-02033-0 | | | |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED | 20004608 | 11-27-2000 | $0.00 |
| | 29254-714-05455-0 | | | |
| 961 | REMOVED POA/TIA | | 05-04-2001 | $0.00 |
| 977 | AMENDED RETURN FILED | | 06-30-2003 | $0.00 |
| | 07277-592-00835-3 | | | |
| 977 | AMENDED RETURN FILED | | 09-18-2003 | $0.00 |
| | 07277-667-00293-3 | | | |
| 290 | ADDITIONAL TAX ASSESSED | 20042008 | 05-31-2004 | $0.00 |
| | 07254-531-07274-4 | | | |
| 960 | RECEIVED POA/TIA | | 12-04-2006 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# EXHIBIT V

Form 872-T
(Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

Taxpayer(s) Name(s)
BERNHARD F. MANKO

Termination By:
☒ Taxpayer
☐ IRS

Taxpayer(s) Address
2850 N.E. 44th STREET
LIGHTHOUSE POINT, FL. 33064

Taxpayer Identifying Number
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

Kind of Tax
INCOME TAX

Tax Period(s) Covered by this Notice
1991

Issuing Office Code

Service Center Code

Under the agreement dated 5/16/95, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.
*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

Your Signature [signature] — Date Signed 1/15/03

Spouse's Signature — Date Signed

Taxpayer's Representative's Signature — Date Signed

Corporate Name

Corporate Officer(s) Signature — Name and Title — Date Signed
Name and Title — Date Signed

District Director of Internal Revenue — Regional Director of Appeals

By (Signature and Title) — Date Signed

ISA
STF FED1625F

Form **872-A**
(Rev. October 1987)

Department of the Treasury — Internal Revenue Service

# Special Consent to Extend the Time to Assess Tax

In reply refer to:
CIB:4552

SSN or EIN
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

Bernhard F. Manko
*(Name(s))*

taxpayer(s) of 2850 N.E. 44th Street, Lighthouse Point, FL. 33064
*(Number, Street, City or Town, State, ZIP Code)*

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income *(Kind of tax)* tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1991 may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess Tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenue Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

DIRE... ...RNAL

Field Examination
West Palm Beach, Florida

*(Signature instructions and space for signature are on the back of this form)*

MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

YOUR SIGNATURE HERE → [signature] 5/5/95
(Date signed)

SPOUSE'S SIGNATURE → ________________
(Date signed)

TAXPAYER'S REPRESENTATIVE SIGN HERE → ________________
(Date signed)

CORPORATE NAME → ________________

CORPORATE OFFICER(S) SIGN HERE → ________________ (Title) ________________ (Date signed)

→ ________________ (Title) ________________ (Date signed)

Bruce R. Thomas
District Director

DISTRICT DIRECTOR OF INTERNAL REVENUE REGIONAL DIRECTOR OF APPEALS

BY [signature], Group Manager 5/16/95
(Signature and Title) (Date signed)

## Instructions

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of thi form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of thi form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of th officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.

Form 872-T
(Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

Taxpayer(s) Name(s)
CYNTHIA G. MANKO

Termination By:
☒ Taxpayer
☐ IRS

Taxpayer(s) Address
2850 N.E. 44th STREET
LIGHTHOUSE POINT, FL. 33064

Taxpayer Identifying Number
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

Kind of Tax
INCOME TAX

Tax Period(s) Covered by this Notice
1991

Issuing Office Code

Service Center Code

Under the agreement dated 5/16/95, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.
*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

Your Signature: [signature] Date Signed: 1/15/03

Spouse's Signature — Date Signed

Taxpayer's Representative's Signature — Date Signed

Corporate Name

Corporate Officer(s) Signature — Name and Title — Date Signed

Name and Title — Date Signed

District Director of Internal Revenue — Regional Director of Appeals

By (Signature and Title) — Date Signed

ISA
STF FED1625F

Form 872-A (Rev. October 1987)

Department of the Treasury – Internal Revenue Service

# Special Consent to Extend the Time to Assess Tax

In reply refer to: CIB:4552

SSN or EIN 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

Cynthia Manko
(Name(s))

taxpayer(s) of 2850 N.E. 44th Street, Lighthouse Point, FL. 33064
(Number, Street, City or Town, State, ZIP Code)

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income (Kind of tax) tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1991 may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess Tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenue Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

DIRE... ...RNAL

Field Examination
West Palm Beach, Florida

MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

YOUR SIGNATURE HERE → Cynthia Marks 5/4/95
(Date signed)

SPOUSE'S SIGNATURE → ______________________ ______________
(Date signed)

TAXPAYER'S REPRESENTATIVE
SIGN HERE → ______________________ ______________
(Date signed)

CORPORATE
NAME → ______________________

CORPORATE
OFFICER(S)
SIGN HERE
→ ______________________ (Title) ______________ (Date signed)
→ ______________________ (Title) ______________ (Date signed)

Bruce R. Thomas
District Director
DISTRICT DIRECTOR OF INTERNAL REVENUE REGIONAL DIRECTOR OF APPEALS

BY L W McCollom, Group Manager 5/16/95
(Signature and Title) (Date signed)

**Instructions**

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of the officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.