# EXHIBIT W

Form **1040X** (Rev. October 1993)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091
Expires 10-31-96

**This return is for calendar year ▶ 19** 92 **, OR fiscal year ended ▶** , 19

Please print or type

| | | |
|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | Your social security number: 014 : 30 : 5202 |
| If a joint return, spouse's first name and initial: Cynthia | Last name: Manko | Spouse's social security number: 131 : 34 : 3324 |
| Home address (number and street). If you have a P.O. box, see instructions. 2850 N.E. 44th Street | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Lighthouse Point, FL 33064 | | **For Paperwork Reduction Act Notice, see page 1 of separate instructions.** |

Enter name and address as shown on original return. If same as above, write "Same." If changing from separate to joint return, enter names and addresses from original returns.
SAME

**A** Service center where original return was filed: Atlanta, GA

**B** Has original return been changed or audited by the IRS? ☐ Yes ☒ No
If "No," have you been notified that it will be? ☐ Yes ☒ No
If "Yes," identify the IRS office ▶

**C** Are you amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered? ☐ Yes ☐ No
If "Yes," you must attach **Form 8271**, Investor Reporting of Tax Shelter Registration Number.

**D** Filing status claimed. **Note:** *You cannot change from joint to separate returns after the due date has passed.*
On original return ▶ ☐ Single ☐ Married filing joint return ☒ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

| Income and Deductions (see instructions) *Caution: Be sure to complete Part II on page 2.* | Line | A. As originally reported or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|
| 1 Total income . . Schedule A | 1 | (1,069,491) | 793,964 | (277,027) |
| 2 Total adjustments (such as IRA deduction, alimony paid, etc.) | 2 | | | |
| 3 Adjusted gross income. Subtract line 2 from line 1 | 3 | (1,069,491) | 793,964 | (277,027) |
| 4 Itemized deductions or standard deduction | 4 | 333,321 | 50,432 | 426,129 |
| 5 Subtract line 4 from line 3 | 5 | (1,402,812) | 743,532 | (703,156) |
| 6 Exemptions. If changing, fill in Parts I and II on page 2 | 6 | 2,300 | | 4,600 |
| 7 Taxable income. Subtract line 6 from line 5 | 7 | (1,405,112) | 743,532 | (707,756) |
| **Tax Liability** 8 Tax (see instructions). Method used in col. C | 8 | -0- | 226,870 | -0- |
| 9 Credits (see instructions) | 9 | | | |
| 10 Subtract line 9 from line 8. Enter the result but not less than zero | 10 | | | |
| 11 Other taxes (such as self-employment tax, alternative minimum tax, etc.) | 11 | | | |
| 12 Total tax. Add lines 10 and 11 | 12 | -0- | 226,870 | -0- |
| **Payments** 13 Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 13 | | | |
| 14 Estimated tax payments | 14 | | | |
| 15 Earned income credit | 15 | | | |
| 16 Credits for Federal tax paid on fuels, regulated investment company, etc. | 16 | | | |
| 17 Amount paid with Form 4868, Form 2688, or Form 2350 (application for extension of time to file) | 17 | | | 200,000 |
| 18 Amount paid with original return plus additional tax paid after it was filed | 18 | | | 36,765 |
| 19 Total payments. Add lines 13 through 18 in column C | 19 | | | 236,765 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 20 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 20 | |
| 21 Subtract line 20 from line 19 (see instructions) | 21 | |
| 22 **AMOUNT YOU OWE.** If line 12, column C, is more than line 21, enter the difference and see instructions | 22 | |
| 23 **REFUND** to be received. If line 12, column C, is less than line 21, enter the difference | 23 | 236,765 |

**Sign Here** — Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature — Date: 2/9/94 ▶ Spouse's signature. If a joint return, BOTH must sign. — Date

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ☐ — Preparer's social security no. 128 : 30 : 8256

Firm's name (or yours if self-employed) and address ▶ Irwin S. Meyer, Esq. — E.I. No. 13-6645599
One Blue Hill Plaza, Pearl River, NY — ZIP code 10965

