# EXHIBIT AA

Department of the Treasury - Internal Revenue Service 11/17/93

# Income Tax Examination Changes

| Name and Address of Taxpayer | Social Security or Employer Identification Number | | Return Form No |
|---|---|---|---|
| BERNHARD F. MANKO<br>2850 NORTH EAST 44TH STREET<br>LIGHTHOUSE POINT , FL 33064-7276 | 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 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title<br>***** PARTIAL REPORT ***** | |

| 1. Adjustments to income | Year End: 12/31/86 | Year End: 12/31/87 | Year End: |
|---|---|---|---|
| A. FALKAN GOVT SECURITIES ORD INC | $ -610,994 | $ 741,555 | $ |
| B. COMPUTATIONAL ADJ - ST TAX RFD | | 98,248 | |
| C. NOL CARRYOVER FROM PREVIOUS YEAR | | -573,334 | |
| D. CHAI INC - NON-PASSIVE LOSS | | 484,334 | |
| E. CAPITAL GAINS AND LOSSES | 37,660 | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| T. | | | |
| 2. Total adjustments | -573,334 | 750,803 | |
| 3. Taxable income per return or as previously adjusted | -30,860,676 | 11,389,984 | |
| 4. Corrected taxable income | -31,434,010 | 12,140,787 | |
| Tax Method | Tax Table | Alternative Tax | |
| Filing Status | Joint | Joint | |
| 5. Tax | 0 | 3,395,667 | |
| 6. Additional taxes | 0 | 0 | |
| 7. Corrected tax liability | 0 | 3,395,667 | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (line 7 less total of lines 8A thru 8D) | 0 | 3,395,667 | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total corrected tax liability (line 9 + lines 10A to 10D) | 0 | 3,395,667 | |
| 12. Total tax shown on return or as previously adjusted | 0 | 3,185,443 | |
| 13. Adjustment to A. Earned Income Credit | 0 | 0 | |
| B. Special Fuels Credit | 0 | 0 | |
| 14. Deficiency - Increase in tax or (Overassessment - Decrease in tax) (line 11 less line 12 adjusted by line 13) | 0 | 210,224 | |
| 15. Adjustments to prepayment credits | 0 | 0 | |
| 16. Balance due or Overpayment (line 14 adjusted by line 15) (excluding interest and penalties) | $ 0 | $ 210,224 | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service

Income Tax Examination Changes

| Name of Taxpayer | Social Security or Employer Identification Number | | Return Form No. |
|---|---|---|---|
| BERNHARD F. MANKO | 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 | | 1040 |

| 17. Penalties | Year End: 12/31/86 | Year End: 12/31/87 | Year End: |
|---|---|---|---|
| | $ | $ | $ |
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total penalties | $ 0 | $ 0 | $ |
| 19. Underpayment attributable to negligence: (1981-1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | 0 | 0 | |
| 20. Underpayment attributable to fraud: (1982-1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | 0 | 0 | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 0 | 0 | |
| Summary of Taxes, Penalties, and Interest: | | | |
| A. Balance due or Overpayment of taxes (line 16, page 1) | 0 | 210,224 | |
| B. Penalties (line 18, page 2) | 0 | 0 | |
| C. Interest (IRC 6601) | | | |
| D. TMT Interest on TMT underpayment | | | |
| E. Amount due or refund (sum of lines A, B, C, and D) | $ 0 | $ 210,224 | $ |

Note: Line E does not include interest.

Other Information:

THIS REPORT IS PROVIDED ONLY FOR YOUR INFORMATION. KEEP IT FOR YOUR RECORDS. TO AVOID ADDITIONAL INTEREST CHARGE PLEASE SEND BALANCE DUE WITHIN 30 DAYS OF THE REPORT DATE TO:

IRS SERVICE CENTER
ATLANTA, GA 39901

ENTER YOUR SOCIAL SECURITY NUMBER AND THE YEAR TO WHICH PAYMENT APPLIES ON YOUR CHECK. TAX CHANGES SHOWN ABOVE ARE A RESULT OF AN EXAMINATION OF A FLOW-THROUGH ENTITY.

