RECEIVED

APR 2 4 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

BERNHARD F. AND CYNTHIA G. MANKO

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Irwin S. Meyer

Firm Name: Irwin S. Meyer, LLC

Post Office Box: P. O. Box 1606

07-252 T

Street Address: 1 Blue Hill Plaza, 10th Floor

City-State-Zip: Pearl River, NY 10965-8606

Telephone & Facsimile Numbers: (845)735-9400 ext: 103; fax: (845)735-8908

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 2

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

ORIGINAL WITH PROOF OF SERVICE

Agency Identification Code: T R E

See attached sheet for three-digit codes.

Amount Claimed: $ 15,034,773.60

Use estimate if specific amount is not pleaded.

J. Horn

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest: n/a

Indicate approximate dollar amount of procurement at issue: $ ________

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case: n/a

Date of Vaccination: ________

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.