***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| BERNHARD F. MANKO AND<br>CYNTHIA G. MANKO,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 07-252 T**<br>**(Judge Marian Blank Horn)** |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Benjamin C. King, Jr., as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Benjamin C. King, Jr., Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: May 3, 2007

s/Benjamin C. King, Jr.

Benjamin C. King, Jr., Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-6506
Fax: (202) 514-9440
Benjamin.C.King@usdoj.gov