# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MANKO et al,**

**Plaintiff**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-252T**
**Filed: May 10, 2007**

## O R D E R

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Thursday, June 28, 2007, at 2:30 p.m. E.D.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Meyer at (845) 735-9400, Mr. Janow at (845) 735-8385 and Mr. King at (202) 307-6506.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**