IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07- T

(Judge Marian Blank Horn)

---

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

---

MOTION FOR EXTENSION OF TIME

---

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 30 days, from June 25, 2007, to and including, July 25, 2007, of the deadline for defendant to file its answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiffs who has indicated that the plaintiffs do not oppose this motion.

As good cause therefor, defendant has not yet received the administrative files of the IRS related to the issues raised in the complaint in the above-captioned case. Defendant requires those files to make a complete response to the allegations asserted in the complaint. The enlargement sought by this motion will allow defendant time to receive and review the IRS files and prepare its answer or other response.

WHEREFORE, the defendant requests that the deadline for the defendant to file its answer or other response to the complaint be enlarged to July 25, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

June 25, 2007