**Irwin S. Meyer, LLC**
One Blue Hill Plaza
10th Floor, P.O. Box 1606
Pearl River, NY 10965-8606
Telephone: (845) 735-9400
FAX Number: (845) 735-8908

# MEMORANDUM

**To:** Hon. Marian Blank Horn
Benjamin C. King, Jr. Esq.

**From:** Irwin S. Meyer

**Date:** June 29, 2007

**Subject:** Requested Submission

Attached hereto you will find the three (3) prior Manko cases – Manko I; Manko II and Manko III.

*THIS MEMORANDUM IS ATTORNEY-CLIENT PRIVILEGED AND CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE. ANY OTHER DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MEMORANDUM IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL TO US BY MAIL WITHOUT MAKING A COPY.*