# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BERNHARD F. and CYNTHIA G. MANKO,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-252T**
**Filed: June 29, 2007**

**O R D E R**

The court held a status conference in the above-captioned case on June 29, 2007, with the parties appearing by telephone. As discussed at the conference, the court **GRANTS** defendant's motion for an enlargement of time to file its answer to the complaint. Defendant shall file its answer on or before **Wednesday, July 25, 2007.** Furthermore, defendant's counsel shall obtain from the Internal Revenue Service a reconciliation of the amounts and a thorough explanation of the transactions regarding the claims of plaintiffs, to be reflected in a joint status report also to be filed on or before **Wednesday, July 25, 2007**. To discuss future proceedings in this case, the court **SCHEDULES** a status conference for **Wednesday, August 1, 2007, at 10:30 a.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Meyer at (845) 735-9400, ext. 103, Mr. Janow at (845) 735-8385, ext. 105 and Mr. King at (202) 307-6506.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**