# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BERNHARD F. and CYNTHIA G. MANKO,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-252T**
**Filed: July 26, 2007**

**O R D E R**

The court is in receipt of defendant's July 25, 2007 motion for an enlargement of time of 30 days, to and including August 24, 2007, within which to file an answer to the complaint. Defendant's motion is **GRANTED**. On or before **Friday, August 24, 2007**, defendant shall file its answer to the complaint. Furthermore, defendant's counsel shall obtain from the Internal Revenue Service a reconciliation of the amounts and a thorough explanation of the transactions regarding the claims of plaintiffs, to be reflected in a joint status report also to be filed on or before **Friday, August 24, 2007**. In light of the enlargement of time, the court **RESCHEDULES** the status conference previously set for August 1, 2007 for **Thursday, September 6, 2007, at 10:30 a.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Meyer at (845) 735-9400, ext. 103, Mr. Janow at (845) 735-8385, ext. 105 and Mr. King at (202) 307-6506.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**