IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

The defendant, pursuant to RCFC 6(b), respectfully moves this Court for an enlargement of 3 days, from November 27, 2007, to and including November 30, 2007, of the deadline for the defendant to respond to plaintiffs' first set of discovery requests. No prior enlargement of this deadline has been requested. Plaintiffs' counsel has indicated that plaintiffs have no opposition to defendant's motion.

As good cause therefore, defendant's counsel is still awaiting some information from the IRS that is needed to complete the defendant's responses to plaintiffs' discovery requests. The IRS has advised defendant's counsel that he will receive that information no later than November 28, 2007. Defendant will require some time after that date to incorporate the information from the IRS into the discovery responses. The brief enlargement sought by this

motion will allow time for defendant to complete its responses and eliminate the need for later supplemental responses.

WHEREFORE, defendant respectfully requests that the Court enlarge the deadline for the

defendant to respond to the plaintiffs' first discovery requests to November 30, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate

Of Counsel

November 26, 2007