# In the United States Court of Federal Claims

| | |
|---|---|
| **BERNHARD F. and CYNTHIA G. MANKO,**<br>**Plaintifffs,** | |
| **v.** | **No. 07-252T**<br>**Filed: November 27, 2007** |
| **UNITED STATES,**<br>**Defendant.** | |

## O R D E R

The court is in receipt of defendant's November 26, 2007 motion for an enlargement of time of 3 days, to and including November 30, 2007, of the deadline to respond to the plaintiffs' first set of discovery requests. Defendant's motion is **GRANTED**. On or before **Friday, November 30, 2007**, defendant shall respond to plaintiffs' first set of discovery requests.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**