**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BERNHARD F. AND CYNTHIA G. MANKO, | ) | |
| Plaintiffs, | ) | No. 07-252 T |
| | ) | Judge Marian Blank Horn |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' MOTION TO EXTEND DISCOVERY AND MODIFY
THE SCHEDULING ORDER DATED SEPTEMBER 6, 2007

The plaintiffs, pursuant to RCFC 6(b), respectfully move this Court extend the time permitted for discovery under the Scheduling Order dated September 6, 2007 by 30 days, from December 12, 2007, to and including January 11, 2008, and to similarly modify the other dates set forth in the Scheduling Order accordingly. No prior enlargement of these deadlines has been requested.

As good cause therefore, the parties are diligently working with an aim to complete discovery as soon as possible. Defendant's counsel requested an enlargement of time to respond to plaintiffs' first discovery requests. Plaintiffs' counsel did not object and defendant's motion for extension of time was granted. Defendant has since responded and the additional time will allow plaintiffs to thoroughly review defendant's responses to plaintiffs' discovery requests and proceed appropriately. Both defendant's counsel and plaintiffs' counsel also believe that additional time is required to locate files that both parties believe should exist, but which defendant has been unable to locate. Plaintiffs' counsel has provided defendant's counsel with the names of additional IRS personnel who may have knowledge of the location of said files. More

importantly, the parties are diligently conferring and working toward the possibility of settlement with respect to certain if not all of the issues involved in the case and the brief enlargement will permit the parties to continue this effort.

Defendant's counsel concurs with this request.

WHEREFORE, the plaintiffs respectfully request that the Court enlarge the deadline for discovery to January 11, 2008 and to similarly modify the dates set forth in the Scheduling Order dated September 6, 2007 accordingly.

Respectfully Submitted,

Dated: December 11, 2007
Pearl River, New York

Irwin S. Meyer, Attorney for
Petitioner Bernhard F. Manko
Irwin S. Meyer, LLC
One Blue Hill Plaza, Box 1606
Pearl River, New York 10965
(845) 735-9400

Hugh Janow, Attorney for
Petitioner Cynthia G. Manko
Law Offices of Hugh Janow, LLC
One Blue Hill Plaza
Suite 1006, Box 1586
Pearl River, New York 10965
(845) 735-8385