# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BERNHARD F. and CYNTHIA G. MANKO,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-252T**
**Filed: December 12, 2007**

## O R D E R

The court is in receipt of plaintiff's December 11, 2007 unopposed motion to extend the time permitted for discovery by 30 days, to and including January 11, 2008. Plaintiff's motion is **GRANTED** and discovery shall close on or before **Friday, January 11, 2008**. The parties shall file a joint stipulation of facts on or before **Monday, February 4, 2008, at 12:00 p.m.** The joint stipulation of facts shall be thorough and comprehensive, contained in a single document, and accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties shall identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. On or before **Monday, February 4, 2008**, **at 12:00 p.m.**, the parties also shall file a joint statement of issues of law, and a joint proposal on how to proceed in the case, with a proposed timeline. Prior to the status conference scheduled below, the parties shall meet, and attempt to resolve their differences. The meeting, and results, shall be reflected in a preamble to the joint stipulation of facts.

The court **RESCHEDULES** the status conference originally set for Monday, January 7, 2008 to **February 12, 2008, at 10:30 a.m. EST**. The parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Meyer at (845) 735-9400, ext. 103, Mr. Janow at (845) 735-8385, ext. 105 and Mr. King at (202) 307-6506. The parties shall be prepared to propose how to proceed in this case, with a proposed timeline.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**