IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

The parties, pursuant to RCFC 6(b), respectfully move this Court for an enlargement of 28 days, from January 11, 2008, to and including February 8, 2008, of the deadline for the completion of discovery in the above-captioned case. One prior motion totaling 30 days has been granted. The parties do not believe there is any need to reschedule the February 12, 2008, status conference.

As good cause therefore, the parties are currently engaged in substantive settlement discussions. The parties have scheduled a conference set for Tuesday, January 15, 2008, to further discuss potential settlement. In addition, although defendant produced a large number of documents from the IRS files in response to plaintiffs' discovery requests, there are some files related to IRS collection activities that have not yet been located. Prior to the holidays,

plaintiffs' counsel provided defendant's counsel with the names of IRS personnel who they think might have knowledge of the location of any additional files and defendant's counsel has also identified additional individuals to contact. Defendant's counsel has confirmed that most those individuals no longer have any documents. However, defendant's counsel is continuing its search for the documents in order to either locate additional documents or confirm that no additional documents are available. That process will be completed within the next 10 days.

WHEREFORE, the parties respectfully request that the Court enlarge the deadline for the completion of discovery to February 8, 2008.

Respectfully submitted,

1/11/08
DATE

s/Irwin S. Meyer
IRWIN S. MEYER
One Blue Hill Plaza
10th Floor
P.O. Box 1606
Pearl River, New York 10965-8606
(845) 735-9400

Counsel for plaintiff Bernhard F. Manko

1/11/08
DATE

s/Hugh Janow
HUGH JANOW
One Blue Hill Plaza
10th Floor
P.O. Box 1586
`
Pearl River, New York 10965
(845) 735-8385

Counsel for plaintiff Cynthia G. Manko

1/11/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

1/11/08
DATE

s/Mary M. Abate
Of Counsel

Counsel for Defendant