# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| **BERNHARD F. and CYNTHIA G. MANKO,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | * |

**No. 07-252T**
**Filed: January 12, 2008**

**O R D E R**

The court is in receipt of the parties' January 11, 2008 motion to extend the time permitted for discovery by 28 days, to and including February 8, 2008, to facilitate the settlement process. The parties' motion is **GRANTED**. Discovery shall close on or before **Friday, February 8, 2008**. The parties also propose that the previously scheduled status conference, for February 12, 2008, remain on the schedule. The court agrees. Furthermore, the joint stipulation of facts, joint statement of issues of law, and joint proposal on how to proceed in the case, with a proposed time line, which are due on or before February 4, 2008, shall not be filed until further notice, in order for the parties to devote their full efforts to settlement discussions. The parties shall report on their settlement efforts (omitting settlement numbers) at the conference set for **Tuesday, February 12, 2008, 10:30 a.m. EST**. The parties shall appear for the conference by telephone. Unless otherwise notified, the court will contact Mr. Meyer at (845) 735-9400, ext. 103; Mr. Janow at (845) 735-8385, ext. 105; and Mr. King at (202) 307-6506.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**