IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT MOTION FOR EXTENSION OF TIME

The parties, pursuant to RCFC 6(b), respectfully move this Court for an enlargement of 30 days, from February 8, 2008., to and including March 10, 2008, of the deadline for the completion of discovery in the above-captioned case. The parties also request that the Court reschedule the February 12, 2008, status conference to a date after March 17, 2008. Two prior motions to extend the discovery deadline, totaling 58 days, have been granted.

As good cause therefore, the parties are still engaged in substantive settlement discussions. Plaintiffs recently submitted a formal settlement offer which has been submitted to the Internal Revenue Service for its views. The IRS review is not expected to be completed by the current deadline. The enlargement sought by this motion will allow the parties time to fully explore all possible avenues for the settlement of this case.

WHEREFORE, the parties respectfully request that the Court enlarge the deadline for the completion of discovery to March 10, 2008, and reschedule the status conference until a date after March 17, 2008.

Respectfully submitted,

2/1/08
DATE

s/Irwin S. Meyer
IRWIN S. MEYER
One Blue Hill Plaza
10th Floor
P.O. Box 1606
Pearl River, New York 10965-8606
(845) 735-9400

Counsel for plaintiff Bernhard F. Manko

2/1/08
DATE

s/Hugh Janow
HUGH JANOW
One Blue Hill Plaza
10th Floor
P.O. Box 1586
Pearl River, New York 10965
(845) 735-8385

Counsel for plaintiff Cynthia G. Manko

2/1/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section

Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

2/1/08
DATE

s/Mary M. Abate
Of Counsel

Counsel for Defendant