# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**BERNHARD F. and CYNTHIA G. MANKO,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-252T**
**Filed: February 1, 2008**

**O R D E R**

The court is in receipt of the parties' February 1, 2008, joint motion to extend the time permitted for discovery by 30 days, to and including March 10, 2008, to facilitate the settlement process. The parties' motion is **GRANTED**. Discovery shall close on or before **Monday, March 10, 2008**. As a result of this enlargement, the status conference previously scheduled for February 12, 2008, is **RESCHEDULED** for **Tuesday, March 25, 2008, 10:30 a.m. DST**. The parties shall appear for the conference by telephone. Unless otherwise notified, the court will contact Mr. Meyer at (845) 735-9400, ext. 103; Mr. Janow at (845) 735-8385, ext. 105; and Mr. King at (202) 307-6506. The parties shall report on their settlement efforts (omitting settlement numbers) at the conference. The joint stipulation of facts and joint statement of issues of law, discussed with the parties earlier, shall not be filed until further notice, in order for the parties to devote their full attention to settlement.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**