IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

The parties, pursuant to RCFC 6(b), respectfully move this Court for an enlargement of 21 days, from March 10, 2008, to and including March 31, 2008, of the deadline for the completion of discovery in the above-captioned case. Three prior motions to extend the discovery deadline, totaling 88 days, have been granted. The parties are prepared to proceed with the status conference currently scheduled for March 25, 2008.

As good cause therefore, the parties had a conference on March 4, 2008, to finalize their settlement discussions. Defendant's counsel notified plaintiffs' counsel of the preliminary position of the IRS regarding the plaintiffs' settlement offer. Unfortunately, due to the vacation schedules of plaintiffs' counsel the parties were unable to reach a conclusion regarding

settlement. The parties have another conference planned for March 20, 2008. The parties do not believe the status conference scheduled for March 25, 2008, needs to be rescheduled.

WHEREFORE, the parties respectfully request that the Court enlarge the deadline for the completion of discovery to March 31, 2008.

Respectfully submitted,

3/4/08
DATE

s/Irwin S. Meyer
IRWIN S. MEYER
One Blue Hill Plaza
10th Floor
P.O. Box 1606
Pearl River, New York 10965-8606
(845) 735-9400

Counsel for plaintiff Bernhard F. Manko

3/4/08
DATE

s/Hugh Janow
HUGH JANOW
One Blue Hill Plaza
10th Floor
P.O. Box 1586
Pearl River, New York 10965
(845) 735-8385

Counsel for plaintiff Cynthia G. Manko

3/4/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

3/4/08 s/Mary M. Abate
DATE Of Counsel

Counsel for Defendant