# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * *<br>**BERNHARD F. and CYNTHIA G. MANKO,**<br>**Plaintiffs,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.**<br>* * * * * * * * * * * * * * * * * * | **No. 07-252T**<br>**Filed: March 25, 2008** |

## O R D E R

The court held a status conference in the above-captioned case on March 25, 2008, with the parties appearing by telephone. The court commends the parties for their settlement efforts to date. On or before **Friday, April 25, 2008**, and monthly thereafter until a joint stipulation of dismissal is received by the court, defendant shall file status reports reflecting continued settlement progress, but without including any settlement numbers.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**