IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Pursuant to this Court's March 25, 2008, Order, defendant submits the following status report regarding the plaintiffs' recent settlement offer. The Internal Revenue Service has recommended acceptance of plaintiffs' offer. Defendant's counsel is also recommending acceptance of that offer. Plaintiffs' offer will have to be reviewed by the Department of Justice

before a final decision can be made as to whether the defendant can accept it. Defendant will file another status report on or before May 27, 2008, regarding the status of the review of plaintiffs' offer.[1]

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

April 25, 2008

[1]The thirtieth day after April 25, 2008, is May 24, 2008, a Saturday. The next business day after that date is Tuesday, May 27, 2008.