IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Pursuant to this Court's March 25, 2008, Order, defendant submits the following status report regarding the plaintiffs' recent settlement offer. In reviewing plaintiffs' offer, defendant noticed a potential problem related to one of the terms of that offer. After consulting with opposing counsel, plaintiffs provided defendant's counsel additional information which resolved the potential problem, allowing defendant's counsel's recommendation that the offer be accepted to move forward. Plaintiffs' offer is currently being reviewed by the Department of Justice. In accordance with the Court's Order, defendant will file another status report on or before June 23, 2008.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate

Of Counsel

May 22, 2008