IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-252 T

(Judge Marian Blank Horn)

BERNARD F. AND CYNTHIA G. MANKO,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Pursuant to this Court's March 25, 2008, Order, defendant submits the following status report regarding the status of the review of plaintiffs' settlement offer. As noted previously, IRS and defendant's counsel have recommended that the offer be accepted. That recommendation is being reviewed by the Department of Justice. In accordance with the Court's Order, defendant will file another report on the status of the review of plaintiff's settlement offer on or before

August 22, 2008.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate

Of Counsel

July 24, 2008