Cat. No. 11360L — Form **1040X** (Rev. 10-93)

Form 1040X (Rev. 10-93)

**Part I** Exemptions. See Form 1040 or Form 1040A instructions.

**If you are not changing your exemptions,** do not complete this part.
**If claiming more exemptions,** complete lines 24–30 and, if applicable, line 31.
**If claiming fewer exemptions,** complete lines 24–29.

| | | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|
| 24 Yourself and spouse . . . . . . . . . . . . . . . . **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 24 | | | |
| 25 Your dependent children who lived with you . . . . . . . . | 25 | | | |
| 26 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 Other dependents . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Total number of exemptions. Add lines 24 through 27 . . . . . | 28 | | | |
| 29 Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 6. | 29 | | | |

| Tax Year | Exemption Amount | But see the instructions if the amount on line 3 is over: |
|---|---|---|
| 1993 | $2,350 | $81,350 |
| 1992 | 2,300 | 78,950 |
| 1991 | 2,150 | 75,000 |
| 1990 | 2,050 | Not applicable for tax year 1990. |

30 Dependents (children and other) not claimed on original return:

| (a) Dependent's name (first, initial, and last name) | (b) Check if under age 1 (under age 2 if a 1990 return) | (c) If age 1 or older (age 2 or older if a 1990 return), enter dependent's social security number | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who lived with you . . . ▶ ☐

No. of your children on line 30 who didn't live with you due to divorce or separation (see instructions) ▶ ☐

No. of dependents on line 30 not entered above . . ▶ ☐

31 If your child listed on line 30 didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

**Part II** Explanation of Changes to Income, Deductions, and Credits

**Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. If you don't, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change pertains to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here . . . . . . . . . . ▶ ☐

The purpose of this amended return is to recalculate the taxpayer's income on a joint basis. Taxpayers have elected to file a joint return. Column C includes capital loss deduction of $1,500, personal exemption, and increased itemized deductions based upon recalculation of income on a joint basis.

Copies of form 1040, schedule A are attached as are computations.

**Part III** Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $3 (or $1 if a 1992 return) go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ $3 for 1993 ☐ $1 for 1992

If a joint return and your spouse did not previously want to have $3 (or $1 if a 1992 return) go to the fund but now wants to, check here . . . . . . . . . . . . . . . ▶ ☐ $3 for 1993 ☐ $1 for 1992

Bernhard F. & Cynthia Manko
Form 1040-X
Year 1992
Schedules

**Schedule A - Line 1**

| | |
|---|---|
| Column A | $(1,069,491) |
| Column B | 793,964 |
| Increase in capital loss | (1,500) |
| Column C | $( 277,027) |

**Schedule B - Line 4**

**Itemized Deductions**

| | | |
|---|---|---|
| Column A --per return | | $ 333,321 |
| Column B - per return | | 50,432 |
| Increased medical - wife - | $ 4,257 | |
| Increase misc. - wife - | 15,879 | |
| Adjustment - wife | $22,240 | |
| | | 42,376 |
| Column C | | $ 426,129 |

(Form 1040)

Department of the Treasury Internal Revenue Service (T)

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

1992

Attachment Sequence No. 07

Name(s) shown on Form 1040: CYNTHIA MANKO

Your social security number: 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