THIS IS A PARTIAL REPORT. OTHER REPORTS WILL FOLLOW AS ADDITIONAL TEFRA EXAMINATIONS ARE COMPLETED.

| Examiner's Signature | District | Date |
|---|---|---|
| LARRY T. GARNER | ATLANTA SVC CTR | 11/17/93 |

MicroRAR 710.1 (05/05/93)



Form 4549A-CG (Rev. 10-90)

# EXHIBIT BB

Department of the Treasury - Internal Revenue Service

Income Tax Examination Changes

4/4/94

| Name and Address of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| BERNHARD F. MANKO<br>2850 NORTH EAST 44TH STREET<br>LIGHTHOUSE POINT, FL 33064-7276 | 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 | 1040 |
| | Person with whom examination changes were discussed | Name and Title: ***** PARTIAL REPORT ***** |

| 1. Adjustments to income | Year End: 12/31/86 | Year End: 12/31/87 | Year End: |
|---|---|---|---|
| A. CHAI INC ORDINARY INCOME | $ -131,990 | $ | $ |
| B. DIHEGCO CORP ORDINARY INCOME | -8,269 | 10,036 | |
| C. NOL CARRYOVER FROM PREVIOUS YEAR | . . | -140,259 | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| T. | | | |
| 2. Total adjustments | -140,259 | -130,223 | |
| 3. Taxable income per return or as previously adjusted | -31,434,010 | 12,140,787 | |
| 4. Corrected taxable income | -31,574,269 | 12,010,564 | |
| Tax Method | Tax Table | Alternative Tax | |
| Filing Status | Joint | Joint | |
| 5. Tax | 0 | 3,359,205 | |
| 6. Additional taxes | 0 | 0 | |
| 7. Corrected tax liability | 0 | 3,359,205 | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (line 7 less total of lines 8A thru 8D) | 0 | 3,359,205 | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total corrected tax liability (line 9 + lines 10A - 10D) | 0 | 3,359,205 | |
| 12. Total tax shown on return or as previously adjusted | 0 | 3,395,667 | |
| 13. Adjustment to A. Earned Income Credit | 0 | 0 | |
| B. Special Fuels Credit | 0 | 0 | |
| 14. Deficiency -Increase in tax or (Overassessment -Decrease in tax) (line 11 less line 12 adjusted by line 13) | 0 | -36,462 | |
| 15. Adjustments to prepayment credits | 0 | 0 | |
| 16. Balance due or Overpayment (line 14 adjusted by line 15) (excluding interest and penalties) | $ 0 | $ -36,462 | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

| Name of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| BERNHARD F. MANKO | 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 | 1040 |

| 17. Penalties | Year End: 12/31/86 | Year End: 12/31/87 | Year End: |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total penalties | $ 0 | $ 0 | $ |
| 19. Underpayment attributable to negligence: (1981-1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | 0 | 0 | |
| 20. Underpayment attributable to fraud: (1982-1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | 0 | 0 | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 0 | 0 | |
| Summary of Taxes, Penalties, and Interest: | | | |
| A. Balance due or Overpayment of taxes (line 16, page 1) | 0 | -36,462 | |
| B. Penalties (line 18, page 2) | 0 | 0 | |
| C. Interest (IRC 6601) | | | |
| D. TMT Interest on TMT underpayment | | | |
| E. Amount due or refund (sum of lines A, B, C, and D) | $ 0 | $ -36,462 | $ |

Other Information:

THIS REPORT IS PROVIDED ONLY FOR YOUR INFORMATION. KEEP IT FOR YOUR RECORDS.

TAX CHANGES SHOWN ABOVE ARE A RESULT OF AN EXAMINATION OF A FLOW-THROUGH ENTITY.

THIS IS A PARTIAL REPORT. OTHER REPORTS WILL FOLLOW AS ADDITIONAL TEFRA AND NON-TEFRA EXAMINATIONS ARE COMPLETED.

| Examiner's Signature | District | Date |
|---|---|---|
| LARRY T. GARNER | ATLANTA SVC CTR | 04/04/94 |