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 4,257 | | |
| | 2 | Enter amount from Form 1040, line 32 .... 2 793,964 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 59,547 | | |
| | 4 | Subtract line 3 from line 1. If zero or less, enter -0- ▶ | | | 4 | 0 |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | | | |
| | 7 | Other taxes. (List - include personal property taxes.) ▶ | 7 | | | |
| | 8 | Add lines 5 through 7 ▶ | | | 8 | 0 |
| **Interest You Paid** (See page A-2.) | 9a | Home mortgage interest and points reported on Form 1098 | 9a | | | |
| | b | Home mortgage interest not reported on Form 1098. If paid to an individual, show that person's name and address. ▶ | 9b | | | |
| Note: Personal interest is not deductible. | 10 | Points not reported on Form 1098. See page A-3 | 10 | | | |
| | 11 | Investment interest. If required, attach Form 4952. (See page A-3) | 11 | | | |
| | 12 | Add lines 9a through 11 ▶ | | | 12 | 0 |
| **Gifts to Charity** (See page A-3.) | | Caution: If you made a charitable contribution and received a benefit in return, see page A-3. | | | | |
| | 13 | Contributions by cash or check | 13 | 1,000 | | |
| | 14 | Other than cash or check. If over $500, attach Frm. 8283 | 14 | | | |
| | 15 | Carryover from prior year | 15 | | | |
| | 16 | Add lines 13 through 15. Enter the total ▶ | | | 16 | 1,000 |
| **Casualty and Theft Losses** | 17 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) ▶ | | | 17 | 0 |
| **Moving Expenses** | 18 | Moving expenses. Attach Form 3903 or 3903F. (See page A-4.) ▶ | | | 18 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you MUST attach Form 2106. (See page A-4.) ▶ | 19 | | | |
| (See page A-5 for expenses to deduct here.) | 20 | Other expenses - investment, tax preparation, safe deposit box, etc.) ▶ INVESTMENT BANK CHARGES 662; LEGAL FEES AND EXPENSES 83,389; Tax Return Preparation Fee 3,500 | 20 | 87,551 | | |
| | 21 | Add lines 19 and 20 | 21 | 87,551 | | |
| | 22 | Enter amount from Form 1040, line 32 .... 22 793,964 | | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | 15,879 | | |
| | 24 | Subtract line 23 from line 21. If zero or less, enter -0- ▶ | | | 24 | 71,672 |
| **Other Miscellaneous Deductions** | 25 | Other - from list on page A-5. List type and amount ▶ | | | 25 | 0 |
| **Total Itemized Deductions** | 26 | Is the amount on Form 1040, line 32, more than $105,250 (more than $52,625 if married filing separately)? • NO. Your deduction is not limited. Add lines 4, 8, 12, 16, 17, 18, 24, and 25. • YES. Your deduction may be limited. See page A-5 for the amount to enter. ▶ Caution: Be sure to enter on Form 1040, line 34, the LARGER of the amount on line 26 above or your standard deduction. | | | 26 | 50,432 |

(Schedule B is on back)

Department of the Treasury Internal Revenue Service (T) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). 1992 Attachment Sequence No. 07

Name(s) shown on Form 1040: BERNHARD F MANKO

Your social security number: 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

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 7988 | | |
| | 2 | Enter amount from Form 1040, line 32 .... 2 -1069491 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If zero or less, enter -0- ▶ | | | 4 | 7988 |
| Taxes You Paid (See page A-1.) | 5 | State and local income taxes | 5 | 320258 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | | | |
| | 7 | Other taxes. (List - include personal property taxes.) ▶ | 7 | | | |
| | 8 | Add lines 5 through 7 ▶ | | | 8 | 320258 |
| Interest You Paid (See page A-2.) | 9a | Home mortgage interest and points reported on Form 1098 | 9a | | | |
| | b | Home mortgage interest not reported on Form 1098. If paid to an individual, show that person's name and address. ▶ | 9b | | | |
| Note: Personal interest is not deductible. | 10 | Points not reported on Form 1098. See page A-3 | 10 | | | |
| | 11 | Investment interest. If required, attach Form 4952. (See page A-3) | 11 | | | |
| | 12 | Add lines 9a through 11 ▶ | | | 12 | 0 |
| Gifts to Charity (See page A-3.) | | Caution: If you made a charitable contribution and received a benefit in return, see page A-3. | | | | |
| | 13 | Contributions by cash or check | 13 | 2050 | | |
| | 14 | Other than cash or check. If over $500, attach Fm. 8283 | 14 | | | |
| | 15 | Carryover from prior year | 15 | | | |
| | 16 | Add lines 13 through 15. Enter the total ▶ | | | 16 | 0 |
| Casualty and Theft Losses | 17 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) ▶ | | | 17 | 0 |
| Moving Expenses | 18 | Moving expenses. Attach Form 3903 or 3903F. (See page A-4.) ▶ | | | 18 | 0 |
| Job Expenses and Most Other Miscellaneous Deductions | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you MUST attach Form 2106. (See page A-4.) ▶ | 19 | | | |
| (See page A-5 for expenses to deduct here.) | 20 | Other expenses - investment, tax preparation, safe deposit box, etc.) ▶ Tax Return Preparation Fee | 20 | 5075 | | |
| | 21 | Add lines 19 and 20 | 21 | 5075 | | |
| | 22 | Enter amount from Form 1040, line 32 .... 22 -1069491 | | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | | | |
| | 24 | Subtract line 23 from line 21. If zero or less, enter -0- ▶ | | | 24 | 5075 |
| Other Miscellaneous Deductions | 25 | Other - from list on page A-5. List type and amount ▶ | | | 25 | 0 |
| Total Itemized Deductions | 26 | Is the amount on Form 1040, line 32, more than $105,250 (more than $52,625 if married filing separately)? • NO. Your deduction is not limited. Add lines 4, 8, 12, 16, 17, 18, 24, and 25. • YES. Your deduction may be limited. See page A-5 for the amount to enter. ▶ | | | 26 | 333321 |
| | | Caution: Be sure to enter on Form 1040, line 34, the LARGER of the amount on line 26 above or your standard deduction. | | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1992