# EXHIBIT CC

89147258908 P.03

11/10/94

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| BERNHARD F. MANKO<br>2850 NORTH EAST 44TH STREET<br>LIGHTHOUSE POINT, FL 33064-7276 | 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 | 1040 |
| | Person with whom examination changes were discussed / Name and Title: ***** CORRECTED REPORT ***** ***** PARTIAL REPORT ***** | |

| 1. Adjustments to income | Year End: 12/31/86 | Year End: 12/31/87 | Year End: |
|---|---|---|---|
| A. CHI INC. ORDINARY INCOME | -267,071 | | |
| B. NOL CARRYOVER FROM PREVIOUS YEAR | | -267,071 | |
| C. REVERSAL OF COMPUTATIONAL ADJ | | -98,248 | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| T. | | | |
| 2. Total adjustments | -267,071 | -365,319 | |
| 3. Taxable income per return or as previously adjusted | -31,574,269 | 12,010,564 | |
| 4. Corrected taxable income | -31,841,340 | 11,645,245 | |
| Tax Method | Tax Table | Alternative Tax | |
| Filing Status | Joint | Joint | |
| 5. Tax | 0 | 3,256,916 | |
| 6. Additional taxes | 0 | 0 | |
| 7. Corrected tax liability | 0 | 3,256,916 | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (line 7 less total of lines 8A thru 8D) | 0 | 3,256,916 | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total corrected tax liability (line 9 + lines 10A - 10D) | 0 | 3,256,916 | |
| 12. Total tax shown on return or as previously adjusted | 0 | 3,359,205 | |
| 13. Adjustment to A. Earned Income Credit | 0 | 0 | |
| B. Special Fuels Credit | 0 | 0 | |
| 14. Deficiency -Increase in tax or (Overassessment -Decrease in tax) (line 11 less line 12 adjusted by line 13) | 0 | -102,289 | |
| 15. Adjustments to prepayment credits | 0 | 0 | |
| 16. Balance due or Overpayment (line 14 adjusted by line 15) (excluding interest and penalties) | 0 | -102,289 | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

MicroRAR V11.1 (07/15/94)



Form 4549A-CG (Rev. 10-90)

TOTAL P.03

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

| Name of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| BERNHARD F. MANKO | 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 | 1040 |

| 17. Penalties | Year End: 12/31/86 | Year End: 12/31/87 | Year End: |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total penalties | 0 | 0 | |
| 19. Underpayment attributable to negligence: (1981-1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | 0 | 0 | |
| 20. Underpayment attributable to fraud: (1982-1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | 0 | 0 | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 0 | 0 | |
| Summary of Taxes, Penalties, and Interest: | | | |
| A. Balance due or Overpayment of taxes (line 16, page 1) | 0 | -102,289 | |
| B. Penalties (line 18, page 2) | 0 | 0 | |
| C. Interest (IRC 6601) | | | |
| D. TMT Interest on TMT underpayment | | | |
| E. Amount due or refund (sum of lines A, B, C, and D) | 0 | -102,289 | |

Other Information:

THIS REPORT IS PROVIDED ONLY FOR YOUR INFORMATION. KEEP IT FOR YOUR RECORDS.

TAX CHANGES SHOWN ABOVE ARE A RESULT OF AN EXAMINATION OF A FLOW-THROUGH ENTITY.

THIS IS A PARTIAL REPORT. OTHER REPORTS WILL FOLLOW AS ADDITIONAL TEFRA AND NON-TEFRA EXAMINATIONS ARE COMPLETED.

THIS IS A CORRECTED REPORT. THIS REPORT ERRORS MADE ON REPORTS DATED 11/17/93 AND 4/4/94.

| Examiner's Signature | District | Date |
|---|---|---|
| LARRY T. GARNER | ATLANTA SVC CTR | 11/10/94 |

MicroBAR V11.1 (07/15/94)



Form 4549-CG (Rev. 10-90)

# EXHIBIT DD

11/20/95

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: 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 | Return Form No. 1040 |
|---|---|---|
| MANKO, BERNARD & CYNTHIA<br>2850 NE 44TH STREET<br>LIGHTHOUSE POINT FL 33406-7276 | Person with whom examination changes were discussed | Name and Title: IRWIN MEYER & HERBERT STOLLER |