# EXHIBIT X

REFUND CLAIM

Form **1040X** (Rev. November 2002)

Department of the Treasury - Internal Revenue Service

# Amended U. S. Individual Income Tax Return

See separate instructions.

OMB No. 1545-0091

This return is for calendar year 1992, or fiscal year ended

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: Bernhard F. | Last name: Manko | | Your social security number: 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 |
| If a joint return, spouse's first name and initial: Cynthia G. | Last name: Manko | | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 2850 N.E. 44th Street | | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see pg. 2 of the instructions. Lighthouse Point, FL 33364 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. NOTE. You cannot change from joint to separate returns after the due date.

On original return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the back to explain any changes<br>Income and Deductions (see pages 2-6) | | A. ORIGINAL AMOUNT or as previously adjusted (see page 2) | B. NET CHANGE-amount of increase or (decrease)-explain in Part II | C. CORRECT AMOUNT |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | | | |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | | | |
| 3 Subtract line 2 from line 1 | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | (763,027) | | (763,027) |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C | 6 | 0 | | |
| 7 Credits (see page 4) | 7 | | | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 0 | | 0 |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 200,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 38,543 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 238,543 |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 0 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 238,543 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 238,543 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | 238,543 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date | Spouse's signature. If a joint return, BOTH must sign. | Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN: P00161222 |
| Firm's name (or yours if self-employed), address, and ZIP code | Janow & Meyer, LLC | | EIN: 13-3923535 |
| | 1 Blue Hill Plaza, Box 1606, Pearl River, NY 10965 | | Phone no.: 845.735.9400 |

(HTA)

Form 1040X (Rev. 11-2002) Manko 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 Page 2

**Part II** **Exemptions.** See Form 1040 or 1040A instructions.

If you are NOT CHANGING YOUR EXEMPTIONS, do not complete this part.
If claiming MORE EXEMPTIONS, complete lines 25-31.
If claiming FEWER EXEMPTIONS, complete lines 25-30.

| | | A. ORIGINAL NUMBER of exemptions reported or as previously adjusted | B. NET CHANGE | C. CORRECT NUMBER of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . CAUTION. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you . . . . . . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Other dependents . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (A) First name Last name | (B) Dependent's social security number | (C) Dependent's relationship to you | (D) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on line 31 who:
* lived with you . . . . . ☐
* DID NOT live with you due to divorce or separation (see page 5) . . . . ☐
Dependents on line 31 not entered above ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . . . . . . . . . ☐

23. See explanation attached hereto and made a part hereof.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . ☐

1992

EXPLANATION OF CLAIM

Taxpayers made the following payments with respect to their 1992 taxes, even though they had no income tax liability for that year:

| | |
|---|---|
| 04/15/93 | $200,000.00 |
| 10/19/93 | 36,765.00 |
| 01/25/94 | 1,777.66 |
| | $238,542.66 |

However, instead of refunding the overpayments, the IRS transferred them to the taxpayers' 1988 tax account and applied them against an unlawful "quick assessment" that the IRS made for that year.