| 1. Adjustments to Income | Tax Year End 12/31/87 | Tax Year End 12/31/88 | Tax Year End 12/31/89 |
|---|---|---|---|
| A. CAPITAL GAIN OR LOSS | $ (73,439.00) | $ 617,050.00 | $ (243,105.00) |
| B. COMCO FLOW-THROUGH | 3,782.00 | 45,097,261.00 | |
| C. COMCO FLOW THROUGH | | | 2,455,544.00 |
| D. NET OPERATING LOSS | | | 7,132,956.00 |
| E. COMCO INTEREST INCOME | | | 98,320.00 |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | (69,657.00) | 45,734,311.00 | 9,443,715.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 11,645,245.00 | (7,258,168.00) | 4,631,638.00 |
| 4. Corrected Taxable Income | 11,575,588.00 | 38,476,143.00 | 14,075,353.00 |
| Tax Method | SCHEDULE D | TAX RATE | TAX RATE |
| Filing Status | JOINT | JOINT | JOINT |
| 5. Tax | 3,237,412.00 | 10,763,212.00 | 3,942,219.00 |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 3,237,412.00 | 10,763,212.00 | 3,942,219.00 |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 3,237,412.00 | 10,763,212.00 | 3,942,219.00 |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 3,237,412.00 | 10,763,212.00 | 3,942,219.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 3,256,916.00 | 0.00 | 1,297,979.00 |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (19,504.00) | 10,763,212.00 | 2,644,240.00 |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (19,504.00) | $ 10,763,212.00 | $ 2,644,240.00 |

COPY
"INFORMATION ONLY"

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: MANKO, BERNARD & CYNTHIA | SS or EI Number: 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 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Tax Year End 12/31/87 | Tax Year End 12/31/88 | Tax Year End 12/31/89 |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | (19,504.00) | 10,763,212.00 | 2,644,240.00 |
| B. Penalties (line 18, page 2) (computed to 12/20/95) | | | |
| C. Interest (IRC 6601) (computed to 12/20/95) | | 9,098,509.44 | 1,706,993.15 |
| D. TMT Interest (computed to 12/20/95 on TMT underpayment) | | | |
| E. Amount due or refund (sum of lines A, B, C, and D.) | (19,504.00) | 19,861,721.44 | 4,351,233.15 |

COPY
"INFORMATION ONLY"

Other Information:

| Examiner's Signature | District Ft. Lauderdale | Date 11/20/95 |
|---|---|---|

TIES Ver. 53.94 Page 2 of 2 Form 4549A-CG (Rev. 1-91)

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| MANKO, BERNARD & CYNTHIA<br>2850 NE 44TH STREET<br><br>LIGHTHOUSE POINT FL 33406-7276 | 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 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title<br>IRWIN MEYER & HERBERT STOLLER | |

| 1. Adjustments to Income | Tax Year End 12/31/90 | Tax Year End 12/31/91 | Tax Year End 12/31/92 |
|---|---|---|---|
| A. CAPITAL GAIN OR LOSS | $ (107,132.00) | $ (1,500.00) | $ (1,500.00) |
| B. COMCO FLOW-THROUGH | (9,073,514.00) | (30,622,344.00) | |
| C. COMCO INTEREST INCOME | 744.00 | | |
| D. ITEMIZED DEDUCTIONS | (177.00) | (11,493.00) | (91,808.00) |
| E. CYNTHIA MANKO'S INCOME | | 2,184,161.00 | 793,564.00 |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | (9,180,079.00) | (28,451,176.00) | 700,656.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 7,127,125.00 | 29,344,800.00 | (1,405,112.00) |
| 4. Corrected Taxable Income | (2,052,954.00) | 892,624.00 | (704,456.00) |
| Tax Method | TAX TABLE | TAX RATE | TAX TABLE |
| Filing Status | JOINT | JOINT | JOINT |
| 5. Tax | 0.00 | 269,829.00 | 0.00 |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 0.00 | 269,829.00 | 0.00 |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 0.00 | 269,829.00 | 0.00 |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 7,849.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 7,849.00 | 269,829.00 | 0.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 2,004,592.00 | 9,767,094.00 | 226,870.00 |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (1,996,743.00) | (9,497,265.00) | (226,870.00) |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (1,996,743.00) | $ (9,497,265.00) | $ (226,870.00) |

COPY
"INFORMATION ONLY"

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: MANKO, BERNARD & CYNTHIA | SS or EI Number: 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 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Tax Year End 12/31/90 | Tax Year End 12/31/91 | Tax Year End 12/31/92 |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | (1,996,743.00) | (9,497,265.00) | (226,870.00) |
| B. Penalties (line 18, page 2) (computed to 12/20/95) | | | |
| C. Interest (IRC 6601) (computed to 12/20/95) | | | |
| D. TMT Interest (computed to 12/20/95 on TMT underpayment) | | | |
| E. Amount due or refund (sum of lines A, B, C, and D.) | (1,996,743.00) | (9,497,265.00) | (226,870.00) |