Taxpayers hereby claim refund of 1992 taxes paid in the amount of $238,542.66 plus interest as allowed by law. All the said payments are shown on the annexed IRS transcript of taxpayers' account for 1992.

This refund claim is timely. The taxpayers and the IRS entered into various agreements extending the time for assessing 1992 income taxes, and this claim is being filed during the six month period following the expiration of such time. All of the amounts claimed were paid or deemed paid after the execution of the first extension agreement or would have been recoverable under Code Section 6511(b)(2) if this claim had been filed on the date the first extension agreement was executed. Additionally, there has been no final determination of tax for this year.

PAGE NO-0001

IRS EMPLOYEE 2502005420

DATE REQUESTED 07-10-2003

PRINT DATE 07-10-2003

FORM NUMBER: 1040

TAX PERIOD: DEC 1992

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

BODC-SB BODCLC-W

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 06-25-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 06-25-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 01

**FILING STATUS: MARRIED FILING JOINT

** ADJUSTED GROSS INCOME: 1,445,020.00-
** TAXABLE INCOME: 0.00
TAX PER RETURN: 0.00

** PER RETURN OR AS ADJUSTED

10-21-1993 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-29-1993 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 07221-303-30806-3 | 11-29-1993 | 0.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1993 | 04-15-1993 | |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-1993 | 08-20-1993 | |
| 960 | RECEIVED POA/TIA | 09-13-1994 | |
| 610 | PAYMENT WITH RETURN | 10-19-1993 | 36,765.00- |
| 670 | SUBSEQUENT PAYMENT | 04-15-1993 | 200,000.00- |
| 670 | SUBSEQUENT PAYMENT | 01-25-1994 | 1,777.66- |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 07247-755-90057-6 199704 | 02-03-1997 | 0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 04-15-1993 | 200,000.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 10-19-1993 | 36,765.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198812 | 01-25-1994 | 1,777.66 |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 977 | AMENDED RETURN FILED | 12-31-1999 | 0.00 |

PAGE NO-0002 IRS EMPLOYEE 250200542C

| | | | |
|---|---|---|---|
| | 29277-426-02035-0 | | |
| 960 | RECEIVED POA/TIA | 02-28-2000 | |
| 290 | ADDITIONAL TAX ASSESSED | 11-27-2000 | 0.00 |
| | 29254-714-05461-0 200046 | | |
| 961 | REMOVED POA/TIA | 05-04-2001 | |

# EXHIBIT Y

Internal Revenue Service

This Product Contains Sensitive Taxpayer Data

Request Date: 03-16-2007
Response Date: 03-16-2007
IRS Employee Number: Y2KBB
Tracking Number: 100013487269

# Account Transcript

FORM NUMBER: 1040 TAX PERIOD: Dec. 31, 1992

TAXPAYER IDENTIFICATION NUMBER: 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
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

BERNHARD F & CYNTHIA MANKO

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 25, 2006 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 25, 2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |
| ** EXEMPTIONS: | 01 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | -1,445,020.00 | |
| ** TAXABLE INCOME: | 0.00 | |
| TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 21, 1993
PROCESSING DATE: Nov. 29, 1993