COPY
**"INFORMATION ONLY"**

Other Information:

| Examiner's Signature | District Ft. Lauderdale | Date 11/20/95 |
|---|---|---|

# EXHIBIT EE

10/15/01

Form **4549A** — Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page of

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| BERNHARD F & CYNTHIA MANKO<br>2850 NE 44TH ST<br>LGHTHSE POINT FL 33064-7284 | 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 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/1987 | Period End | Period End |
|---|---|---|---|
| a. Capital Gain or Loss | (5,304.00) | | |
| b. NOL C/F FROM 1985 | (3,990,887.00) | | |
| c. ORDINARY INC. #13-2926637 | (567,259.00) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | (4,563,450.00) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | $11,575,588.00 | | |
| 4. Corrected Taxable Income | 7,012,138.00 | | |
| Tax Method | SCHEDULE D | | |
| Filing Status | Joint | | |
| 5. Tax | 1,959,646.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 1,959,646.00 | | |
| 8. Less Credits a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 1,959,646.00 | | |
| 10. Plus Other Taxes a. Alternative Minimum Tax | 236,189.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a - 10d) | 2,195,835.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 3,237,412.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | (1,041,577.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | (1,041,577.00) | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 1.60.00

| Form 4549A | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page of |
|---|---|---|

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| BERNHARD F & CYNTHIA MANKO | 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 | 1040 |

| 17. Penalties | Period End 12/31/1987 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | (1,041,577.00) | | |
| b. Penalties (Line 18, Page2)-computed to 11/14/2001 | | | |
| c. Interest (IRC§ 6601)-computed to 11/14/2001 | 0.00 | | |
| d. TMT Interest – computed 11/14/2001 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | (1,041,577.00) | | |

**Other Information:**

THIS REPORT IS BASED ON A SIGNED 906 CLOSING AGREEMENT FOR ARBITRAGE MANAGEMENT COMPANY #13-2926637.

WE HAVE ADJUSTED YOUR RETURN ACCORDINGLY.
PLEASE SEE ATTACHMENTS.

IF YOU REQUIRE ANY ADDITIONAL INFORMATION, PLEASE CONTACT YOUR TAX MATTERS PARTNER.

| Examiner's Signature: | Employee ID: | Office: | Date: |
|---|---|---|---|
| MRS. DONDERO | 1986125764 | Brookhaven | 10/15/2001 |

RGS Version 1.60.00

Form CG-4549A

# EXHIBIT FF

11/29/01

| Form 3610 (Rev. March 1986) | Department of the Treasury -- Internal Revenue Service **Audit Statement** | Symbols SB:SF:FTL:AP:JCH:HW | |
|---|---|---|---|
| Name of Taxpayer BERNARD F. MANKO and CYNTHIA MANKO | | SSN or EIN 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 | Date Prepared 11-29-01 |
| Kind of Tax INCOME | | | |

| Tax Period Ended | DEFICIENCY (OVERASSESSMENT) (Increase or decrease in Tax and Penalties) | | | | |
|---|---|---|---|---|---|
| | TAX | | | | Total |
| 12/31/85 | NONE | | | | NONE |
| 12/31/87 | (1,268,642.00) | | | | (1,268,642.00) |
| 12/31/88 | (994,796.00) | | | | (994,796.00) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | (2,263,438.00) | | | | (2,263,438.00) |

[X] Interest for 1987 (Year) will be computed under section 6611(f)(1) of the Internal Revenue Code.

Revenue Agent's report dated 12/20/00 remains the same.

Form 5278

# STATEMENT - INCOME TAX CHANGES

SCHEDULE 1

| NAME(S) OF TAXPAYERS | | OFFICE SYMBOLS SB:SF:FTL:AP:JCH:HW |
|---|---|---|
| BERNARD & CYNTHIA MANKO | | [ ] NOTICE OF DEFICIENCY<br>[ ] SETTLEMENT COMPUTATION<br>[ ] OTHER |
| EMPLOYER IDENTIFICATION NUMER 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 | FORM NUMBER 1040 | DOCKET NUMBER |