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07221-303-30806-3 | | 11-29-1993 | $0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1993 | | 04-15-1993 | $0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1993 | | 08-20-1993 | $0.00 |
| 960 | RECEIVED POA/TIA | | 09-13-1994 | $0.00 |
| 610 | PAYMENT WITH RETURN<br>1040 199212 | | 10-19-1993 | -$36,765.00 |
| 670 | SUBSEQUENT PAYMENT<br>1040 199212 | | 04-15-1993 | -$200,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>1040 199212 | | 01-25-1994 | -$1,777.66 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>07247-755-90057-6 | 19970408 | 02-03-1997 | $0.00 |
| 421 | RENUMBERED RETURN<br>07247-755-90057-6 | | 02-03-1997 | $0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 04-15-1993 | $200,000.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 10-19-1993 | $36,765.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198812 | | 01-25-1994 | $1,777.66 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 977 | AMENDED RETURN FILED<br>29277-426-02035-0 | | 12-31-1999 | $0.00 |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>29254-714-05461-0 | 20004608 | 11-27-2000 | $0.00 |
| 961 | REMOVED POA/TIA | | 05-04-2001 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07277-667-00291-3 | | 09-18-2003 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-531-07277-4 | 20042008 | 05-31-2004 | $0.00 |
| 960 | RECEIVED POA/TIA | | 12-04-2006 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# EXHIBIT Z

Form 872-T
(Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

Taxpayer(s) Name(s)

BERNHARD F. MANKO

Termination By:
☒ Taxpayer
☐ IRS

Taxpayer(s) Address
2860 N.E. 44th STREET
LIGHTHOUSE POINT, FL. 33064

Taxpayer identifying Number
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

Kind of Tax
INCOME TAX

Tax Period(s) Covered by this Notice
1992

Issuing Office Code

Service Center Code

Under the agreement dated 5/7/96, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.

*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

| | |
|---|---|
| Your Signature [signature] | Date Signed 1/15/03 |
| Spouse's Signature | Date Signed |
| Taxpayer's Representative's Signature | Date Signed |
| Corporate Name | |
| Corporate Officer(s) Signature — Name and Title | Date Signed |
| Corporate Officer(s) Signature — Name and Title | Date Signed |
| District Director of Internal Revenue | Regional Director of Appeals |
| By (Signature and Title) | Date Signed |

ISA
STF FED1825F

Form 872-T (Rev. 10-90)

Form 872-A
(Rev. October 1987)

Department of the Treasury – Internal Revenue Service

# Special Consent to Extend the Time to Assess Tax

In reply refer to:
CIB 1552
SSN or EIN
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

Bernhard F. Manko
(Name(s))

taxpayer(s) of 2850 N.E. 44th Street, Lighthouse Point, FL. 33064
(Number, Street, City or Town, State, ZIP Code)

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income (Kind of tax) tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1992 may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess Tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenu Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

DIRECTOR, INTERNAL REVENUE
MAY 03 1996
Field Examination
West Palm Beach, Florida

MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

YOUR SIGNATURE HERE → [signature] 4/26/96
(Date signed)

SPOUSE'S SIGNATURE → ______________________ ______________
(Date signed)

TAXPAYER'S REPRESENTATIVE SIGN HERE → ______________________ ______________
(Date signed)

CORPORATE NAME → ______________________

CORPORATE OFFICER(S) SIGN HERE
→ ______________________ ______________
(Title) (Date signed)
→ ______________________ ______________
(Title) (Date signed)

Bruce R. Thomas
District Director

DISTRICT DIRECTOR OF INTERNAL REVENUE — REGIONAL DIRECTOR OF APPEALS

BY [signature] Group Manager 5/7/96
(Signature and Title) (Date signed)

## Instructions

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of thi form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of th form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of t officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.

Form 872-T (Rev. Oct. 90)

Department of the Treasury — Internal Revenue Service

# Notice of Termination of Special Consent to Extend the Time to Assess Tax

In reply refer to:

| | |
|---|---|
| Taxpayer(s) Name(s): CYNTHIA G. MANKO | Termination By: ☒ Taxpayer ☐ IRS |
| Taxpayer(s) Address: 2850 N.E. 44th STREET LIGHTHOUSE POINT, FL. 33064 | Taxpayer Identifying Number: 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 |
| Kind of Tax: INCOME TAX / Tax Period(s) Covered by this Notice: 1992 | Issuing Office Code / Service Center Code |

Under the agreement dated 5/7/96, between the above taxpayer(s) and the Internal Revenue Service, this form is written notification of termination of Form 872-A, Special Consent to Extend the Time to Assess Tax, for the kind of tax and tax period(s) indicated above.