| | | TAX YEARS ENDED | | |
|---|---|---|---|---|
| 1. ADJUSTMENTS TO INCOME | Per Appeals | 31-Dec-87 | 31-Dec-88 | |
| a. | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| 2. TOTAL ADJUSTMENTS | | | | |
| 3. TAXABLE INCOME AS SHOWN IN | O'Bannon report (12/22/00) | 2,434,424.00 | 34,270,996.00 | O'Bannon report |
| 4. TAXABLE INCOME AS REVISED | " | 2,434,424.00 | 34,270,996.00 | " |
| 5. TAX | " Alternative tax-1987 | 927,193.00 | 9,596,971.00 | " |
| 6. LESS CREDITS<br>a.<br>b.<br>c. | | | | |
| 7. BALANCE | " | 927,193.00 | 9,596,971.00 | " |
| 8. PLUS<br>a.<br>b.<br>c. | | | | |
| 9. TOTAL CORRECTED INCOME TAX LIABILITY | " | 927,193.00 | 9,596,971.00 | " |
| 10. TOTAL TAX PER RETURN OR AS PREVIOUSLY ADJUSTED | [illegible] | ? 2,195,835.00 | 10,591,767.00 | ? [illegible] |
| 11. INCREASE (DECREASE) EARNED INCOME CREDIT/FUELS CREDIT | | | | |
| 12. INCREASE IN TAX | | ($1,268,642.00) | ($994,796.00) | |
| 13. ADDITIONS TO THE TAX / PENALTIES | Per Appeals | | | |

Form **2285**
(Rev. November 1989)
Department of the Treasury
Internal Revenue Service

**Concurrent Determinations of Deficiencies *(Increases in Tax)* and Overassessments *(Decreases in Tax)* in Cases Involving Restricted Interest Provisions of the Internal Revenue Code**

Taxpayer's Name and Identification Number: BERNARD F. & CYNTHIA MANKO
Taxable Year Ended: 12/31/1987
Power of Attorney's Name and Address:

**Section I - Computation of Increase (Decrease) in Tax**

Amounts representing decreases in tax are enclosed in parenthesis in Sections I and II.

Prepared by (Signature): HAZEL M. WUJICK
Date: 12/11/2001

| Interest Notice / CI No. / CI No. / Allowed Under Code Section 6611(f)(1) I.R.C. | General Adjustments (a) | Other (b) | Carryback Losses or Credits From: First Succeeding Taxable Year (c) | Second Succeeding Taxable Year (d) | Third Succeeding Taxable Year 12/31/1990 (e) | After All Adjustments (f) |
|---|---|---|---|---|---|---|
| 1. Taxable income for income tax purposes | 7,012,138 | | | | 4,471,131 | 7,012,138 |
| 2. Net adjustments | (2,541,007) | | | | (2,036,707) | (4,577,714) |
| 3. Correct taxable income | 4,471,131 | | | | 2,434,424 | 2,434,424 |
| 4. Tentative income tax | | | | | 927,193 | |
| 5. Current tax credits | | | | | 0 | 0 |
| 6. Less tax credit carryback | | | | | 0 | |
| 7. Income tax | 1,711,325 | | | | 927,193 | 927,193 |
| 8. Previous tax liability | 2,195,835 | | | | 1,711,325 | 2,195,835 |
| 9. Increase *(decrease)* in tax | (484,510) | | | | (784,132) | (1,268,642) |
| 10. Tentative allowance | | | | | 0 | 0 |
| 11. Net increase (decrease) in tax | (484,510) | | | | (784,132) | (1,268,642) |

**Section II - Interest Worksheet**

1.
2. ______
3. ______
4. ______
5. ______

| Amount | From | To | Interest | Comments |
|---|---|---|---|---|
| | | | | |

Increase/Decrease in tax $ ______
870 Date: ______
23C Date: ______

| Increase/Decrease in tax | Name | Date of Computations | Interest to be Charged/Allowed |
|---|---|---|---|
| | | | $ |

Cat No. 18274Q

Form 5278 (Rev. July 1992)

Department of the Treasury--Internal Revenue Service

**STATEMENT - INCOME TAX CHANGE**

1. Office symbols: SB:SF:FTL:AP:JCH:HW

2. Name(s) of Taxpayer(s): BERNARD F & CYNTHIA MANKO

3. [ ] Notice of Deficiency [x] Other (specify) General Adjustment
[ ] Settlement computation