Signature and mailing instructions are on the back of this form.

*Signing this notice will not deprive the taxpayer(s) of any appeal rights to which they otherwise been entitled.*

| | |
|---|---|
| Your Signature: Cynthia G. Manko | Date Signed: 1/15/03 |
| Spouse's Signature | Date Signed |
| Taxpayer's Representative's Signature | Date Signed |
| Corporate Name | |
| Corporate Officer(s) Signature — Name and Title | Date Signed |
| Name and Title | Date Signed |
| District Director of Internal Revenue | Regional Director of Appeals |
| By (Signature and Title) | Date Signed |

ISA
STF FED1625F

Form 872-T (Rev. 10-90)

Form 872-A
(Rev. October 1987)

Department of the Treasury – Internal Revenue Service

# Special Consent to Extend the Time to Assess Tax

In reply refer to:
CIB 1552
SSN or EIN
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

Cynthia Manko
*(Name(s))*

taxpayer(s) of 2850 N.E. 44th Street, Lighthouse Point, FL. 33364
*(Number, Street, City or Town, State, ZIP Code)*

and the District Director of Internal Revenue or Regional Director of Appeals consent and agree as follows:

(1) The amount(s) of any Federal Income *(Kind of tax)* tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1992 may be assessed on or before the 90th (ninetieth) day after: (a) the Internal Revenue Service office considering the case receives Form 872-T, Notice of Termination of Special Consent to Extend the Time to Assess Tax, from the taxpayer(s); or (b) the Internal Revenue Service mails Form 872-T to the taxpayer(s); or (c) the Internal Revenue Service mails a notice of deficiency for such period(s); except that if a notice of deficiency is sent to the taxpayer(s), the time for assessing the tax for the period(s) stated in the notice of deficiency will end 60 days after the period during which the making of an assessment is prohibited. A final adverse determination subject to declaratory judgment under sections 7428, 7476, or 7477 of the Internal Revenue Code will not terminate this agreement.

(2) This agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax or the overassessment date of a decrease in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment or overassessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Service as cash bonds and advance payments not assessed by the Service, will not terminate this agreement before the expiration date determined in (1) above. This agreement ends on the date determined in (1) above regardless of any assessment for any period includible in a report to the Joint Committee on Taxation submitted under section 6405 of the Internal Revenu Code.

(3) This agreement will not reduce the period of time otherwise provided by law for making such assessment.

(4) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 (six) months after this agreement ends.

DIRECTOR, INTERNAL REVENUE
MAY 03 1996
Field Examination
West Palm Beach, Florida

MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

YOUR SIGNATURE HERE → Cynthia Muska 4/24/96 (Date signed)

SPOUSE'S SIGNATURE → (Date signed)

TAXPAYER'S REPRESENTATIVE SIGN HERE → (Date signed)

CORPORATE NAME →

CORPORATE OFFICER(S) SIGN HERE → (Title) (Date signed)

→ (Title) (Date signed)

Bruce R. Thomas
District Director

DISTRICT DIRECTOR OF INTERNAL REVENUE REGIONAL DIRECTOR OF APPEALS

BY Lew MacAllen, Group Manager 5/2/96
(Signature and Title) (Date signed)

**Instructions**

If this consent is for income tax, self-employment tax, or FICA tax on tips and is made for any year(s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of th form.

If this consent is for gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of th form.

If this consent is for Chapter 41, 42, or 43 taxes involving a partnership, only one authorized partner need sign.

If you are an attorney or agent of the taxpayer(s), you may sign this consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary *(such as executor, administrator, trustee, etc.)* and you sign this consent, attach Form 56 Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of t officer(s) authorized to sign.

If this consent is for Chapter 42 taxes, a separate Form 872-A should be completed for each potential disqualified person or entity that may have been involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2 C.B. 446.