4. SSN / EIN: 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

5. Form Number

6. Docket Number

| 7. Adjustments to income | Tax years ended 12/31/1987 | | |
|---|---|---|---|
| a. INTARBCO INTEREST INCOME | 97,896 | | |
| b. NOL CF FROM 1986 | (1,638,903) | | |
| c. TRADING PARTNERS | (1,000,000) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| 8. Total adjustments | (2,541,007) | 0 | |
| 9. a. [X] Taxable income [ ] Adjusted gross income<br>b. As shown in:<br>[X] Preliminary letter dated Brookhaven SC<br>[ ] Notice of deficiency dated<br>[ ] Return as filed | 7,012,138 | | |
| 10. [X] Taxable income as revised<br>[ ] Adjusted gross income as revised | 4,471,131 | 0 | |
| 11. Tax from: [ ] tax tables [X] tax rate schedules<br>[ ] other | 1,711,325<br>1,711,325 | | |
| 12. Alternative tax if applicable *(from page ____)* | | | |
| 13. Corrected tax liability *(lesser of line 11 or 12)* | 1,711,325 | 0 | |
| 14. Less credits *(specify)* a. | | | |
| b. | | | |
| c. | | | |
| 15. Balance *(line 13 less lines 14a through 14c)* | 1,711,325 | 0 | |
| 16. Plus a. | | | |
| b. | | | |
| c. | | | |
| 17. Total corrected income tax liability *(line 15 + 16a,b,c)* | 1,711,325 | 0 | |
| 18. Total tax shown on return or as previously adjusted | 2,195,835 | | |
| 19. Adjustments to EIC/Fuels Credit increase *(decrease)* | | | |
| 20. Increase (decrease) in tax (line 17 adj. by 18 + 19) | (484,510) | 0 | |
| 21. Additions / Adjustments to the tax *(listed below)* | | | |

Form 5278 (Rev. July 1992)

# EXHIBIT GG

JUL-22-1996 14:19 FROM TO 89147358908 P.02

7/22/96

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: 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 | | Return Form No. 1040 |
|---|---|---|---|
| MANKO, BERNARD & CYNTHIA<br>2850 NE 44TH STREET<br>LIGHTHOUSE POINT FL 33406-7276 | Person with whom examination changes were discussed | Name and Title<br>IRWIN MEYER & HERBERT STOLLER | |

| 1. Adjustments to Income | Tax Year End 12/31/89 | Tax Year End | Tax Year End |
|---|---|---|---|
| A. INTARBCO INCOME (LOSS) | $ (112,498.00) | $ | $ |
| B. NOL CARRYBACK FROM 1992 | (755,427.00) | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | (867,925.00) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 14,075,353.00 | | |
| 4. Corrected Taxable Income | 13,207,428.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 3,699,200.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 3,699,200.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 3,699,200.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 3,699,200.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 3,942,219.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (243,019.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (243,019.00) | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: MANKO, BERNARD & CYNTHIA | SS or EI Number: 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 | Return Form No. 1040 |
|---|---|---|

| | Tax Year End 12/31/89 | Tax Year End | Tax Year End |
|---|---|---|---|
| 17. Penalties | $ | $ | $ |
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest:<br>A. Balance due or Overpayment of Taxes (line 16, page 1)<br>B. Penalties (line 18, page 2) (computed to 08/21/96)<br>C. Interest (IRC 6601) (computed to 08/21/96)<br>D. TMT Interest (computed to 08/21/96 on TMT underpayment) | (243,019.00) | | |
| E. Amount due or refund (sum of lines A, B, C, and D.) | (243,019.00) | | |

Other Information:

| Examiner's Signature Carlos Bastidas | District South Florida | Date 07/22/96 |
|---|---|---|

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the District Director.

| PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By | | Title | | Date |

TIES Ver. 3.95.01 Page 2 of 2 Form 4549-CG (Rev. 1-91)

# EXHIBIT HH

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

9/13/96

| Name and Address of Taxpayer | SS or EI Number: 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 | | Return Form No. 1040 |
|---|---|---|---|
| MANKO, BERNARD & CYNTHIA<br>2850 NE 44TH STREET<br>LIGHTHOUSE POINT FL 33406-7276 | Person with whom examination changes were discussed | Name and Title<br>IRWIN MEYER & HERBERT STOLLER | |

| 1. Adjustments to Income | Tax Year End 12/31/91 | Tax Year End 12/31/92 | Tax Year End |
|---|---|---|---|
| A. EXEMPTIONS | $ (4,300.00) | $ | $ |
| B. INTARBCO INCOME (LOSS) | (850,388.00) | (375,529.00) | |
| C. ITEMIZED DEDUCTIONS | (36,923.00) | 320,258.00 | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | (891,611.00) | (55,271.00) | |
| 3. Taxable Income Per Return or as Previously Adjusted | 892,624.00 | (704,456.00) | |
| 4. Corrected Taxable Income | 1,013.00 | (763,027.00) | |
| Tax Method | TAX TABLE | TAX TABLE | |
| Filing Status | JOINT | JOINT | |
| 5. Tax | 152.00 | 0.00 | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 152.00 | 0.00 | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 152.00 | 0.00 | |
| 10. Plus Other Taxes A. ALTERNATIVE MINIMUM TAX | 2,323.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 2,475.00 | 0.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 269,829.00 | 0.00 | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (267,354.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (267,354.00) | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

| Form 3621 (Rev. February 1980) | Department of the Treasury — Internal Revenue Service<br>**Net Operating Loss Computation—<br>Individuals, Corporations, and Estates and Trusts** | Statement schedule |
|---|---|---|
| Name<br>BERNHARD & CYNTHIA MANKO | | Tax year ended<br>1992 |

## Section I — Individuals

| | | |
|---|---|---|
| 1. Individuals—Adjusted Gross Income ☐ Per return ☒ As previously adjusted | | 1. ( 652,556.— ) |
| 2. Individuals: Less<br>(a) Total itemized deductions *(including zero bracket amount)*, or if you did not itemize, zero bracket amount plus your charitable contributions or standard deduction CORRECTED | 2(a). 105,871.— | |
| (b) Allowance for personal exemptions | 2(b). 4,600.— | |
| (c) Total *(Add line 2(a) and line 2(b))* | | 2(c). 110,471.— |
| 3. Net operating loss before modifications *(line 2(c) less line 1.)*<br>Note: There is a net operating loss only if this line is negative CORRECTED TAXABLE INCOME | | 3. ( 763,027.— ) |
| 4. Individual modifications<br>(a) Net operating loss deduction per return or as previously adjusted | 4(a). | |
| (b) Net capital loss deduction per return or as previously adjusted | 4(b). 3,000.— | |
| (c) Capital gain deduction per return or as previously adjusted | 4(c). | |
| (d) Personal and dependency exemptions per return or as adjusted | 4(d). 4,600.— | |
| (e) Non-business deductions in excess of non-business income: | | |
| (i) Non-business deductions *(See Note 1, below.)* 105,871.— | | |
| (ii) Less: Non-business income *(See Note 2, below.)* 512,453.— | | |
| (iii) Excess, if any *(line (i) less line (ii))*. If less than zero, enter 0. | 4(e). —0— | |
| 5. Total individual modifications *(Add lines 4(a) through 4(e))* | | 5. 7,600.— |
| 6. Net operating loss *(Add line 3 and line 5.)* CARRY BACK TO 1989 | | 6. ( 755,427.— ) |

Note 1. Include certain itemized deductions from Sch. A, Form 1040, and non-business capital losses *(long and short term)* from Sch. D, Form 1040. If the taxpayer does not itemize, the Zero Bracket Amount, for tax years before 1987, or the Standard Deduction, for tax year after 1986, is considered a non-business deduction. The Charitable Contribution Deduction may also be considered a non-business deduction. Do not include Casualty or Theft losses, moving expenses or employee business expenses claimed on Sch. A, Form 1040.

Note 2. Include dividend, interest, pension, annuity and certain royalty payments as non-business income. Also include non-business capital gains *(long and short term)* from Sch. D, Form 1040.

## Section II — Corporations

| | | |
|---|---|---|
| 1. Corporation—Taxable Income ☐ Per return ☐ As previously adjusted | | 1. ( ) |
| 2. Corporation modifications<br>(a) Recomputed dividends received deduction *(See Sch. C, Form 1120)* | 2(a). | |
| (b) Recomputed dividends paid deduction *(See Sch. C, Form 1120)* | 2(b). | |
| (c) Total corporation modifications *(Add line 2(a) and 2(b))* | | 2(c). ( ) |
| 3. Real estate investment trust *(Form 1120 REIT)* modifications *(Show computation on reverse side.)* | | 3. |
| 4. Net operating loss deduction per return or as previously deducted | | 4. |
| 5. Corporation net operating loss *(Add lines 1, 2(c), 3, and 4.)* | | 5. |

See back side for Estates and Trust Net Operating Loss Computation

Cat. No. 19785M

Form 3621 (Rev. 2-80)